COPY

1  IRELL & MANELLA LLP
   John C. Hueston (CA Bar No. 164921)
2  jhueston@irell.com
3  Alison L. Plessman (CA Bar No. 250631)
   aplessman@irell.com
4  Leeran R. Factor (CA Bar No. 261723)
   lfactor@irell.com
5  840 Newport Center Drive, Suite 400
   Newport Beach, CA 92660-6324
6  Telephone:  (949) 760-0991
7  Facsimile:   (949) 760-5200

8  Attorneys for Plaintiff
   Pacific Select Fund
9

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION

| PACIFIC SELECT FUND | Case No. SACV10-00198 DOC (ANx) |
|---|---|
| Plaintiff, | **PACIFIC SELECT FUND'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1-1 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| vs. | |
| THE BANK OF NEW YORK MELLON, a New York state chartered bank, and BNY MELLON, N.A., a nationally-chartered bank. | |
| Defendants. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

PACIFIC SELECT FUND'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1
2191743

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, Plaintiff Pacific Select Fund makes the following disclosure:

The undersigned, counsel of record for Pacific Select Fund, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Pacific Select Fund states that it is a variable insurance trust established by Pacific Life Insurance Company.

2. Pacific Life Insurance Company ("Pacific Life") states that it is a Nebraska corporation, whose parent is Pacific LifeCorp., a Delaware Stock Holding Company, which owns 100% of the stock of Pacific Life. Pacific LifeCorp, in turn, is a wholly owned subsidiary of Pacific Mutual Holding Company, a Nebraska mutual insurance holding company. No publicly held company owns 10% or more of any of these entities.

Dated: February 17, 2010

Respectfully submitted,

IRELL & MANELLA LLP

By: _____
John C. Hueston
Attorney for Plaintiff,
Pacific Select Fund

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

PACIFIC SELECT FUND'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1
2191743

- 2 -