| | |
|---|---|
| 1 | **BOIES, SCHILLER & FLEXNER LLP** |
| 2 | Jonathan D. Schiller *(Pro Hac Vice)* |
|   | *jschiller@bsfllp.com* |
| 3 | 575 Lexington Avenue, 7th Floor |
| 4 | New York, NY 10022 |
|   | Telephone: (212) 446-2300 |
| 5 | Facsimile: (212) 446-2350 |
| 6 | |
|   | *Attorney for Defendants* |
| 7 | |
| 8 | **IRELL & MANELLA LLP** |
|   | John C. Hueston (CA Bar No. 164921) |
| 9 | *jhueston@irell.com* |
| 10 | 840 Newport Center Drive, Suite 400 |
|    | Newport Beach, CA 92660-6324 |
| 11 | Telephone: (949) 760-0991 |
| 12 | Facsimile: (949) 760-5200 |
| 13 | *Attorney for Plaintiff* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SELECT FUND, | NO. SACV10-00198-JST (ANx) |
| Plaintiff, | Order |
| v. | Complaint Filed: 2/17/2010 |
|  | Trial Date: 8/2/2011 |
| THE BANK OF NEW YORK MELLON, a New York state chartered bank, and BNY MELLON, N.A., a nationally-chartered bank, | Magistrate Judge Hon. Arthur Nakazato |
| Defendants. | |

1

ORDER

1       WHEREAS the parties to this proceeding have entered into a Confidentiality
2 Order which is incorporated herein by reference;
3       WHEREAS the Court has reviewed the terms and conditions of the
4 Confidentiality Order submitted by the parties;
5       IT IS HEREBY ORDERED that the Confidentiality Order is entered as an
6 Order of the Court to govern the production, use, and dissemination of documents
7 and information in this case, and any future case(s) consolidated with this case.

9       IT IS SO ORDERED.

12 Dated: February 9, 2011.

14                                 /s/   ARTHUR NAKAZATO
                                         Honorable Arthur Nakazato
15                                      United States Magistrate Judge

2

ORDER