Name & Address:
John C. Hueston (#164921); Alison Plessman (#250631)
Jeremiah Kelman (#238298); Leeran Factor (#261723)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010; Facsimile: (310) 203-7199

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC SELECT FUND, PLAINTIFF(S) | CASE NUMBER: CV-10-00198 JST (ANx) |
| v. THE BANK OF NEW YORK MELLON, and BNY MELLON, N.A., DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Pacific Select Fund's Application For An Order To File Exhibits A And B To The Affidavit Of Frank Allen Ferrell And Exhibits A And B To The Affidavit Of Bella Borg-Brenner Conditionally Under Seal
(See attached Appendix for additional documents)

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated ____________________

☑ Manual Filing required (*reason*):
Application manually filed pursuant to Local Rule 79-5.1

November 29, 2011
Date

/s/ Leeran R. Factor
Attorney Name

Pacific Select Fund
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

**Appendix**

Continuation of list of documents to be filed manually:

2. Exhibits A And B To The Affidavit Of Frank Allen Ferrell In Support Of Pacific Select Fund's Opposition To Defendants' Motion For Summary Judgment

3. Exhibits A And B To The Affidavit Of Bella Borg-Brenner In Support Of Pacific Select Fund's Opposition To Defendants' Motion For Summary Judgment

4. [Proposed] Order Granting Pacific Select Fund's Application For An Order To File Exhibits A And B To The Affidavit Of Frank Allen Ferrell and Exhibits A And B To The Affidavit Of Bella Borg-Brenner Under Seal