IRELL & MANELLA LLP
John C. Hueston (CA Bar No. 164921)
*jhueston@irell.com*
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Alison L. Plessman (CA Bar No. 250631)
*aplessman@irell.com*
Jeremiah D. Kelman (CA Bar No. 238298)
*jkelman@irell.com*
Leeran R. Factor (CA Bar No. 261723)
*lfactor@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff Pacific Select Fund

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SELECT FUND,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE BANK OF NEW YORK MELLON, a New York state chartered bank, and BNY MELLON, N.A., a nationally-chartered bank,<br><br>    Defendants. | Case No. SACV10-00198 JST (Anx)<br><br>**AFFIDAVIT OF FRANK ALLEN FERRELL IN SUPPORT OF PACIFIC SELECT FUND'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Assigned: Hon. Josephine Staton Tucker<br><br>Date: December 5, 2011<br>Time: 10:00 AM<br><br>Complaint Filed:   February 17, 2010<br>Trial Date:            April 10, 2012 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2535840

Case No. SACV10-00198 JST (ANx)
AFFIDAVIT OF FRANK ALLEN FERRELL

# AFFIDAVIT OF FRANK ALLEN FERRELL

COMMONWEALTH OF Massachusetts   )
                                ) ss.
COUNTY OF Middlex               )

I, Frank Allen Ferrell, being duly sworn, state as follows:

1. I have been retained by the law firm Irell & Manella to provide expert analysis of issues raised in the case Pacific Select Fund v. The Bank of New York Mellon and BNY Mellon, N.A. pending in the United States District Court, Central District of California, Southern Division. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On August 10, 2011, I submitted my expert report in the above captioned matter. My report contains a true and correct description of my expert opinions in this case, as well as the bases, analysis and evidence supporting those opinions. I could and would testify competently to the opinions, conclusions, and analysis set forth in my report if called as a witness under oath. Attached hereto as **Exhibit A** is a true and correct copy of my August 10, 2011 expert report.

3. On September 2, 2011, I submitted my rebuttal report in the above captioned matter. My rebuttal report contains a correct description of my expert opinions in this case – submitted in rebuttal to the opinions of the experts for Defendants, John Peavy and Glenn Hubbard – as well as the bases, analysis and evidence supporting those opinions. I could and would testify competently to the opinions, conclusions, and analysis set forth in my rebuttal report if called as a witness under oath. Attached hereto as **Exhibit B** is a true and correct copy of my September 2, 2011 expert rebuttal report.

4. I understand that a true and correct copy of my expert report was submitted conditionally under seal in this action in support of Pacific Select Fund's opposition to BNY Mellon's motion for summary judgment.

5. I understand that a true and correct copy of my rebuttal expert report was submitted conditionally under seal in this action in support of Pacific Select Fund's opposition to BNY Mellon's motion for summary judgment.

6. On September 27, 2011, I was deposed in this case and provided at least seven hours of testimony under oath, concerning the opinions stated in my report and my rebuttal report.

Executed on November 28, 2011, at Cambridge, Massachusetts.

2535324.1 04

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Frank Allen Ferrell

Commonwealth of Massachusetts  )
                                ) ss.
County of  Middlesex            )

Subscribed and sworn to (or affirmed) before me on this 28 day of November, 2011, by Frank Allen Ferrell who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



Kimberly Richards O'Hagan
Notary Public signature