1  IRELL & MANELLA LLP
   John C. Hueston (CA Bar No. 164921)
2  *jhueston@irell.com*
   840 Newport Center Drive, Suite 400
3  Newport Beach, CA 92660-6324
4  Telephone:  (949) 760-0991
   Facsimile:   (949) 760-5200
5
6  Alison L. Plessman (CA Bar No. 250631)
   *aplessman@irell.com*
7  Jeremiah D. Kelman (CA Bar No. 238298)
   *jkelman@irell.com*
8  Leeran R. Factor (CA Bar No. 261723)
   *lfactor@irell.com*
9  1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
10 Telephone:  (310) 277-1010
11 Facsimile:   (310) 203-7199

12 Attorneys for Plaintiff Pacific Select Fund

13             **UNITED STATES DISTRICT COURT**

14            **CENTRAL DISTRICT OF CALIFORNIA**

15                   **SOUTHERN DIVISION**

16 PACIFIC SELECT FUND,              ) Case No. SACV10-00198 JST (Anx)
                                     )
17          Plaintiff,               ) **EXHIBITS A AND B TO THE**
                                     ) **AFFIDAVIT OF FRANK ALLEN**
18                                   ) **FERRELL IN SUPPORT OF**
19         vs.                       ) **PACIFIC SELECT FUND'S**
                                     ) **OPPOSITION TO DEFENDANTS'**
20                                   ) **MOTION FOR SUMMARY**
21 THE BANK OF NEW YORK             ) **JUDGMENT**
   MELLON, a New York state chartered )
22 bank, and BNY MELLON, N.A., a    ) Assigned: Hon. Josephine Staton Tucker
   nationally-chartered bank,        )
23                                   ) Date: December 5, 2011
24         Defendants.               ) Time: 10:00 AM
                                     )
25 _____ ) Complaint Filed:   February 17, 2010
                                       Trial Date:          April 10, 2012
26

27

28        <u>FILED CONDITIONALLY UNDER SEAL</u>

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2535753

Case No. SACV10-00198 JST (ANx)
EXHIBITS A AND B TO THE AFFIDAVIT
OF FRANK ALLEN FERRELL

# EXHIBIT A

## [UNREDACTED VERSION FILED CONDITIONALLY UNDER SEAL]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| _____ ) | | |
| PACIFIC SELECT FUND ) | | C.A. No. SACV10-00198 |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | | |
| THE BANK OF NEW YORK MELLON ) | | |
| AND BNY MELLON, N.A. ) | | |
| Defendants. ) | | |
| _____) | | |

## REPORT OF ALLEN FERRELL

### I.        QUALIFICATIONS

1.        I am the Greenfield Professor of Securities Law at Harvard Law School where I have taught since 1998.  I received a Ph.D. in economics from the Massachusetts Institute of Technology with fields in econometrics and finance and a J.D. from Harvard Law School.   My Ph.D. concerned the effects of firm financial disclosures on stock prices.

2.        I am also a faculty associate at the Kennedy School of Government at Harvard, a member of the American Law Institute Project on the Application of U.S. Financial Regulations to Foreign Firms and Cross-Border Transactions, a research associate at the European Corporate Governance Institute, and a member of the ABA Task Force on Corporate Governance.

3.      I formerly was a member of the Board of Economic Advisors to the

Financial Industry Regulatory Authority ("FINRA"), an executive member of the American Law

School section on securities regulation,  and the Chairperson of Harvard's Advisory Committee

on Shareholder Responsibility (which is responsible for advising the Harvard Corporation on

how to vote shares held by its endowment).

4.      I have testified before the U.S. Senate Subcommittee on Securities,

Insurance and Investment and presented to, among others, the Securities and Exchange

Commission, the World Bank, the Structured Products Association and the National Bureau of

Economic Research.  As a member of the Board of Economic Advisors to FINRA, my

responsibilities included review of FINRA's structured product[1] rules.  I have published

approximately thirty articles in leading journals and have written widely in the area of securities

regulation, corporate governance, and capital markets from a law and economics perspective.  I

have also been an expert witness on a number of structured products and securities damages

issues.  My academic work and prior testimony are summarized on my curriculum vitae, which

is attached hereto as Exhibit A.

## II.      INTRODUCTION AND SUMMARY OF CONCLUSIONS

5.      In January 2007, Plaintiff Pacific Select Fund ("PSF") and Mellon Bank

entered into a Third Party Securities Lending Authorization Agreement (the "Agreement") to

establish, manage and administer a Securities Lending Program.[2]   Under the Agreement,

---

[1]    Structured products are investment vehicles based on a basket of underlying securities, such
as derivatives, equities, debt, commodities, indices, currencies, or any combination thereof.
Campell R. Harvey, Hypertextual Finance Glossary, accessed at
http://www.duke.edu/~charvey/Classes/wpg/bfgloss.htm on July 5, 2011.

[2]    Complaint ¶ 4.

Defendants (successors by merger to Mellon Bank and collectively "BNY") loaned securities owned by PSF to third parties in exchange for cash collateral.[3]  The Agreement further specified that BNY would invest the cash collateral for the benefit of PSF pursuant to certain "Investment Guidelines."[4]

      6.     I understand that the Investment Guidelines required BNY to invest the cash collateral in the Mellon GSL DBT II Collateral Fund ("Collateral Fund" or the "DBT II Fund").  BNY or their affiliates serve as the investment manager and Trustee of the Collateral Fund.[5]  The Agreement also specified that the "key objectives" for the management of cash collateral in the Collateral Fund would be to "1) safeguard principal; 2) assure that all cash collateral is invested in a timely manner; 3) maintain a diversified portfolio of investments; 4) maintain adequate liquidity to meet the anticipated needs of clients or their investment advisors; and 5) consistent with these objectives, to optimize the spread between collateral earnings and the rebate paid to the borrower of securities."[6]  I understand that the lending agreement provided that PSF would not be at risk for any losses of principal that resulted from the negligence, willful misconduct, recklessness, bad faith, malfeasance or misfeasance of BNY, or the failure of BNY to comply with the Investment Guidelines.

      7.     Beginning in early 2007, BNY invested a substantial portion of the cash collateral in medium-term notes ("MTNs") issued by Sigma Finance, Inc. ("SFI"), an entity

---

[3]   *Id.* ¶ 5.

[4]   *Id.* ¶ 5.

[5]   *Id.* ¶ 5.

[6]   *Id.* ¶ 7.

organized for the sole purpose of issuing debt securities for its parent, Sigma Finance

Corporation ("Sigma").[7]  The only security for the MTNs was the assets of Sigma.[8]

       8.     In December, 2007, PSF's investment advisor, Pacific Life Fund Advisors

("PLFA") requested a meeting with BNY to discuss its concerns about the riskiness of assets in

the Collateral Fund.[9]  During the December 18th meeting, BNY informed PLFA that no investor

in the Collateral Fund was permitted to redeem its units for cash but PSF would be permitted to

redeem its units for a pro rata share of the holdings of the Collateral Fund.[10]  PLFA demanded

that BNY provide immediate notice when and if this restriction on cash redemptions was lifted.[11]

Shortly thereafter, BNY agreed to allow other investors in the DBT II Fund (Hartford Series

Fund, Inc., Hartford HLS Series Fund II, Inc., The Hartford Mutual Funds, Inc., and The

Hartford Mutual Funds II, Inc. (collectively, "Hartford")) to redeem approximately 9 percent of

the fund's units for $1 per unit or a total of $2.6 billion in cash.[12]

       9.     Ultimately, on September 30, 2008, Sigma disclosed that a notice of

default had been received from one of its lenders.[13]  On October 6, 2008, receivers and managers

were appointed for Sigma after it failed to cure the event of default.[14]  Sigma's receivers had "a

mixture of bank debt and structured bonds with a face value of $2 [billion] to auction off in order

---

[7]   *Id.* ¶ 8.

[8]   *Id.* ¶ 8.

[9]   *Id.* ¶ 11.

[10]  *Id.* ¶¶ 12-13.

[11]  *Id.* ¶ 13.

[12]  *Id.* ¶ 16.

[13]  Moody's Investors Service, *Moody's downgrades Sigma's MTNs to Ca and Not Prime, and
withdraws CP ratings*, September 30, 2008.

[14]  Standard and Poor's, *Sigma Finance Issuer Credit And Senior Debt Ratings Lowered to 'D'*,
October 17, 2008.

to try to repay $6 [billion] of senior medium-term note holders."[15]   Only $306 million was raised at the auction.[16]   I understand that, prior to Sigma's default, BNY had sold over $450 million of Sigma MTNs for other clients.

10.     I have been asked by counsel for PSF to analyze the economic evidence as it relates to whether the Collateral Fund's position in Sigma was consistent with the Investment Guidelines. I was also asked to measure damages assuming liability.   I have received the assistance of the staff employed by Compass Lexecon.  Appendix A lists the materials I have considered.  Based on my analysis, I have reached the following principal conclusions:

- The DBT II Fund's position in Sigma was inconsistent with the objective of safeguarding principal by February 29, 2008 (at the latest). Indeed, prior to February 29, 2008 there was significant evidence indicating the riskiness of Sigma's MTNs;

- Damages are approximately $77 million based on the losses that PSF would have avoided had it received the same benefits provided to the Hartford Funds, in the form of a redemption at $1 per unit;

- I estimate damages from BNY's failure to sell the Sigma MTNs ranges from $62 million to $67 million depending on the date BNY should have sold in light of the Investment Guidelines.

I explain the bases for these conclusions below.

### III.     DEFENDANTS' POSITION IN SIGMA AFTER FEBRUARY 29, 2008 (AT THE LATEST) WAS INCONSISTENT WITH THE OBJECTIVE OF SAFEGUARDING PRINCIPAL

11.     My opinion that the DBT II Fund's position in Sigma was inconsistent with the Investment Guidelines by February 29, 2008 (at the latest) is based primarily on (1) the pricing of Sigma's MTNs during this period which indicates that the market viewed Sigma

---

[15]   "Extent of Sigma fall-out becomes clear," *Financial Times*, November 27, 2008.

[16]   "Sigma shareholders take case to parliament," *Financial Times*, December 6, 2008.

MTNs as carrying significant risk; (2) statements by various market actors and commentators

voicing concerns throughout January and February, 2008 relating to the riskiness of Sigma's

MTNs (concerns that continued to be expressed throughout March and April, 2008); and (3)

various communications which I understand BNY received in January and February, 2008

indicating the significant risk associated with holding Sigma's MTNs (communications that

BNY continued to receive throughout March and April, 2008). The choice of February 29, 2008

as the latest date by which the DBT II Fund's continued holding of Sigma's MTNs became

inconsistent with the Investment Guidelines is a conservative one.  As my analysis based on

these three considerations will document, there was significant evidence in the six weeks leading

up to February 29, 2008 (January 16 – February 29, 2008) indicating the riskiness of Sigma's

MTNs. There were also yet further indicators of the riskiness of Sigma's MTNs in March and

April, 2008 as I will also document. Before explaining in further detail the riskiness of the Sigma

MTNs at various points during the January – April, 2008 period I will first briefly outline the

necessary context by describing securities lending transactions and Sigma itself.

      12.     In a securities lending transaction, a lender (or her agent) temporarily

transfers a security to a borrower and receives collateral in return.[17]  In equity loans, the

collateral is almost always cash and the parties negotiate a rebate rate, which is the amount of

interest on the cash collateral that the lender pays to the borrower.[18]  The lender, or her agent,

then invests the cash hoping to earn a return greater than the rebate rate.  I understand this is the

arrangement BNY had with PSF in cases where cash collateral was posted.  I further understand

that BNY retained 20 percent of the income and earnings from investment and reinvestment of

---

[17]   Geczy, Christopher C., David K. Musto and Adam V. Reed, 2002, "Stocks are special too: an
      analysis of the equity lending market," *Journal of Financial Economics* 66, 241-69 at 243-4.

[18]   *Id.* 243-4.

cash collateral.  BNY invested a substantial amount of the cash collateral it received for loaning

PSF's securities in the Sigma MTNs, whose only security was the assets of Sigma.[19]

13.     Sigma was a Cayman Islands limited liability company.[20]  Its directors

delegated responsibility for the day to day operation of the company to Sigma's investment

manager, Gordian Knot Limited and Gordian Knot's subsidiary Gordian Knot Inc. ("Gordian

Knot").[21]  Gordian Knot described Sigma as a limited purpose finance company, nevertheless, as

explained below, it was similar to a Structured Investment Vehicle ("SIV") and was considered

by many to be an SIV.[22]  Like many SIVs, Sigma's assets almost entirely consisted of asset-

backed securities and obligations of financial institutions.[23]  More than 85 percent of Sigma's

---

[19]   Complaint ¶ 8.

[20]   Standard & Poor's, *New Issue: Sigma Finance Corp.,* April 3, 2003 at 4.

[21]   Sigma Finance Corporation, Consolidated Financial Statements For the year ended April
       2008 at 3.

[22]   *See* Sigma Finance Corporation, Consolidated Financial Statements For the year ended April
       2008 at 6 ("We did not make many friends as we tried to get the market to accept Sigma as a
       Limited Purpose Finance Company, distinct from the SIVs. Ultimately, we did not achieve
       the differentiation, despite the fundamental rebuild of the business that we had just completed
       and the fact that the rating agencies had blessed these changes with their top ratings.");
       Citigroup, *European Securitised Products Strategy 2008*, February 29, 2008 at 5 ("Hence,
       Sigma, the largest (nonbank managed) SIV, appears to be the only one left yet to secure full
       support."); and Merrill Lynch, *SIV funding pressure shifts to MTN*, January 8, 2008 at 3
       ("The SIV with by far the largest outstanding CP and MTNs is Sigma, sponsored by Gordian
       Knot".)

[23]    Approximately half of Sigma's assets were asset-backed securities and almost all of the
       remainder were obligations of financial institutions.  Sigma Finance Corporation, Monthly
       Business Report, 31 October 2007 at 3.  Around the same time, SIVs held more asset backed
       securities (approximately 70 percent) and fewer obligations of financial institutions
       (approximately 30 percent).  Standard & Poor's, *The Global Liquidity Squeeze Has SIVs In A
       Tight Spot—But Solutions For Some Emerge*, December 7, 2007 p. 4.  As of February 29,
       2008, approximately 41 percent of Sigma's assets were asset backed securities and almost all
       of the remainder were obligations of financial institutions.  Sigma Finance Corporation,
       Monthly Business Report, 29 February 2008 at 3.  The credit ratings of Sigma's assets were
       somewhat worse than that of the average SIV; as of October, 2007, 50 percent were rated

assets matured in more than one year.[24]

       14.    Prior to the summer of 2007, Sigma funded its assets primarily by selling commercial paper, MTNs and capital notes.[25]  All of Sigma's commercial paper matured in less than one year as did the majority of its MTNs.[26]  Sigma's capital notes were of longer term with almost half maturing in more than five years.[27]

       15.    Sigma's MTN holders could suffer losses if the value of Sigma's assets declined.  Holders of Sigma's MTNs had some protection from losses because the MTNs were senior to Sigma's capital notes.[28]  But, the capital notes, and other junior securities, were only ten percent of Sigma's capital structure as of February 29, 2008.[29]

---

(...continued)

    AAA by Standard & Poor's (versus 68 percent for the average SIV), 81 percent were rated AA or better by Standard and Poor's (versus 88 percent for the average SIV) and 98.75 percent were rated A or better (versus 99.39 percent for the average SIV).  *Compare* Sigma Finance Corporation, Monthly Business Report, 31 October 2007 at 2  with Standard & Poor's, *The Global Liquidity Squeeze Has SIVs In A Tight Spot—But Solutions For Some Emerge*, December 7, 2007 p. 5.  The credit ratings of Sigma's portfolio deteriorated over subsequent months, as of February 29, 2008, Standard and Poor's rated 44 percent of its portfolio AAA, 75 percent AA or better and 98 percent A or better.  Sigma Finance Corporation, Monthly Business Report, 29 February 2008 at 2.

[24]   Sigma Finance Corporation, Monthly Business Report, 29 February 2008 at 3.

[25]   Sigma Finance Corporation, Consolidated Financial Statements For the year ended April 2007 at 12, 24 & 29.  SIV's liabilities were similar to Sigma's.  *See* e.g. Dresdner Kleinwort, *SIV round-up, Funding profiles, restructuring attempts and the death of M-LEC*, December 14, 2007 at 2 ("The liabilities of a SIV typically consist of 90% senior debt and 10% capital and junior notes. Within the senior debt, 2/3rds of the funding is through Medium Term Notes (MTN) and a 1/3rd is Asset-backed Commercial Paper (ABCP).")

[26]   Sigma Finance Corporation, Consolidated Financial Statements For the year ended April 2007 at 28.

[27]   *Id.* at 28.

[28]   Sigma Finance Corporation, Consolidated Financial Statements For the year ended April 2007 at 9.

[29]   Sigma Finance Corporation, Monthly Business Report\, February 2008 at 1 (Sigma reported

16.    Like a SIV, Sigma's liabilities, on average, matured before its assets.[30]  As a result, Sigma regularly had to raise funds to pay its maturing liabilities and its investors were exposed to the risk that it would fail to do so (i.e. refinancing risk).[31]  Sigma attempted to protect its investors from refinancing risk by ensuring that it always had enough liquidity available to cover its funding requirements over a 20 business day period.[32]  This liquidity took the form of commitments to provide funding from financial institutions (i.e. committed liquidity) and specific assets (termed liquidity eligible assets or "LEAs") that Sigma believed could be sold on short notice.[33]  Sigma's refinancing risk was particularly important because, unlike many SIVs, it was not sponsored by a bank and was therefore "unlikely to benefit from a 100 percent liquidity facility support."[34]

---

(...continued)

the value of its portfolio was $39.4 billion, the book value of its capital was $3.94 billion and the difference between the value of its portfolio and it debt outstanding was $3.34 billion. Moody's subsequently reported an even lower ratio.  On April 4, 2008, Moody's reported that "[a]s of March 28, 2008, Sigma had a senior debt coverage ratio of 105.12% by market value (market value of assets divided by outstanding notional of senior debt) and 109.97% by book value."  Moody's Investors Service, *Moody's downgrades Sigma Finance and keeps ratings on review*, April 4, 2008 at 2.  Sigma's capital structure was similar to SIVs.  *See* e.g. Dresdner Kleinwort, "*SIV round-up, Funding profiles, restructuring attempts and the death of M-LEC*, December 14, 2007 at 2 ("The liabilities of a SIV typically consist of 90% senior debt and 10% capital and junior notes.")

[30]   *Compare* Sigma Finance Corporation, Consolidated Financial Statements For the year ended April 2007 at 7 ("The weighted average life of assets has been maintained at a low level of 3.4 years" and chart on the same page showing an "Asset-liability maturity gap" of approximately 2.25 years) *with* Standard & Poor's, *SIV Outlook 2007*, February 26, 2007 at 9 ("Assets [of SIVs] tend to have a [weighted average life] of between 3.5 and 4.0 years while liabilities sit in the 6-9 month bracket.")

[31]   Standard & Poor's, *New Issue: Sigma Finance Corp*., April 3, 2003 at 8.

[32]   *Id*. at 8.

[33]   *Id*. at 8.  In doing this analysis, Gordian Knot discounted the LEAs to reflect what it believed they could be sold for at short notice to meet a cash requirement.  *Id*. at 8.

[34]   Standard & Poor's, *SIV Outlook 2007*, February 26, 2007 pp. 2-3 & Standard & Poor's, *S&P*

17.     I will now directly address the riskiness of Sigma's MTNs in the beginning of 2008 and, hence, whether holding Sigma MTNs during this period was consistent with the objective of safeguarding principal. The price at which Sigma's MTNs were trading in the market is a direct market indicator of the market's assessment of the riskiness of Sigma's MTNs.  Significant declines in the price of Sigma's MTNs relative to its par value are indicative of the riskiness of Sigma's MTNs.  A buyer will demand a discount relative to par value in order to compensate for the risk they are bearing as a result of purchasing Sigma MTNs. Exhibit B shows that, on January 17, 2008, BNY sold $5.75 million par value of Sigma's MTNs (maturing on September 19, 2008 and December 22, 2008) for $0.895 on the dollar.[35]  Between February 25 and February 27, 2008, BNY sold $5 million of Sigma's MTNs (maturing on September 19, 2008) for $0.86 on the dollar, $8 million of Sigma's MTNs (maturing on December 22, 2008) for 0.86 on the dollar, $7 million of Sigma's MTNs (maturing on November 14, 2008) for $0.885 on the dollar, and $33 million of MTNs (maturing on March 12, 2009) for $0.875 on the dollar.[36]

18.     Assessing why the market viewed Sigma's MTNs as risky in 2008, as indicated by the pricing of these market transactions during this time, must be done against the larger backdrop of the various disruptions that occurred in the financial markets beginning in 2007 and continuing through 2008. These disruptions had a significant effect on SIVs.  Many

_____

(...continued)

*Says Limited Purpose Finance Companies Face Negative Outlook*, December 18, 2007 at 2.

[35]   I understand that BNY did not inform PSF of the prices at which it sold Sigma notes but rather informed PSF that the market price of the DBT II Fund's notes ranged from $0.9942 for notes maturing on May 14, 2008 to $0.9788 for notes maturing on March 12, 2009.

[36]   Exhibit B.  I understand that at this time BNY was reporting to PSF that its Sigma MTNs due to mature on November 14, 2008 had a market price of at least $0.9845 and that its Sigma MTNs due to mature on March 12, 2009 had a market price of $0.9789.

view the financial crisis as beginning with the initial market disruptions in early August, 2007.[37]

During the summer of 2007, declines in asset prices and greater volatility inhibited SIV's ability to sell commercial paper and medium term notes.[38] These difficulties persisted into the winter of 2007.[39] Increased volatility constituted an important aspect of these market difficulties. One paper has found that during this period "a tremendous jump in the co-movement of AAA-rated tranches of subprime mortgage backed securities, commercial mortgage backed securities, and securities linked to corporate credit quality."[40] On December 7, 2007, S&P reported that "[s]tructured finance markets are experiencing unprecedented price volatility."[41] It further noted that "prices in the asset-backed markets have demonstrated greater volatility than ever before . . ."[42] It concluded that "[c]learly the SIV sector is under extreme duress . . .".[43]  On January 8, 2008, Merrill Lynch reported that "[t]he ongoing credit and funding crisis has forced most bank SIV sponsors to take vehicles back on their balance sheets directly or provide some degree of

---

[37]  For example, see Swagel, Phillip, "The Financial Crisis:  An Inside View," *Brookings Papers on Economic Activity*, Spring 2009.  Also see Congressional Research Service (CRS) Report for Congress, "Financial Crisis?  The Liquidity Crunch of August 2007," September 21, 2007. There existed some indications of problems for hedge funds and investment banks prior to August 2007.  For example, in June 2007, Bear Stearns announced that two of its hedge funds focusing in subprime MBS were in difficulty.  See Gorton, Gary B., "The Panic of 2007," Working paper, presented at the Federal Reserve Bank of Kansas City Economic Policy Symposium, p. 78.

[38]  Standard & Poor's, *The Global Liquidity Squeeze Has SIVs In A Tight Spot—But Solutions For Some Emerge*, December 7, 2007 at 5 & 8.

[39]  *Id. at* 1.

[40]  Allen, F. and E. Carletti, "The role of liquidity in financial crises," Working Paper, September 14, 2008, p. 4.

[41]  Standard & Poor's, *The Global Liquidity Squeeze Has SIVs In A Tight Spot—But Solutions For Some Emerge*, December 7, 2007 pp. 6-7.

[42] Id. at 6.

[43] Id. at 11.

support."[44]  By January 16, 2008, four of the eight non-bank sponsored SIVs identified by S&P

in the summer of 2007 (other than Sigma) were in default.[45]  Exhibit C shows that three of these

SIVs collapsed rapidly, going from being AAA rated by both Moody's and S&P to default in

less than two months.  On February, 27, 2008, analysts at Citigroup reported that:

> As for the senior debt [of SIVs] noteholders' risk depends on
> whether there is full support, either through the provision of a
> liquidity backstop or additional capital support. … Sigma, the
> largest (nonbank managed) SIV [not in default], appears to be the
> only one left yet to secure full support.[46]

      19.     Sigma was not immune to these market disruptions.[47]  Market

commentators voiced concerns about Sigma's risk in January and February of 2008 (consistent

with the pricing of Sigma's MTNs during this period).  On January 18, 2008, Fitch Ratings

reported that "Sigma has been forced to rely on access to secured repurchase agreements (repo's

[sic])[48] and, to a lesser extent, asset sales to meet maturing liabilities."[49]  By February 29, 2008,

---

[44]    Merrill Lynch, *SIV funding pressure shifts to MTN*, January 8, 2008 at 2.  On February 29,
2008, analysts at Citigroup reported that "Sigma, the largest (nonbank managed) SIV [which
was not in default], appears to be the only one left to secure full support."  Citigroup,
*European Securitised Products Strategy*, February 29, 2008 at 5.

[45]    *See*, Exhibit C.

[46]    Citigroup, *Global Structured Credit Strategy*, February 27, 2008 at 12.

[47]    Standard & Poor's, *S&P Says Limited Purpose Finance Companies Face Negative Outlook*,
December 18, 2007 pp. 1-2 ("[Limited purpose finance companies] face very similar
pressures as SIVs given the current dual problems of falling asset values and a drying up of
short-term funding."  Sigma was the only limited purpose finance company S&P rated.  *Id*. at
1.)

[48]    A repurchase agreement, is similar to a loan secured by collateral; the borrower sells an asset
to a third party and agrees to buy it back at a later date.  Citigroup, *European Securitised
Products Strategy*, March 28, 2008 at 6.

[49]    Fitch Ratings, *Fitch Places Sigma Finance's Senior Notes on Watch Negative,* January 18,
2008.

Sigma owed over $11 billion (more than 25 percent of the value it placed on its portfolio) secondary to repurchase agreements, an increase from less than $1 billion as of April 30, 2007.[50]

20.     Market commentators expressed concern about Sigma's reliance on, and extensive use of, repos.  On January 18, 2008, Fitch questioned "the long term viability of Sigma's funding strategy and its implications for senior investors …"[51]  Analysts at Citigroup on February 29, 2008 wrote "the large repo volume … looks like the greatest threat to senior creditors" because "repo effectively ranks ahead of senior noteholders, which are thus put into a subordinated, weaker position."[52]  Senior noteholders would include, of course, holders of Sigma's MTNs.

21.     The threat of repo to MTN holders was magnified because Sigma's repo counterparties required it to put up collateral that was worth more than the amount of money Sigma borrowed.[53]  The excess amount of collateral is known as initial margin or a "haircut" and is designed to protect the lender in the event that the value of the collateral falls at the same time the borrower defaults.  However, the initial margin had the potential to remove even more assets from the reach of Sigma's MTN holders (since the repo counterparties would simply keep the margin if it was necessary to satisfy Sigma's obligations on the repo).[54]  In addition, I understand

---

[50]   Sigma Finance Corporation, Consolidated Financial Statements For the year ended April 2008 at 24 & Sigma Finance Corporation, *Monthly Business Report,* 29 February 2008 at 1.

[51]   Fitch Ratings, *Fitch Places Sigma Finance's Senior Notes on Watch Negative,* January 18, 2008.

[52]   Citigroup, *European Securitised Products Strategy*, February 29, 2008 at 6.

[53]   Standard & Poor's, *Sigma Finance Corp. Ratings Placed On CreditWatch Negative; Sector Outlook Remains Negative,* March 18, 2008 at 2.

[54]   Citigroup, *European Securitised Products Strategy*, March 28, 2008 at 6.  When Sigma collapsed it was revealed that Sigma had put up $4 billion of initial margin in order to borrow $17.4 billion using repos.  Moody's Investors Service, *Moody's downgrades Sigma's MTNs to*

that Sigma could be required to post additional margin (i.e. variational margin) if the value of its

collateral fell during the term of the repo.[55]  If Sigma posted the additional collateral, more assets

could be removed from the reach of MTN holders, if it failed to post the additional collateral,

Sigma would be in default.[56]   Potentially fewer assets available to satisfy the claims of MTN

holders would imply, all else being equal, increased risk associated with holding these MTNs.

22.  Concerns over the riskiness of Sigma and Sigma's MTNs in January and

February of 2008 were not confined solely to Sigma's use of repos. These concerns included the

overall illiquidity of the capital markets, declining asset prices and Sigma's lack of a bank

sponsor. For example, on January 7, 2008, analysts at JP Morgan wrote that Sigma had not

publicly indicated how it intended to raise funds sufficient to retire its existing debt and that,

"[i]n the absence of new sources of cash, [Sigma] still face[s] the prospect of eventually entering

enforcement, and existing investors remain exposed to potential ratings downgrades, defaults and

losses."[57]  On January 18, 2008, Fitch Ratings ("Fitch") placed Sigma's MTNs on ratings watch

negative due to "the ongoing illiquidity of global capital markets, the declining market value

---

(...continued)

Ca and Not Prime, and withdraws CP ratings, September 30, 2008.  This $4 billion was not
available to pay MTN holders.  Extent of Sigma Fall-out becomes clear, *Financial Time*s,
November 27, 2008.

[55]  Sigma ultimately posted approximately $4 billion of variational margin.  Moody's Investors
Service, *Moody's downgrades Sigma's MTNs to Ca and Not Prime, and withdraws CP
ratings*, September 30, 2008.  This $4 billion was not available to pay MTN holders.  Extent
of Sigma Fall-out becomes clear, *Financial Times*, November 27, 2008.

[56]  Standard & Poor's, *Sigma Finance Corp. Ratings Placed On CreditWatch Negative; Sector
Outlook Remains Negative,* March 18, 2008 at 2.  Sigma's ultimate failure was due to its
inability to meet a demand for additional collateral.  Complaint ¶ 101, Standard & Poor's,
*Sigma Finace Corp. Issuer Credit And Senior Debt Ratings Lowered; CP Rating Withdrawn,*
September 30, 2008 & Standard & Poor's, *Sigma Finance Issuer Credit And Senior Debt
Ratings Lowered to 'D'*, October 17, 2008.

[57]  JP Morgan, *Short-Term Fixed Income Research Note*, January 7, 2008 at 1.

even of the high quality assets that vehicles, such as Sigma, are exposed to and the challenges they face in particular vehicles that are not fully term-funded and do not have 100% liquidity support from a highly rated party."[58] Analysts at Citigroup and Merrill Lynch expressed similar concerns around the same time.[59] On February 28, 2008, the Financial Times wrote that "[t]he lack of a large bank behind Sigma leaves it vulnerable to collapse."[60]

      23.



---

[58] Fitch Ratings, *Fitch Place Sigma Finance's Senior Notes on Watch Negative*, January 18, 2008. On January 9, 2008, Fitch reported that it had requested "additional information from Sigma on its liquidity and funding position" "in light of current funding disruptions and the heightened stress experienced by a number of entities" but that Sigma's manager, Gordian Knot, had responded by requesting that Fitch "immediately withdraw all ratings on Sigma." Fitch Ratings, *Fitch to Maintain Sigma Finance Ratings despite Withdrawal Request*, January 9, 2008. Fitch had rated Sigma since 1995 and in Sigma's 2007 annual report, Gordian Knot noted that Fitch gave Sigma the highest ratings. PR Newswire, *Sigma Finance Corp., Sigma Finance, Inc. Commercial Paper Programs Rated 'F-1+' By Fitch—Fitch Financial Wire,* February 1, 1995 & Sigma Finance Corporation, Consolidated Financial Statements For the year ended April 2007 at 3. Fitch was ultimately forced to withdraw its ratings of Sigma due to Gordian Knot's refusal to provide information on Sigma. Fitch Ratings, *Fitch Withdraws Ratings on Sigma Finance's Senior Notes,"* January 28, 2008.

[59] Analysts at Merrill Lynch wrote "[g]iven that asset valuations and investor appetite have yet to recover from their depressed levels, MTN refinancing is likely to remain a concern this year for non-supported SIVs." Merrill Lynch, *SIV funding pressure shifts to MTN*, January 8, 2008 at 1. Merrill Lynch considered Sigma to be an SIV *Id.* at 3. Analysts at Citigroup wrote that "60% of the [Sigma's] total MTNs will mature in 2008, one third during the first quarter. Moody's has told us that Gordian Knot seems close to securing funding, but nothing has been confirmed to date. The worsening climate in markets does not help, we think." Citigroup, *European Securitised Products Outlook 2008*, January 25, 2008 at 27.

[60] "Moody's to review Sigma rating," *Financial Times*, February 28, 2008 at 21.

[61] Exhibit 4 to Falchetti Deposition.

- ██████████████████████████████████████████████████ Sigma's difficulty in finding repos was particularly relevant since half of its outstanding debt would come due in 2008 but only 13 percent of its assets would mature over this period.[63]

- Around February 4, 2008, in response to a request from BNY for a strategic update on Sigma's future, executives at Gordian Knot ████████████████████████████████████████████████████████████████████████████████████████████████

- Around February 13, 2008, S&P informed BNY that it considered Sigma to be a "distressed issuer."[65]

24.     In light of the market pricing of Sigma's MTNs in January and February of 2008 and the market concerns over the riskiness of Sigma's MTNs – all of which were further highlighted by communications I understand BNY received during this period – it is my opinion that by February 29, 2008 (by the latest) the continued holding of Sigma's MTNs was inconsistent with the objective of safeguarding principal. As of February 29, 2008 all the market concerns and communications discussed above had occurred as well as the January and February, 2008 market transactions in Sigma's MTNs the pricing of which was discussed *supra*. Various market commentators (consistent with the Sigma MTNs' pricing) had voiced substantial concerns relating to the riskiness of Sigma's MTNs in January of 2008; concerns that were further reflected and heightened in market commentary and various communications BNY

---

[62]   BNYM-SL01504800. I understand that BNY was also informed at this time by Gordian Knot that the weighted average life of Sigma's repos was approximately 5 months. BNYM-SL02321853.

[63]   Sigma Finance Corporation, *Monthly Business Report,* December 31, 2007 at 1 & 3.

[64]   GK0000091.

[65]   Exhibit 22 to Ford Deposition. At this time, S&P rated Sigma AAA. I understand that BNY did not inform PSF that S&P told BNY that it considered Sigma to be a distressed issuer.

received throughout February, 2008. Given this, I have chosen February 29, 2008 as the date by

which continuing to hold Sigma's MTNs was inconsistent with the Investment Guidelines'

objectives however, given the substantial evidence presented indicating the riskiness of Sigma's

MTNs as of January 16, 2008, I will present in my damages analysis damages assuming liability

as of January 16, 2008 as well..

25.    As for pricing during March, Sigma's MTNs continued to sell for prices

substantially below par.  Exhibit B shows that on March 10, 2008, BNY sold $40 million of

Sigma MTNs (maturing on December 22, 2008) for $0.824 and that on March 17, 2008, BNY

sold $53 million of MTNs (maturing on September 15, 2008) for $0.89.[66]

26.    Market commentators also continued to voice concerns after February 29,

2008. On March 18, 2008, S&P reported that Sigma had "approximately $15 billion in senior

debt and repurchase agreement maturities that will come due between now and June 2008" and

that "Sigma may find it difficult to refinance these maturities if the market liquidity condition

[sic] continues or worsens."[67]  S&P underscored the seriousness of market liquidity conditions

noting that "the recent JPMorgan Chase acquisition of Bear Stearns is a result of the liquidity

conditions in the market."[68] S&P warned that if Sigma was unable to secure financing, it would

---

[66]  I understand that during March 2008, BNY reported to PSF that the market prices of all of
the DBT II Fund's Sigma MTNs was at least $0.9789 on the dollar.

[67]  Standard & Poor's, *Sigma Finance Corp. Ratings Placed On CreditWatch Negative; Sector
Outlook Remains Negative,* March 18, 2008 at 1.

[68]  Standard & Poor's, *Sigma Finance Corp. Ratings Placed On CreditWatch Negative; Sector
Outlook Remains Negative,* March 18, 2008 pp 1-2.  On March 16, 2008, Bear Stearns was
forced to sell itself to JP Morgan for $2 per share in order to avoid bankruptcy; in order to
complete the deal the U.S. government agreed to bear any losses on $30 billion of Bear
Stearn's assets.  Wall Street Journal, *J.P. Morgan Buys Bear in Fire Sale, As Fed Widens
Credit to Avert Crisis—Ailing Firm Sold for Just $2 a Share in U.S.-Backed Deal*, March 17,
2008.  Bear Stearns had been rated A by S&P and A2 by Moody's only three days before it

be forced to liquidate its assets and the prices it received could be "lower than those observed in the market" because "banks [are] wrestl[ing] with what they should do with the significant sum of their own assets that they are currently financing."[69]

27.     S&P also reported that "[a]sset prices continue to fall" and warned that

- Sigma had to post initial margins of 2 to 10% on its repos and this "could exhaust a large portion of Sigma's capital since it is posted away from Sigma and in favor of the repo counterparties;"

- "Additional margin posting requirements could cause Sigma to default in the event of a missed collateral posting;"

- "Sigma may need to look to senior debt investors to refinance its debt either by rolling existing debt or replacing existing debt with repo funding."[70]

28.     I understand that BNY learned from Gordian Knot around April 2, 2008, that:

- Sigma could not access funding and its maturities continued to drain its liquidity; [71]

- Over the next four months $1.1 billion of Sigma's $3.8 billion in committed liquidity would expire;[72]

- Gordian Knot had been exploring ways to renew or replace Sigma's committed liquidity facilities but as of April 2, 2008, all maturing facilities had not been renewed.[73]

---

(...continued)

sold itself to JP Morgan.  Reuters, *Update 3-S&P cuts Bear Stearns on cash crunch, may cut again*, March 14, 2008.

[69] Standard & Poor's, *Sigma Finance Corp. Ratings Placed On CreditWatch Negative; Sector Outlook Remains Negative,* March 18, 2008 at 2.

[70] Standard & Poor's, *Sigma Finance Corp. Ratings Placed On CreditWatch Negative; Sector Outlook Remains Negative,* March 18, 2008 pp 1-3.

[71] Mannix Deposition Exhibit 18.

[72] Exhibit 41 to deposition of David Tant and Sigma Finance Corporation, Monthly Business Report, Monday, 31 March 2008.

29.     On April 4, 2008, Moody's reported that Sigma's outstanding repos had risen to $14 billion (34 percent of its portfolio), that the prices of Sigma's assets had "been declining steadily, and on occasions precipitously since July 2007" and that Sigma would have to raise approximately $20 billion to finance maturing debt through September 30, 2008.[74] Moody's also reported that the ratio of the market value of Sigma's assets to the outstanding notional value of its senior debt had shrunk to 105.12 percent.  Moody's downgraded Sigma's MTNs to A2, however analysts at JP Morgan argued that the market price of Sigma's MTNs indicated their risk was much higher:

> With the average life of Sigma's senior debt probably around one year, and the same debt trading in the secondary markets in the context of high $70s-low $80s before the downgrade, the market seems to be saying the risk was not Aaa, or even investment grade for that matter.[75]

30.     Exhibit B shows that, subsequent to the publication of this analyst report, market prices for Sigma's MTNs declined dramatically.  On April 22, 2008, BNY sold $46.25 million of Sigma MTNs (maturing on December 22, 2008) for $0.68 on the dollar, between April 24, 2008 and May 8, 2008, BNY sold $89 million of Sigma MTNs (maturing on September 19,

---

(...continued)

[73]  *Id.*

[74]  Moody's Investors Service, *Moody's downgrades Sigma Finance and keeps ratings on review,* April 4, 2008 at 1-2.  $20 billion is net of Sigma's asset redemptions and amortizations.  *Id* at 2.

[75]  *Id.* & JP Morgan, Short-Term Market Outlook and Strategy, April 7, 2008 (Exhibit 46 to Deposition of David Tant) at BNYM-SL01962896.  By this time Sigma's senior debt was virtually entirely MTNs and repos.  Sigma Finance Corporation, Monthly Business Report, Monday, 31 March 2008 at 1.

2008) for between $0.70 and $0.7325 and on May 5, 2008 BNY sold $100 million worth of

MTNs (maturing on September 19, 2008) for $0.73.[76]

       31.    I understand that around April 23, 2008 Gordian Knot informed BNY that

it had only arranged funding to cover its maturing liabilities through May 1[st][77] and that on April

30, 2008, the executive in charge of BNY's securities lending program wrote that ████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████

████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
██████████████

I further understand that PSF's other primary client contact, Michael McDermott and others at

BNY sent a virtually identical letter to ████████████████████████████████

## IV.   DAMAGES

       32.    In this section, I estimate damages to PSF. I have been asked to estimate

damages under various theories as to how PSF was harmed by BNY's actions. First, I estimate

---

[76] I understand that from January 2008 through April, 2008 BNY reported to PSF that the
market price of all of the DBT II Fund's Sigma MTNs was greater than $0.958.

[77] Mannix Deposition Exhibit 27.

[78] ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

*See* Exhibit B. In addition, I understand Standish Mellon sent out virtually identical letters to
clients on May 2, 2008. (BNYM-SL00360868; BNYM-Sl00360889)

[79] May 19, 2008 Email from Rawls to ████████, cc: McDermott, attaching letter. BNYM-
SL02865299.

damages to PSF related to BNY's decision to allow Hartford to redeem its units for $1 per unit in cash.  Then, I estimate damages to PSF from BNY's failure to sell the Sigma MTNs when it became clear the securities no longer met the DBT II Fund's Investment Guidelines.

33.     In these damage analyses caused by the failure to sell Sigma MTNs, I do not consider the $20 million guarantee against losses I understand PSF claims it is due from BNY.  I understand that BNY disputes this guarantee, and in any event, that BNY has not made good on the guarantee to date.  My analysis also does not take into account interest on PSF's losses, interest on reinvestment of but-for sale proceeds, or interest on MTNs held after but-for sale dates.  Adding interest would increase PSF's estimated damages.

<u>Damage estimates based on redemption of Hartford's units for $1 per unit</u>

34.     I understand that BNY permitted Hartford to redeem its units for $1 per unit in cash while, at the same time, offering PSF only the option to redeem its units with "securities in-kind," and representing to PSF that the in-kind redemption restriction applied to all participants in the DBT II Fund.[80]

35.     I have been asked to estimate damages to PSF assuming that PSF was entitled to the same treatment BNY accorded Hartford so PSF would have been permitted to redeem its units in the DBT II Fund for $1 per unit in cash.  The calculation of damages to PSF under this approach is straightforward.  If PSF had been allowed to redeem its units for $1 in cash as Hartford was, PSF would have received $1 per unit for its holdings, and would have avoided losses due to BNY's investments in Sigma.  Damages, therefore, are equal to the losses PSF suffered due to BNY's investments in Sigma.  BNY documents show PSF paid

---

[80]   I understand that other investors were also redeemed at $1 per unit as Hartford was: ███████████████████████████████████████ (BNYM-SL04028144, BNYM-SL01991890, BNYM-SL04029059, BNYM-SL02078326).

$81,057,462, when it exited the DBT II Fund as a result of the fund's Sigma exposure.[81]  I understand that when PSF exited the DBT II Fund it received Sigma MTNs which it subsequently sold for $0.045 on the dollar, and that its net losses were $77,409,408.[82]  Damages to PSF, therefore, under this approach are $77,409,408.[83]

### Damage estimates based on losses to PSF from BNY's decision to continue holding Sigma MTNs

36.     As discussed *supra*, BNY failed to sell the Sigma MTNs the DBT II Fund held even though the securities no longer met the DBT II Fund's Investment Guidelines in early 2008, and as a result, PSF suffered losses.

37.     I have been asked to estimate the magnitude of PSF's losses from BNY's failure to sell the Sigma MTNs assuming various dates at which BNY should have sold the Sigma MTNs (i.e. "but-for sale dates").   I have calculated damages to PSF assuming the following two but-for sale dates:  (1) January 16, 2008, ███████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████    ███████████████████

███████████████████████████████████████████████████

---

[81]   BNYM-SL04088872.xls, tab Sigma.

[82]   PSF00117580.

[83]   I also note that BNY's actions allowed Hartford to avoid bearing the Sigma losses while increasing those of PSF beyond what they would otherwise have been. I understand Hartford's holdings in the DBT II Fund as of December 11, 2007 (representing what I understand is the day after Hartford stopped all new lending activity because of concerns about Sigma and other SIVs) were approximately 11% percent of the fund's assets. If its percentage holdings had remained at this level, Hartford would have borne approximately 11% percent of PSF's losses from holding Sigma, or approximately $8,515,034.90 (= $77,409,408 * 0.11) (BNYM-SL04375274).

[84]   *See, Supra* ¶ 23

████████████████████████████████████████████████

S&P informed BNY that it considered Sigma to be a "distressed issuer;" and Citigroup wrote

that Sigma's large repo volume was the greatest threat to MTN holders.

      38.    Damages to PSF under this approach are the difference between the losses

PSF would have borne if BNY had timely sold the Sigma MTNs, and the losses PSF actually

bore.  Exhibit D summarizes these damages for the two but-for sale dates.  The exhibit shows

PSF's actual losses and its losses in the but-for world where the Sigma MTNs were sold.  PSF's

actual losses, as a result of the fund's Sigma exposure, were $77,409,408.[86]  In the but-for world,

the Sigma MTNs would have been sold in the first half of 2008, and the but-for sale prices are

based on prices at which BNY actually sold Sigma notes at the time.  For each but-for sale date,

the first BNY sale price after the but-for sales date is used unless noted otherwise.  Total PSF

damages for each but-for sale date are equal to PSF's actual losses ($77,409,408) less what

PSF's losses would have been if BNY had sold the MTNs at the time taking into account PSF's

percentage holdings in the fund at the sale date.

      39.    I checked whether adjusting the BNY sale prices to reflect the maturities

of the various notes the DBT II Fund held produces lower damage estimates, where the maturity

adjustment is based on the relative bid prices for notes with different maturities quoted by

Deutsche Bank on May 16, 2008.[87]  Adjusting for maturity, damage estimates are approximately

$67.4 and $63.6 million for January 16, 2008 and February 29, 2008 respectively; not adjusting

for maturity, damages estimates are approximately $67.2 and $61.7 million. For each date, I take

---

[85]  *See, Supra* ¶ 20-23

[86]  *See, Supra* ¶ 35.

[87]  BNYM-SL01920685, BNYM-SL03286123 (5/16/08, Deutsche Bank Bid Quote).

the lower estimate, so the exhibit reports damage estimates of approximately $67.2 and $61.7 million.[88, 89]

40.     I have also been asked to estimate damages assuming that BNY would not have sold the notes maturing on or before June 12, 2008 in the various but-for worlds.  Damage estimates under this approach are approximately $69.3 and $64.3 million for January 16, and February 29, 2008 respectively.

41.     Exhibit B summarizes information about sales of Sigma MTNs by BNY. The exhibit shows that BNY was able to sell substantial amounts of Sigma MTNs in the period after it became clear the Sigma MTNs no longer conformed to the DBT II Fund's Investment Guidelines.  These sale prices are generally consistent with information on bids and quotes received by BNY for Sigma MTNs at the time.  Exhibit E summarizes information on bids and quotes received by BNY for Sigma MTNs.  The exhibit shows that BNY could have sold substantially more Sigma MTNs than it actually did at approximately the same prices.

42.     In addition to these sales, I understand BNY sold more than $700 million of MTNs back to Sigma during April, May and June of 2008 using ratio trades[90, 91] because BNY

---

[88]   PSF's unit holdings as a percentage of all DBT II units changed from January 16 to February 29.  The changing percentage of PSF's unit holdings is reflected in the damage calculations.

[89]   While it is my opinion that the but-for sale prices used are reasonable estimates of what the Sigma MTNs would have been sold for, I note that damages are similar if the weighted average of all BNY sale prices after each but-for sale date are used instead of the assumed sale prices – estimated damages are approximately $58.3 and $57.2 million for January 16 and February 29.

[90]   Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories, Schedule A-2 ($674.5 million), and BNYM-SL02499462 & BNYM-SL02507022 ($67.29 million).

[91]   Ratio trades involved the sale of assets at par to Sigma's senior debt investors in exchange for cash and the extinguishing of Sigma's debt held by the investor. For example, in an X for one ratio trade, the senior debt investor purchases at par an amount of assets equal to X times the par value of Sigma's debt it holds, and in return Sigma buys back this debt at par. Moody's

was concerned that Sigma's financial structure made owning the MTNs riskier than owning the

Sigma's underlying assets.  I also understand that BNY was presented with the opportunity to

execute ratio trades as early as September 2007, and there were numerous discussions regarding

potential ratio trades beginning in early February 2008.[92] I have been asked how much of PSF's

losses would have been avoided if, BNY had executed ratio trades on behalf of the DBT II Fund

for all of the Sigma MTNs that the DBT II Fund held (that it did not actually sell), and all of the

assets obtained by the DBT II Fund in these ratio trades were held to, and paid out in full, at

maturity.  PSF would have avoided $77,409,408 in losses (representing PSF's share of the Sigma

losses, minus the amounts it received when it sold the Sigma MTNs for a loss) under these

circumstances.   I understand that discovery is ongoing and PSF has requested additional

information regarding such transactions such as the gains and losses realized by clients for whom

trades were executed.  Accordingly, I reserve the right to update my analysis upon receiving such

data.

Additional Calculations

43.  Finally, I was asked to perform two additional calculations.  First, I was

asked to calculate the difference between PSF's losses on Sigma and what its losses would have

been if BNY had removed Sigma from the DBT II Fund and placed it into a separate fund that

was frozen on January 16, 2008 ███████████████████████████████

██████████████████████████████████████████

---

(...continued)

Investors Service, "Moody's downgrades Sigma Finance and keeps the ratings on review,"
February 4, 2008.

[92]  BNYM-SL02044695; BNYM-SL02044385; BNYM-SL01930580; BNYM-SL02321848;
BNYM-SL01925700.

███████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████ [4] I have been asked to calculate this amount as the difference between PSF's

percentage ownership of the DBT II Fund on these dates and its percentage ownership of the

DBT II Fund on October 1, 2008 multiplied by $381,281,000 (I understand this is the par value

of sigma on October 1, 2008) less the recovery on Sigma MTNs I understand PSF obtained (4.5

cents on the dollar). The results of this calculation are given in Exhibit F.

44.     Second, I have been asked to calculate how PSF would have drawn down

its negative earnings guarantee (which I understand was for $20 million) under the following

assumptions:

- On October 1, 2008 the DBT II fund realized a $324,064,872 loss on its position in Sigma;

- No later than December 31, 2008 this loss was revised to $368,759,742;

- PSF's gross monthly earnings and rebates due borrowers were as depicted in Exhibit G;

- For the purposes of the negative earnings guarantee, PSF's monthly earnings were calculated as PSF's gross monthly earnings less rebates due borrowers and amortized losses on Sigma (assuming a 12 month amortization schedule).

- Each month PSF had earnings, the earnings guarantee was debited by the amount of earnings.

In Exhibit G I calculate PSF's monthly earnings for the months October 2008 through May

2009. For each month in which earnings are negative, I add the negative earnings to what

remains of the $20 million earnings guarantee. Exhibit G shows the guarantee would have been

─────────────────────

[93]   *See, Supra* ¶ 23

[94]   *See, Supra* ¶ 23

exhausted in May 2009.  The earnings guarantee would have been exhausted sooner with a

shorter amortization schedule.  I understand PSF's gross monthly earnings were lower in 2009

than 2008; the earnings guarantee would be exhausted more quickly if applied during a period

when PSF's gross monthly earnings were lower.


_____

Frank Allen Ferrell

August 10, 2011

**Exhibit A**

**Exhibit A**

# Allen Ferrell

Harvard Law School
Cambridge, Massachusetts  02138
Telephone: (617) 495-8961
Email: fferrell@law.harvard.edu

**CURRENT POSITIONS**

*Greenfield Professor of Securities Law*, Harvard Law School

*Member*, American Law Institute Project on the Application of U.S. Financial Regulations to Foreign Firms and Cross-Border Transactions

*Member*, ABA Task Force on Corporate Governance

*Fellow*, Columbia University's Program on the Law and Economics of Capital Markets

*Faculty Associate*, Kennedy School of Government

*Research Associate*, European Corporate Governance Institute

**EDUCATION**

*Massachusetts Institute of Technology*, Ph.D. in Economics, 2005
Fields in econometrics and finance

*Harvard Law School,* J.D., 1995, *Magna Cum Laude*

- Recipient of the *Sears Prize* (award given to the two students with the highest grades)
- Editor, *Harvard Law Review*

*Brown University,* B.A. and M.A., 1992, *Magna Cum Laude*

**PREVIOUS POSITIONS**

*Harvard University Fellow*
Harvard Law School, 1997

*Law Clerk*, Justice Anthony M. Kennedy
Supreme Court of the United States; 1996 Term

*Law Clerk*, Honorable Laurence H. Silberman
United States Court of Appeals for the District of Columbia; 1995 Term

**COURSES TAUGHT**

*Securities Regulation*
*Regulation of Market Structure*
*Law and Finance*
*Law and Corporate Finance*
*Contracts*

**REFEREE FOR FOLLOWING JOURNALS**

*Quarterly Journal of Economics*
*American Law and Economics Review*
*Journal of Corporation Finance*
*Journal of Law, Economics and Organization*
*Journal of Legal Studies*

**TALKS**

Third Annual Structured Products Association Meeting, "Current Policy Issues
Concerning Structured Products"

Annual Boston Analysts Society Meeting, "The Regulation of Structured Products"

Chairperson, Asian Exchange Conference, Singapore, "Issues Facing Asian Exchanges"

U.S. Senate Subcommittee on Securities, Insurance and Investment, "The Regulation of
Cross-border Exchange Mergers"

Joint NASD/SEC Forum, "Law and Economics of Best Execution"

SEC Panel, "Econometrics of Measuring the Effects of Mandatory Disclosure"

American Enterprise Institute/Brookings Institution, "Shareholder Rights"

Brookings Institution, "Financial Innovation"

International Development Law Institute, "Corporate Law and Development"

World Bank, "Financial Market Development Indicators"

Shenzhen Stock Exchange, "Regulation of Insider Trading"

Numerous presentations at the National Bureau of Economic Research

**Papers**

"Thirty Years of Shareholder Rights and Firm Valuation," with Martijn Cremers, Yale ICF Working Paper No. 09-09, *revise and resubmit at Journal of Finance*

"Forward-casting 10b-5 Damages: A Comparison to other Methods" with Atanu Saha, Working Paper (2011)

"Event Study Analysis: Correctly Measuring the Dollar Impact of an Event" with Atanu Saha, Working Paper (2011)

"Calculating Damages in ERISA Litigation", Working Paper (2011)

"Securities Litigation and the Housing Market Downturn," with Atanu Saha, 35 *Journal of Corporation Law* 97 (2009)

"Legal and Economic Issues in Litigation arising from the 2007-2008 Credit Crisis," with Jennifer Bethel and Gang Hu, in PRUDENT LENDING RESTORED: SECURITIZATION AFTER THE MORTGAGE MELTDOWN (Brookings Institution Press 2009)

"The Supreme Court's 2005-2008 Securities Law Trio: *Dura Pharmaceuticals, Tellabs*, and *Stoneridge*," 9 *Engage* 32 (2009)

"What Matters in Corporate Governance?" with Lucian Bebchuk & Alma Cohen, 22 *Review of Financial Studies* 783 (2009)

"Do Exchanges, CCPs, and CSDs have Market Power?," *forthcoming* in GOVERNANCE OF FINANCIAL MARKET INFRASTRUCTURE INSTITUTIONS (editor Ruben Lee) (2009)

"An Asymmetric Payoff-Based Explanation of IPO 'Underpricing'," Working Paper, with Atanu Saha

"The Law and Finance of Broker-Dealer Mark-Ups," commissioned study for NASD using proprietary database (2008)

"Majority Voting" in REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2008)

"The Loss Causation Requirement for Rule 10B-5 Causes of Action: The Implications of *Dura Pharmaceuticals v. Broudo*," 63 BUSINESS LAWYER 163 (2007)

"Mandated Disclosure and Stock Returns: Evidence from the Over-the-Counter Market," 36 *Journal of Legal Studies* 1 (June, 2007)

"Policy Issues Raised by Structured Products," with Jennifer Bethel, in BROOKINGS – NOMURA PAPERS IN FINANCIAL SERVICES, Brookings Institution Press, 2007

"The Case for Mandatory Disclosure in Securities Regulation around the World," 2 *Brooklyn Journal of Business Law* 81 (2007)

"U.S. Securities Regulation in a World of Global Exchanges," with Reena Aggarwal and Jonathan Katz, in EXCHANGES: CHALLENGES AND IMPLICATIONS, Euromoney (2007)

"Shareholder Rights" in REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2007)

"Creditor Rights: A U.S. Perspective," 22 *Angler- und Glaubigerschutz bei Handelsgesellschaften* 49 (2006)

"Measuring the Effects of Mandated Disclosure," 1 *Berkeley Business Law Journal* 369 (2004)

"If We Understand the Mechanisms, Why Don't We Understand the Output?", 37 *Journal of Corporation Law* 503 (2003)

"Why European Takeover Law Matters," in REFORMING COMPANY AND TAKEOVER LAW IN EUROPE (Oxford University Press) (2003)

"Does the Evidence Favor State Competition in Corporate Law?", with Alma Cohen & Lucian Bebchuk, 90 *California L. Rev.* 1775 (2002)

"Corporate Charitable Giving," with Victor Brudney, 69 *Univ. Of Chicago Law Review* 1191 (2002)

"A Comment on Electronic versus Floor-Based Securities Trading," *Journal of Institutional and Theoretical Economics* (Spring 2002)

"Much Ado About Order Flow," *Regulation Magazine* (Spring 2002)

"On Takeover Law and Regulatory Competition," with Lucian Bebchuk, 57 *Business Lawyer* 1047 (2002)

"Federal Intervention to Enhance Shareholder Choice," with Lucian Bebchuk, 87 *Virginia Law Review* 993 (2001)

"A New Approach to Regulatory Competition in Takeover Law," with Lucian Bebchuk, 87 *Virginia Law Review* 111 (2001)

"A Proposal for Solving the 'Payment for Order Flow' Problem," 74 *Southern California Law Review* 1027 (2001)

"Federalism and Takeover Law: The Race to Protect Managers from Takeovers," with Lucian Bebchuk, 99 *Columbia L. Rev.* 1168 (1999)

**EXPERT REPORTS INVOLVING DEPOSITION/WITNESS TESTIMONY**

*Bacon et. al. v. Stiefel Laboratories*, Case No. 09-21871-CV-KING, Expert Report and deposition on July 22, 2011

*Abu Dhabi Investment Authority v. Citigroup*, Case No. 50148T 0065009 (Arbitration Proceeding), Expert Reports and Testimony on May 11, 2011

*Nacco Industries, et al. v. Applica Incorporated, et al*, Case No. 2541-N; Expert Report and deposition on December 15, 2010

*Black Horse Capital, et al. v. JP Morgan Chase Bank, et al.*, Case No. 08-12229; Expert Report and deposition on November 28, 2010

*SEC v. John Kelly*, Case No. 4612; Expert Report and deposition on May 17, 2010

*In re Schwab Corp. Securities Litigation,* Case No. 08-cv-1510, Expert Report and deposition on January 15, 2010

*In re Ticketmaster Entertainment Shareholder Litigation*, Lead Case No. BC407677, Expert Report and deposition on December 3, 2009

*In re Boston Scientific*, Civil Action No. 1:05-CV-11934, Expert Report and deposition on October 13, 2009

*In re Emulex Shareholder Litigation*, Civil Action No. 4519-VCS: Expert Report and deposition on June 30, 2009

*Selectica v. Trilogy*, Civil Action No. 4241-VCN: Trial testimony on April 30, 2009

*Selectica v. Trilogy*, Civil Action No. 4241-VCN: Expert Report and deposition on February 25, 2009

*In re Centerline Holding Company Securities Litigation*, Civil Action No. 08-CV-00505: Expert Report and deposition on December 4, 2008

*Ehrlich, Schlichtmann, v. Kerry et al.*, Civil Action No. 06-1403-BLS: Expert Report and deposition on November 7, 2008

*In Re Mutual Funds Investment Litigation: Parthasarathy v. RS Investment Management, L.P.*, Civil Action No. 04-CV-3798-JFM: Expert Report and deposition on June 24, 2008

*UnitedGlobalCom Shareholders Litigation*, Civil Action No. 1012-N: Expert Report and deposition on November 15, 2007

*Ryan, and All Others Similarly Situated v. Flowserve Corporation*, Civil Action No.
3:03-CV-1769-M:  Expert Report and deposition on June 14, 2007

*Lamkin v. UBS PaineWebber, Inc. and UBS Warburg, LLC*, Civil Action No. H-02-0851:
Expert Report and deposition on October 24, 2006

**Exhibit B**

**Exhibit B**

## BNY Mellon's Sale of Sigma Medium Term Notes

| Date of Trade | Selling Account(s) | CUSIP | Maturity | Size/ Amount (MM) | Sale Price | Source (Bates ID) |
|---|---|---|---|---|---|---|

## BNY Mellon's Sale of Sigma Medium Term Notes

| Date of Trade | Selling Account(s) | CUSIP | Maturity | Size/ Amount (MM) | Sale Price | Source (Bates ID) |
|---|---|---|---|---|---|---|
| | | | | | | |

## BNY Mellon's Sale of Sigma Medium Term Notes

| Date of Trade | Selling Account(s) | CUSIP | Maturity | Size/ Amount (MM) | Sale Price | Source (Bates ID) |
|---|---|---|---|---|---|---|
| | | | | | | |

**Sources:** As noted in Source column.  Schedule B-1 is from Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories, July 14, 2011.

**Note:** For 3/10/08 there is a conflict in prices in the documents.  BNYM-SL00386050 states price as 0.84, whereas BNYM-SL00386051 and BNYM-SL00125335 state 0.825.  The lower of the two prices, 0.825, is used.

For 6/2/2008 there is a conflict in prices in the documents.  BNYM-SL02073751, BYNM-SL01960448, and BYNM-SL02034330 state a price of 0.815, and BYNM-SL01509843 and BNYM-SL02025091 state a price of 0.8152.  The lower of the two prices, 0.815, is used.

The 8/29/08 email (BNYM-SL01959638) states the maturity of the MTN sold as 11/14/09.  We assume the year of the maturity in the email is in error and should be 11/14/08, since according to the 8/26/08 BNYM Securities Lending Holding Report (PSF00030401-12), only MTNs with November maturities occurring in 2008 were in the fund.

# Exhibit C

# Exhibit C

## Ratings Changes For Non-Bank Sponsored SIVs (excluding Sigma)
### *Moody's/S&P*

| Date | Axon | Cheyne | Cortland | Eaton Vance | Hudson-Thames | Nightingale[1] | Orion | Victoria |
|------|------|--------|----------|-------------|---------------|----------------|-------|----------|
| 08/27/07 | Aaa / AAA | Aaa / AAA | Aaa / AAA | Aaa / AAAStable | Aaa / AAA | Aaa / AAA | Aaa / AAA | NA / AAA |
| 08/28/07 | | Aaa / A-Wneg | | | | | | |
| 09/05/07 | | Aaa*- / A-Wneg | | | | | | Baa2 *- / AAA |
| 09/14/07 | Aaa / AAAWneg | | | | | | | |
| 09/17/07 | Aaa *- / AAAWneg | | | | | | | |
| 10/04/07 | | Ba3 * / A-Wneg | | | | | | |
| 10/19/07 | | Ba3 * / D | | | | | | |
| 10/23/07 | Ba3 *- / AAAWneg | | | | | | | |
| 10/30/07 | Ba3 *- / BBBWneg | | | | | | | |
| 10/31/07 | | | | | | | | Baa2 *- / AAWneg |
| 11/07/07 | | | | | | | Aaa *- / AAA | Caa3 / AAWneg |
| 11/09/07 | Ba3 *- / CCCWneg | | | | | | | |
| 11/27/07 | Ba3 *- / D | | | | | | | |
| 11/30/07 | | B2 / D | | | | | Baa3 / AAA | Ca / AAWneg |
| 12/07/07 | | | Aaa / AAANegative | | | Aaa/ AAANegative | Baa3 / AAAWneg | |
| 12/14/07 | B2 / D | | | | WR / AAA | | | |
| 12/19/07 | | | Aaa / AAAStable | | | | | |
| 01/07/08 | | | | | | | | Ca / B-Wneg |
| 01/14/08 | | | | | | | | Ca / D |
| 01/16/08 | | | | | | | Baa3 / D | |
| 01/23/08 | | | | | | | B1 / D | |
| 02/25/08 | | | Aaa / AAANegative | Aaa *- / AAAStable | | | | |
| 02/29/08 | B2 / D | B2 / D | Aaa / AAANegative | Aaa *- / AAAStable | WR / AAA | Aaa / AAANegative | B1 / D | Ca / D |

**Source:** Compiled from S&P Ratings Direct; Bloomberg LP; Moody's Investors Service (Hudson Thames); "SIV round-up", Dresdner Kleinwort, 12/14/2007, pp. 7-8.

**Notes:** For S&P ratings:  Negative = "Negative Outlook" and Wneg = "CreditWatch with Negative Implications"
For Moody's Outlook Ratings: Ratings under review is indicated by *, Ratings with negative implications by *- and Withdrawn Rating by "WR"
S&P ratings are Issuer Ratings (Local and Foreign Long Term; Local and Foreign ratings are the same for these SIVs).  There are no additional security-level ratings for these SIVs (except for Nightingale).  The Moody's ratings are for MTNs (securities level), not Issuer
The ratings listed on the first and the last dates of the table (8/27/07 and 2/29/08) reflect the respective ratings of the SIVs as of those dates
1. The S&P ratings shown reflect the Local and Foreign Long Term Issuer Ratings. For this SIV, there are additional security ratings. The local and foreign MTN S&P ratings for Nightingale do not have a Negative Outlook on 12/7/07. Therefore, at 2/29/08 the S&P rating for the MTN would be AAA.

# Exhibit D

# Exhibit D

# Damages Due to Defendants' Decision to Hold Sigma MTNs
## But-For Sale Date: January 16, 2008

| Security Description | CUSIP | Maturity Date | But-For Par Value of DBT II Holdings [A] | Price [B] | DBT II Loss [C]=(1-[B])*[A] | PSF Holdings in DBT II [D] | PSF Loss [E]=[D]*[C] |
|---|---|---|---|---|---|---|---|
| *Maturing Notes* | | | | | | | |
| Sigma Finance | 8265QONE8 | 01/24/08 | $60,400,000 | 0.895 | $6,342,000 | 16.4% | $1,043,151 |
| Sigma Finance | 8265QORBO | 05/14/08 | $50,000,000 | 0.895 | $5,250,000 | 16.4% | $863,536 |
| Sigma Finance | 8265QOUWO | 06/12/08 | $75,000,000 | 0.895 | $7,875,000 | 16.4% | $1,295,304 |
| *SUBTOTAL* | | | | | $19,467,000 | | $3,201,990 |
| *Non-Maturing Notes* | | | | | | | |
| Sigma Finance | 8265QOXD9 | 10/30/08 | $55,000,000 | 0.895 | $5,775,000 | 16.4% | $949,889 |
| Sigma Finance | 8265QOXC1 | 10/30/08 | $55,000,000 | 0.895 | $5,775,000 | 16.4% | $949,889 |
| Sigma Finance | 8265QOXF4 | 11/14/08 | $100,000,000 | 0.895 | $10,500,000 | 16.4% | $1,727,071 |
| Sigma Finance | 8265QOXG2 | 11/14/08 | $35,000,000 | 0.895 | $3,675,000 | 16.4% | $604,475 |
| Sigma Finance | 8265QOVQ2 | 01/22/09 | $35,000,000 | 0.895 | $3,675,000 | 16.4% | $604,475 |
| Sigma Finance | 8265QOWE8 | 03/12/09 | $124,500,000 | 0.895 | $13,072,500 | 16.4% | $2,150,204 |
| *SUBTOTAL* | | | | | $42,472,500 | | $6,986,004 |
| *TOTAL* | | | | | $61,939,500 | | $10,187,994 |
| **Actual PSF Loss** | | | | | | | **$77,409,408** |
| **PSF Damages   =   Actual PSF Loss − But-For Total Loss** | | | | | | | **$67,221,414** |

**Sources:**   BNYM-SL01965586-88 and -90  (Jan 16, 2008 GSL Holdings Report).
  BNYM-SL00125335, BNYM-SL00124939, BNYM-SL02141698 and BNYM-SL00278144 (Price on 1/17/2008).
  PSF00077067 and PSF00101921 (PSF Holdings in DBT II as of 1/16/2008)
  PSF00117580 (Actual PSF Loss).
  Damages are calculated based on two ways:  (1) prices that are not adjusted for maturity and (2) prices that are adjusted for maturity.  The lower of the two Total Damages is used in the exhibit (in this case, the non-adjusted price).

# Damages Due to Defendants' Decision to Hold Sigma MTNs
## But-For Sale Date: February 29, 2008

| Security Description | CUSIP | Maturity Date | But-For | | | | |
|---|---|---|---|---|---|---|---|
| | | | Par Value of DBT II Holdings [A] | Price [B] | DBT II Loss [C]=(1-[B])*[A] | PSF Holdings in DBT II 3/3/2008 [D] | PSF Loss [E]=[D]*[C] |
| *Maturing Notes* | | | | | | | |
| Sigma Finance | 8265QORBO | 05/14/08 | $50,000,000 | 0.840 | $8,000,000 | 18.5% | $1,480,369 |
| Sigma Finance | 8265QOUWO | 06/12/08 | $75,000,000 | 0.840 | $12,000,000 | 18.5% | $2,220,553 |
| SUBTOTAL | | | | | $20,000,000 | | $3,700,922 |
| *Non-Maturing Notes* | | | | | | | |
| Sigma Finance | 8265QOXD9 | 10/30/08 | $55,000,000 | 0.840 | $8,800,000 | 18.5% | $1,628,406 |
| Sigma Finance | 8265QOXC1 | 10/30/08 | $55,000,000 | 0.840 | $8,800,000 | 18.5% | $1,628,406 |
| Sigma Finance | 8265QOXF4 | 11/14/08 | $100,000,000 | 0.840 | $16,000,000 | 18.5% | $2,960,738 |
| Sigma Finance | 8265QOXG2 | 11/14/08 | $35,000,000 | 0.840 | $5,600,000 | 18.5% | $1,036,258 |
| Sigma Finance | 8265QOVQ2 | 01/22/09 | $35,000,000 | 0.840 | $5,600,000 | 18.5% | $1,036,258 |
| Sigma Finance | 8265QOWE8 | 03/12/09 | $124,500,000 | 0.840 | $19,920,000 | 18.5% | $3,686,118 |
| SUBTOTAL | | | | | $64,720,000 | | $11,976,184 |
| TOTAL | | | | | $84,720,000 | | $15,677,106 |

**Actual PSF Loss**                                                                  **$77,409,408**

**PSF Damages  =  Actual PSF Loss − But-For Total Loss**                  **$61,732,302**

Sources:    PSF00079175-79 and PSF00102180-83 (2/27/2008 and 3/4/2008 GSL Holdings Reports reflect the same Par Value of DBT II Holdings).
                BNYM-SL00125335 and Schedule B-1 from Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories, July 14,
                2011. (Sale Price on 3/3/2008 for a December-2008 maturity).
                PSF00079301 and PSF00102237 (PSF Holdings in DBT II as of 3/3/2008).
                PSF00079187 and PSF00101352 (PSF Holdings in DBT II as of 2/27/2008).
                PSF00117580 (Actual PSF Loss).
Note:       There are no PSF holdings in DBT II reported for 2/29/2008. The two closest reported holdings dates are 2/27/2008 (18.295%)
                and 3/3/2008 (18.505%). PSF damages using 2/27/2008 PSF Holdings in DBT II would be $61,909,490.
                Damages are calculated based on two ways: (1) prices that are not adjusted for maturity and (2) prices that are adjusted for maturity.
                The lower of the two Total Damages is used in the exhibit (in this case, the non-adjusted price).
                The sale around 3/3/2008 to 3/7/2008 of 0.91 was not used because the 4/20/2008 maturity for this sale is before the earliest Deutsche
                Bank maturity. Damages would be higher if price was extrapolated backwards to 4/22/2008.

**Exhibit E**

**Exhibit E**

## SIGMA Bids and Quotes

| Date | Maturity | Size/ Amount (MM) | Bid/ Quote/ Sale | Price | Source (Doc ID) | Notes |
|------|----------|-------------------|------------------|-------|-----------------|-------|

## SIGMA Bids and Quotes

| Date | Maturity | Size/ Amount (MM) | Bid/ Quote/ Sale | Price | Source (Doc ID) | Notes |
|------|----------|-------------------|------------------|-------|-----------------|-------|
| 5/22/2008 | May-08 | 25.00-50.00 | Quote | 0.87-0.90 | BNYM-SL02141255 | Interested in $25-$50M per maturity (from Deutsche Bank) |
| | Jun-08 | 25.00-50.00 | Quote | 0.84-0.87 | | |
| | Aug-08 | 25.00-50.00 | Quote | 0.82-0.85 | | |
| | Sep-08 | 25.00-50.00 | Quote | 0.75-0.78 | | |
| | Feb-09 | 25.00-50.00 | Quote | 0.70-0.73 | | |
| | Jul-09 | 25.00-50.00 | Quote | 0.65-0.68 | | |
| 6/2/2008 | 9/15/2008 | 30.000 | Sale | 0.815 | BNYM-SL01960448 | JPMChase's Distressed Desk "sold a $30MM piece of Sigma yesterday for 81.5. Maturity was 9/15/08. Comment was that the buy side would've taken more (up to $300MM)." |
| 6/3/2008 | Sep-08 | 10.000 | Bid | 0.850 | BNYM-SL01961597 | Bid From Sigma |
| 6/3/2008 | Jun-08 to Aug-08 | N/A | Quote | 0.80-0.85 | BNYM-SL02025088 BNYM-SL01961597-98 BNYM-SL02034329-30 | From Credit Suisse |
| | Sep-08 to Dec-08 | N/A | Quote | 0.75-0.80 | | |
| | 2009+ | N/A | Quote | 0.62-0.67 | | |
| 6/3/2008 | Jun-08 | 25.00-50.00 | Quote | 0.88-0.91 | BNYM-SL02025088 BNYM-SL01961598 BNYM-SL02034329-30 | Interested in $25-$50M per maturity (from Deutsche Bank, "We are a buyer of all Sigma tranches. Sigma bids work for 25-50MM per tranche") |
| | Jul-08 | 25.00-50.00 | Quote | 0.86-0.89 | | |
| | Aug-08 | 25.00-50.00 | Quote | 0.84-0.87 | | |
| | Sep-08 | 25.00-50.00 | Quote | 0.82-0.85 | | |
| | Oct-08 | 25.00-50.00 | Quote | 0.79-0.81 | | |
| | Feb-09 | 25.00-50.00 | Quote | 0.74-0.77 | | |
| | Jul-09 | 25.00-50.00 | Quote | 0.68-0.71 | | |
| | Sep-11 | 25.00-50.00 | Quote | 0.65-0.68 | | |
| 6/9/2008 | N/A | N/A | N/A | N/A | BNYM-SL04025823 | "[T]here are several dealers who are now making a two-way market on Sigma debt and there have been active buyers at albeit distressed prices." |
| 6/9/2008 | Jun-08 | 25.00-50.00 | Quote | 0.905-0.935 | BNYM-SL01916307 | From Deutsche Bank, "We are a buyer of all Sigma tranches. Sigma bids work for 25-50MM per tranche" |
| | Jul-08 | 25.00-50.00 | Quote | 0.875-0.905 | | |
| | Aug-08 | 25.00-50.00 | Quote | 0.865-0.895 | | |
| | Sep-08 | 25.00-50.00 | Quote | 0.835-0.855 | | |
| | Oct-08 | 25.00-50.00 | Quote | 0.795-0.815 | | |
| | Nov-08 | 25.00-50.00 | Quote | 0.785-0.815 | | |
| | Dec-08 | 25.00-50.00 | Quote | 0.775-0.805 | | |
| | Feb-09 | 25.00-50.00 | Quote | 0.750-0.780 | | |
| | Mar-09 | 25.00-50.00 | Quote | 0.740-0.770 | | |
| | Jul-09 | 25.00-50.00 | Quote | 0.685-0.715 | | |
| | Sep-11 | 25.00-50.00 | Quote | 0.655-0.685 | | |
| 6/26/2008 | 6/22/2009 | 25.000 | Sale | 0.765 | BNYM-SL02637819 | |
| | 7/16/2010 | 25.000 | Sale | 0.715 | | |
| 7/1/2008 | Jul-08 | N/A | Quote | 0.93-0.98 | BNYM-SL02637822 | From Credit Suisse |
| | Aug-08 | N/A | Quote | 0.88-0.93 | | |
| | Sep-08 | N/A | Quote | 0.83-0.88 | | |
| | Oct-08 - Dec-08 | N/A | Quote | 0.80-0.85 | | |
| | Jan-09 - Mar-09 | N/A | Quote | 0.75-0.80 | | |
| | Apr-09 - Jun-09 | N/A | Quote | 0.73-0.78 | | |
| | Jul-09+ | N/A | Quote | 0.70-0.75 | | |

## SIGMA Bids and Quotes

| Date | Maturity | Size/ Amount (MM) | Bid/ Quote/ Sale | Price | Source (Doc ID) | Notes |
|---|---|---|---|---|---|---|
| 7/11/2008 | Jul-08 | N/A | Quote | 0.95-0.98 | BNYM-SL02636839 | From Deutsche Bank, "We continue to be a buyer of the entire Sigma curve" |
| | Aug-08 | N/A | Quote | 0.94-0.97 | | |
| | Sep-08 | N/A | Quote | 0.89-0.92 | | |
| | Oct-08 | N/A | Quote | 0.84-0.87 | | |
| | Nov-08 | N/A | Quote | 0.83-0.86 | | |
| | Dec-08 | N/A | Quote | 0.81-0.84 | | |
| | Feb-09 | N/A | Quote | 0.80-0.83 | | |
| | Mar-09 | N/A | Quote | 0.77-0.80 | | |
| | Jun-09 | N/A | Quote | 0.76-0.79 | | |
| | Jul-09 | N/A | Quote | 0.75-0.78 | | |
| | Jul-10 | N/A | Quote | 0.71-0.74 | | |
| | Sep-11 | N/A | Quote | 0.67-0.70 | | |
| 7/16/2008 | Jul-08 | N/A | Quote | 0.95-0.98 | BNYM-SL02072813 | From Deutsche Bank |
| | Aug-08 | N/A | Quote | 0.935-0.965 | | "We continue to be buyers of Sigma paper but at lower levels given the recent downgrade." |
| | Sep-08 | N/A | Quote | 0.88-0.91 | | |
| | Oct-08 | N/A | Quote | 0.83-0.88 | | |
| | Nov-08 | N/A | Quote | 0.82-0.85 | | |
| | Dec-08 | N/A | Quote | 0.80-0.83 | | |
| | Feb-09 | N/A | Quote | 0.78-0.81 | | |
| | Mar-09 | N/A | Quote | 0.77-0.80 | | |
| | Jun-09 | N/A | Quote | 0.75-0.78 | | |
| | Jul-09 | N/A | Quote | 0.74-0.77 | | |
| | Jul-10 | N/A | Quote | 0.70-0.73 | | |
| | Sep-11 | N/A | Quote | 0.66-0.69 | | |
| 7/29/2008 | 11/14/2008 | 13.000 | Bid | 0.851 | BNYM-SL01944731 | From Deutsche Bank |
| | 11/14/2008 | 13.000 | Bid | 0.850 | | From Credit Suisse |
| 7/30/2008 | Dec-08 | At least 25M | Quote | 0.86-0.91 | BNYM-SL02104899 | From Credit Suisse |
| | Mar-09 | At least 5M | Quote | 0.83-0.88 | | |
| 7/30/2008 | Dec-08 | At least 25M | Quote | 0.800 | BNYM-SL02104899 | From Lehman |
| | Mar-09 | At least 5M | Quote | 0.720 | | |
| 8/5/2008 | Aug-08 | N/A | Quote | 0.95-1.00 | BNYM-SL02134012 | From Credit Suisse |
| | Sep-08 | N/A | Quote | 0.92-0.95 | | |
| | Oct-08 - Dec-08 | N/A | Quote | 0.85-0.90 | | |
| | Jan-09 - Mar-09 | N/A | Quote | 0.82-0.87 | | |
| | Apr-09 - Jun-09 | N/A | Quote | 0.77-0.82 | | |
| | Jul-09+ | N/A | Quote | 0.75-0.80 | | |
| 8/18/2008 | Nov-08 | N/A | Sale | 0.855 | BNYM-SL01509566 | "The current quote for November maturities are 84-88, which is where they were quoted when we sold them at 85.5." |
| 8/28/2008 | 12/15/2008 | N/A | Bid | 0.850 | BNYM-SL02314724 | Bid from Sigma |
| | 3/20/2009 | N/A | Bid | 0.770 | | |

## SIGMA Bids and Quotes

| Date | Maturity | Size/ Amount (MM) | Bid/ Quote/ Sale | Price | Source (Doc ID) | Notes |
|------|----------|-------------------|------------------|-------|-----------------|-------|
| 9/17/2008 | Sep-08 | N/A | Quote | 0.95-0.98 | BNYM-SL01942010 | From Deutsche Bank "Continue to be active in Sigma…..active in Feb 09, Jul 09 and Feb 10 SIGFIN paper…still a buyer of all parts of the Sigma curve" |
| | Oct-08 | N/A | Quote | 0.91-0.94 | | |
| | Nov-08 | N/A | Quote | 0.86-0.90 | | |
| | Dec-08 | N/A | Quote | 0.82-0.86 | | |
| | Feb-09 | N/A | Quote | 0.70-0.75 | | |
| | Mar-09 | N/A | Quote | 0.68-0.73 | | |
| | Jun-09 | N/A | Quote | 0.66-0.70 | | |
| | Jul-09 | N/A | Quote | 0.65-0.69 | | |
| | Nov-09 | N/A | Quote | 0.61-0.66 | | |
| | Feb-10 | N/A | Quote | 0.57-0.61 | | |
| | Jul-10 | N/A | Quote | 0.55-0.59 | | |
| | Sep-11 | N/A | Quote | 0.53-0.58 | | |
| 9/18/2008 | Sep-08 | N/A | Quote | 0.95-0.98 | BNYM-SL02125785 | From Deutsche Bank "Continue to be active in Sigma…active in Feb 09, Jul 09 and Feb 10 SIGFIN paper...still a buyer of all parts of the Sigma curve… pls call with inquiry." |
| | Oct-08 | N/A | Quote | 0.91-0.94 | | |
| | Nov-08 | N/A | Quote | 0.86-0.90 | | |
| | Dec-08 | N/A | Quote | 0.82-0.86 | | |
| | Feb-09 | N/A | Quote | 0.70-0.75 | | |
| 9/22/2008 | Sep-08 | N/A | Quote | 0.92-0.95 | BNYM-SL01941233 | From Deutsche Bank |
| | Oct-08 | N/A | Quote | 0.90-0.92 | | |
| | Nov-08 | N/A | Quote | 0.83-0.87 | | |
| | Dec-08 | N/A | Quote | 0.75-0.80 | | |
| | Feb-09 | N/A | Quote | 0.64-0.68 | | |
| | Mar-09 | N/A | Quote | 0.63-0.67 | | |
| | Jun-09 | N/A | Quote | 0.61-0.66 | | |
| | Jul-09 | N/A | Quote | 0.60-0.65 | | |
| | Nov-09 | N/A | Quote | 0.58-0.63 | | |
| | Feb-10 | N/A | Quote | 0.56-0.61 | | |
| | Jul-10 | N/A | Quote | 0.54-0.59 | | |
| | Sep-11 | N/A | Quote | 0.52-0.57 | | |

**Sources:** As noted in Source column.
**Note:** A "Quote" price refers to Bid-Ask spreads.

# Exhibit F

# Exhibit F

**Difference Between PSF's Actual Losses and
PSF's Losses If BNY Had Removed Sigma From DBT II Fund
And Placed It in a Separate Frozen Fund**

| Removal Date [A] | PSF % of DBT II Fund on Removal Date [B] | PSF % of DBT II Fund on 9/30/2008 [C] | Actual PSF Losses After Recovery [D] | Difference [E]=[D]*[B]/[C] |
|---|---|---|---|---|
| January 16, 2008 | 16.45% | 21.24% | 77,409,408 | 59,944,670 |
| February 4, 2008 | 17.31% | 21.24% | 77,409,408 | 63,102,816 |

Source:  PSF00077081, PSF00101921 (1/16/08).
PSF00078961, PSF00101352 (2/4/08).
PSF00102593, PSF00062228 (9/30/08).
PSF00117577 (Recovery on Sigma).

**Exhibit G**

**Exhibit G**

## PSF's Gross Monthly Earnings, Rebates Due Borrowers, And Negative Earnings Guarantee Drawdown

| Month-Year | PSF's Gross Earnings [A] | Rebates Due Borrowers [B] | DBT II Fund Realized Loss on Sigma [C] | PSF % of DBT II Fund on 9/30/2008 [D] | Sigma Loss Amortized Over 12 Months [E] | PSF Gross Earnings Less Sigma Amortized Loss [F]=[A]-[E] | Negative Earnings [G]=[F]-[B] | Negative Earnings Guarantee Remaining [H] |
|---|---|---|---|---|---|---|---|---|
| Oct-08 | $8,334,660 | $3,205,818 | $324,064,872 | 21.24% | $5,736,076 | $2,598,584 | -$607,234 | $19,392,766 |
| Nov-08 | $8,018,020 | $2,335,669 | $324,064,872 | 21.24% | $5,736,076 | $2,281,944 | -$53,725 | $19,339,042 |
| Dec-08 | $5,993,312 | $1,671,842 | $324,064,872 | 21.24% | $5,736,076 | $257,237 | -$1,414,606 | $17,924,436 |
| Jan-09 | $4,344,591 | $608,406 | $368,759,742 | 21.24% | $6,790,898 | -$2,446,307 | -$3,054,713 | $14,869,722 |
| Feb-09 | $2,715,532 | $428,734 | $368,759,742 | 21.24% | $6,790,898 | -$4,075,366 | -$4,504,100 | $10,365,623 |
| Mar-09 | $2,623,774 | $349,064 | $368,759,742 | 21.24% | $6,790,898 | -$4,167,125 | -$4,516,188 | $5,849,435 |
| Apr-09 | $2,330,273 | -$1,037,531 | $368,759,742 | 21.24% | $6,790,898 | -$4,460,625 | -$3,423,094 | $2,426,340 |
| May-09 | $1,988,146 | -$1,649,827 | $368,759,742 | 21.24% | $6,790,898 | -$4,802,752 | -$3,152,926 | $0 |

Source:  [A] I understand this does not include Sigma losses.

[A] and [B] for Oct-Dec 2008:  BNYM-SL04558251.

[A] and [B] for Jan-May 2009:  BNYM-SL04574979.

[C] Oct-Dec 2008:  DBT II Fund realized a $324,064,872 (BNYM-SL03978793) loss when BNY transferred DBT II's Sigma medium-term notes to a new liquidating trust on October 1, 2008 (DBT II Fund's 12/31/08 Financial Statements and Schedule,  Note 7: the Fund realized a loss of $324,064,872 when Sigma MTNs were transferred out of the DBT II Fund on 10/1/08, BNYM-SL03978800-01).

[C] Jan-May 2009:  No later than 12/31/08, DBT II Fund had a realized loss of $368,759,742  ($368,759,742 = 324,064,872 + 57,192150 - 12,497,280) on the Sigma notes that were previously held in the DBT II Fund 12/31/08 Financial Statements and Schedule for the Mellon GSL Reinvestment Trust II. While the Financial Statements do not specify when BNY recognized the additional $57,192,150 (BNYM-SL02597901) loss in addition to the $324,064,872 loss that it recognized on 10/1/08, the realization date of 12/31/08 was chosen to be as conservative as possible).  The net assets of the liquidating trust on 12/31/08 total $12,497,280 (BNYM-SL02597898).

[D] PSF00102593, PSF00062228 (Total DBT II Fund and PSF's share of DBT II Fund, 9/30/08).

Total Sigma Loss equals [C] DBT II Fund Realized Loss on Sigma (Oct-Dec 2008, $324,064,872 and  Jan-May 2009, $368,759,742) multiplied by [D] PSF's percent of DBT II Fund on 9/30/08, 21.24%  (Oct-Dec 2008, $68,832,911 and Jan-May 2009, $78,326,313).

[E] Oct-Dec-2008:  Total Sigma Loss from Oct-Dec-2008 ($68,832,911)  / 12.

[E] Jan-May-2009:  The Sigma loss from Jan-May-2009 is $78,326,313, less the amount amortized over Oct-Dec 2008 ($17,208,228, Sum of [E] Oct-Dec-2008) totals $61,118,085, amortized over the remaining nine months equals $6,790,898 per month.

[H] For the first month (Oct-08), $19,392,766 = $20 million + [G] for Oct-08.  For each subsequent month, [H] = Negative Earnings Guarantee Remaining of previous month + [G] for the given month.

# Appendix A

# Appendix A

## Materials Considered

Agreements and Organizational Charts

1. Agreement between EMASCO Insurance Company and Mellon Bank, 08/30/1999, (BNYM-SL00000001)
2. Agreement between Pacific Select Fund and Mellon Bank, 01/01/2007, (PSF00001234)
3. Amendment to agreement between Pacific Select Fund and mellon Bank, 09/01/2008, (PSF00001379)
4. BNY Mellon Asset Serving Org Chart, 10/05/2009, (BNYM-SL00015959)

Analyst Reports

1. "Sigma Finance Inc. Commercial Paper Programs Rated 'F-1+' By Fitch", 02/01/1995
2. "Ratings on CP and MTN Programs of Sigma Finance Affirmed After Review of Structural Changes", 03/28/2003, (SL01778125)
3. "New Issue: Sigma Finance Corp.", 04/03/2003, (SL01992511)
4. "SIV Outlook 2007—Another Bumper Year Ahead For SIVs After Assets Approach $300 Billion In 2006", 02/26/2007
5. "Short-Term Market Outlook and Strategy", 04/07/2007
6. "Enough is Enough", 08/01/2007
7. "Report Says SIV Ratings are Weathering Current Market Disruptions; 30 SIV Rtgs Maintained", 08/14/2007, (SL02323717)
8. "Structured Investment Vehicle Ratings are Weathering the Current Market Disruptions", 08/15/2007, (SL02148299)
9. "Moody's takes rating actions on SIVs following full sector review", 09/05/2007, (SL00154727)
10. "Update on Moody's Perspective on the Ongoing Liquidity Crisis and the Ratings of Debt Programmes in the SIV Sector", 09/05/2007, (SL03458174)
11. "Situation Room: ECB Tender to the Rescue", 09/06/2007, (SL02023335)
12. "Performance Update and Rating Outlook on the SIV Market" [presentation], 09/17/2007, (SL03478947)
13. "Rating Performance of SIVS in Times of Diminishing Liquidity for Assets and Liabilities", 09/20/2007, (SL03457151)
14. "SIVs Rating Performance Update - Issue 2", 10/29/2007, (SL03455138)
15. "Moody's takes rating actions on certain Structured Investment Vehicles following its latest review of the sector - Approximately US$36 billion of debt securities affected or 11% of total SIV outstanding", 11/07/2007, (SL01506905)
16. "SIVs - Assessing Potential Exposure of Sponsor Banks, 11/14/2007, (SL02041092)
17. "Fixed Income Quantitative Research European Securitised Products Strategy", 11/21/2007, (SL01506508)

18. "Rating Action: Victoria Finance Ltd. / Victoria Finance LLC - Moody's takes rating action on certain SIVs following its latest review of the sector - Approx. US $130 billion of debt securities affected (42% of total SIV debt outstanding", 11/30/2007, (SL03453768)
19. "The Buck Stops Here: Estimate of SIV Exposure and its Impact on the Group", 12/06/2007
20. "Short-term Fixed Income", 12/07/2007, (SL02037793)
21. "The Global Liquidity Squeeze has SIVs in a Tight Spot - But Solutions for Some Emerge", 12/07/2007, (SL02037804)
22. "S&P Assigns Negative Outlook to most SIVs, Puts Three on Watch Neg, Lowers 14 Junior Ratings", 12/07/2007, (SL03443356)
23. "The Global Liquidity Squeeze has SIVS in a Tight Spot - But Solutions for Some Emerge", 12/07/2007, (SL02037804)
24. "SIV Round-up: funding profiles, restructuring attempts and the death of M-Lec", 12/14/2007
25. "Short-Term Market Outlook and Strategy", 12/17/2007, (SL02037309)
26. "S&P Says Limited Purpose Finance Companies Face Negative Outlook", 12/18/2007, (SL03444820)
27. "Asset Management Industry Trends", 12/19/2007, (SL04046761)
28. "Legg Mason, Inc." Wachovia, 12/20/2007
29. "Short-Term Fixed Income" JPM, 01/04/2008, (SL03484489)
30. "Short-Term Fixed Income Research Note" JPM, 01/07/2008, (SL03484472)
31. "Short-Term Market Outlook and Strategy" JPM, 01/07/2008, (SL03484478)
32. "SIV funding pressure shifts to MTN" Merrill Lynch, 01/08/2008, (SL03463846)
33. "Fitch to Maintain Sigma Finance Ratings despite Withdrawal Request", 01/09/2008
34. "Fitch Places Sigma Finance's Senior Notes on Watch Negative", 01/09/2008
35. "FAQs Regarding Current State of SIV Market", 01/15/2008, (SL02593300)
36. "Fitch to Maintain Sigma Finance Ratings despite Withdrawal Request", 01/18/2008
37. "European Securitised Products Outlook 2008", 01/25/2008, (SL04278599)
38. "Fitch Withdraws Ratings on Sigma Finance's Senior Notes", 01/28/2008, (SL01992625)
39. "Moody's puts Sigma Finance on review for downgrade: Approx. USD 27 billion of debt securities affected", 02/27/2008, (SL00135848)
40. "Moody's downgrades Sigma's MTN to Ca and Not Prime and withdraws CP ratings", 02/27/2008
41. "UBS - Pressure on credit remains intense - stay Underweight", 02/28/2008
42. "European Securitised Products Strategy", 02/29/2008, (SL04278126)
43. "Federated Investors, Inc.: Sigma Rating Action a Small Risk for Federated", 02/29/2008
44. "Credit Strategy Highlights", 03/06/2008
45. "Sigma Finance Corp Ratings Placed on CreditWatch Negative; Sector Outlook Remains Negative", 03/18/2008, (SL02030223)
46. "Federated Investors, Inc.: Potential Sigma Downgrade a Risk, but Manageable", 03/24/2008, (SL03443961)

2

47. "Federated Investors: Highlights from Bank of America SMID Cap Conference", 03/26/2008, (SL01925477)

48. BNY e-mail re: "Sigma Remain on negative outlook while S&P analyze new information regarding repurchase agreements", 03/26/2008, (SL01985496)

49. "European Securitised Products Strategy", 03/28/2008

50. "Federated Investors, Inc.: MDT Large Cap Fund Should Plug Performance Hole", 04/02/2008

51. "Moody's downgrades Sigma Finance and keeps the ratings on review: Approx. USD 23 billion of debt securities affected", 04/04/2008, (SL02593236)

52. "US Fixed Income Markets Weekly", 04/04/2008

53. "Moody's puts Sigma Finance on review for downgrade", 04/04/2008

54. "Sigma Finance Corp. ICR and Long-Term Debt Ratings Lowered; Short-Term Debt Rating Affirmed", 04/07/2008, (SL01494548)

55. "Update on the Sigma Finance Corporation Holdings in Federated's Prime Money Market Funds", 04/07/2008, (SL01925089)

56. "Short-Term Market Outlook and Strategy", 04/07/2008, (SL01925192)

57. "Sigma Finance Corp. ICR And Long-Term Debt Ratings Lowered; Short-Term Debt Rating Affirmed", 04/07/2008, (SL04026456)

58. "Federated Investors, Inc.: Downgrading to Neutral on Liquidity Fears in the Sigma SIV", 4/7/2008

59. "Credit Calls", 04/17/2008

60. "High Grade Strategy: Structured Credit Spread Monitor", 04/17/2008

61. "Credit Market Outlook & Strategy: US High Grade Strategy & CDS Research", 04/18/2008

62. Email from BNY Mellon to AAA re: "Moody's downgrades Sigma Finance and keeps the ratings on review", 05/15/2008, (SL02865433)

63. "A First Look At Structured Investment Vehicles' Remaining Debt Outstanding And Their Asset Portfolio Sector Allocations", 05/22/2008

64. "DB Advisors Lead Discussion about Transparency to Benefit MMF Investors", 06/01/2008, (SL03460537)

65. "An update on SIVS", 07/01/2008, (SL02073295)

66. "Moody's downgrades Sigma's long-term debt; keeps both long- and short-term debt on review: Approx. USD 11 billion of debt securities affected", 07/14/2008, (SL00085495)

67. "Moody's downgrades Sigma's long-term debt; keeps both long- and short-term debt on review", 07/14/2008, (SL03443370)

68. "Moody's downgrades Sigma Finance and keeps the ratings on review", 07/14/2008

69. "SIV Update: Cheyne's Auction, Sigma", 08/01/2008, (SL02506111)

70. "Moody's downgrades Sigma's long-term debt; keeps both long- and short-term debt on review", 09/30/2008

71. "Sigma Finance Issuer Credit and Senior Debt Ratings Lowered and Off Watch Neg; Outlook Negative", 09/12/2008, (SL01942354)

72. "Sigma Finance Corp. Ratings Placed on CreditWatch Negative", 09/25/2008, (SL01940930)

73. "Moody's downgrades Sigma's MTNs to CA and Not Prime, and withdraws CP ratings: Approx. USD 6 billion of debt securities affected", 09/30/2008, (SL01940595)

74. "Moody's downgrades Sigma's MTNS to CA and Not Prime, and withdraws CP ratings: Approx. USD 6 billion of debt securities affected", 09/30/2008, (SL02019541)

75. BNYM e-mails re: "Moody's downgrades Sigma's MTNS to CA and Not Prime, and withdraws CP ratings: Approx. USD 6 billion of debt securities affected", 09/30/2008, (SL02069936)

76. BNY e-mail re: "Moody's downgrades Sigma's MTNs to Ca and Not Prime, and withdraws CP Ratings"; "S&P Cut Sigma Finance Corp. ICR, Sen Debt Rtgs; Withdraw CP Rtg", 09/30/2008, (SL02091186)

77. "Moody's downgrades Sigma's MTNs to CA and Not Prime, and withdraws CP Ratings: Approx. USD 6 billion of debt securities affected" [annotated], 09/30/2008, (SL02250811)

78. Email from BNY Mellon re: "Moody's downgrades Sigma's MTNs to CA and Not Prime, and withdraws CP Ratings", 09/30/2008, (SL03215794)

79. "Sigma Finance Corp Issure Credit and Senior Debt Ratings Lowered; CP Rating Withdrawn", 09/30/2008

80. Email among BNY re: "Moody's downgrades Sigma's MTNs to CA and Not Prime, and withdraws CP ratings"; "Sigma Finance Corp. Issuer Credit and Senior Debt Ratings Lowered; CP Rating Withdrawn", 10/01/2008, (SL03443571)

81. Sigma Finance Corp. Ratings History, 10/15/2008, (SL03443352)

82. "Sigma Finance Corp. Issuer Credit And Senior Debt Ratings Lowered; CP Rating Withdrawn", 10/15/2008, (SL03443354)

83. "The Global Liquidity Squeeze has SIVs in a Tight Spot - But Solutions for Some Emerge", 10/15/2008, (SL03443361)

84. "Sigma Finance Issuer Credit and Senior Debt Ratings Lowered to 'D'", 10/17/2008

85. "Fitch places Sigma Finance's Senior Notes on Watch Negative", 01/18/2009, SL02079014

Court Documents

1. Complaint, 02/17/2010
2. Defendants objections and responses to plaintiff's first set of interrogatories, July 14, 2011

Depositions

1. Deposition of Robert Brady, 10/19/2010
   Exhibits
      1. Email From Dawn L. Guffey, 05/01/2008, (BNYM-SL00385378)
      2. Collective Investment Funds Committee, 04/22/2008, (BNYM-SL00224518)

2. Deposition of Ruth Falchetti Vol. I, 10/20/2010
   Exhibits
      1. Standish - Excel, 10/20/2010, (BNYM-SL02115237 0
      2. Email from Laurie Carroll, 03/07/2008, (BNYM-SL01201929)

4

3.   Email from Laurie Carroll, 03/11/2008, (BNYM-SL02321852)
4.   Email from Stephen Murphy, 05/14/2009, (BNYM-SL02315665)
5.   Email from Elaine Yee, 08/14/2007, (BNYM-SL02323774)
6.   Email from Patricia Loughran, 08/24/2007, (BNYM-SL02323659)
7.   Email from Mark Klein, 08/28/2008, (BNYM-SL02133650)
8.   Email from Laurie Carroll, 09/10/2007, (BNYM-SL02146502)
9.   Email from Laurie Carroll, 08/28/2007, (BNYM-SL02147901)
10.   Email from Ruth Falchetti, 08/08/2007, (BNYM-SL02323799)
11.   Email from Ruth Falchetti, 08/29/2007, (BNYM-SL02323522)
12.   Email from Ruth Falchetti, 08/28/2007, (BNYM-SL01202846)
13.   Email from Ruth Falchetti, 08/30/2007, (BNYM-SL02147655)
14.   Email from Laurie Carroll, 09/27/2007, (BNYM-SL02146684)
15.   Email from David Tant, 10/09/2007, (BNYM-SL01507790)
16.   Email from Laurie Carroll, 10/10/2007, (BNYM-SL02146251)
17.   Email from Ruth Falchetti, 10/22/2007, (BNYM-SL00288969)
18.   Email from Juliette Saisselin, 10/30/2007, (BNYM-SL02146227)
19.   Email from Nancy Banker, 11/16/2007, (BNYM-SL00149703)
20.   Email from Ruth Falchetti, 11/18/2007, (BNYM-SL02146219)

3.   Deposition of Ruth Falchetti Vol. II, 10/20/2010
     Exhibits
21.   Email from Ruth Falchetti, 03/10/2008, (BNYM-SL02697869)
22.   Email from Laurie Carroll, 09/25/2007, (BNYM-SL02146419)
23.   Email from Ruth Falchetti, 10/22/2007, (BNYM-SL02146230)
24.   Email from Laurie Carroll, 12/06/2007, (BNYM-SL00148251)
25.   Email from Ruth Falchetti, 12/14/2007, (BNYM-SL02323152)
26.   Email from Ruth Falchetti, 12/18/2007, (BNYM-SL02323128)
27.   Email from Ruth Falchetti, 01/14/2008, (BNYM-SL00143898)
28.   Email from Ruth Falchetti, 01/15/2008, (BNYM-SL02322906)
29.   Email from David Tant, 01/16/2008, (BNYM-SL01931182)
30.   Email from Nancy Banker, 01/18/2008, (BNYM-SL00142522)
31.   Email from Ruth Falchetti, 01/24/2008, (BNYM-SL00139869)
32.   Email from David Tant, 01/25/2008, (BNYM-SL02032455)
33.   Email from Ruth Falchetti, 01/31/2008, (BNYM-SL02322408)
34.   Email from Ruth Falchetti, 02/01/2008, (BNYM-SL02322391)
35.   Email from Ruth Falchetti, 02/12/2008, (BNYM-SL02031536)
36.   Email from Nancy Banker, 02/19/2008, (BNYM-SL00139345)
37.   Email from Ruth Falchetti, 02/27/2008, (BNYM-SL02765289)
38.   Email from Ronald O'Hanley, 02/28/2008, (BNYM-SL02769749)
39.   Email from Nancy Banker, 03/03/2008, (BNYM-SL00135748)
40.   Email from Laurie Carroll, 03/03/2008, (BNYM-SL00135756)

5

41.  Email from Ruth Falchetti, 03/06/2008, (BNYM-SL02321922)
42.  Email from Edward Von Sauers, 03/07/2008, (BNYM-SL01201932)
43.  Email from Ruth Falchetti, 03/09/2008, (BNYM-SL01500648)
44.  Email from Laurie Carroll, 03/09/2008, (BNYM-SL02143821)
45.  Email from Edward Von Sauers, 03/11/2008, (BNYM-SL02321838)
46.  Email from Pamela Carter, 03/11/2008, (BNYM-SL01495791)
47.  Email from Ruth Falchetti, 03/13/2008, (BNYM-SL01985595)
48.  Email from Ruth Falchetti, 03/13/2008, (BNYM-SL00133585)
49.  Email from Ruth Falchetti, 03/13/2008, (BNYM-SL02321800)
50.  Email from Ruth Falchetti, 03/19/2008, (BNYM-SL00130168)
51.  Email from Diane Demmler, 04/20/2008, (BNYM-SL02869321)
52.  Email from Nancy Banker, 04/22/2008, (BNYM-SL00123845)
53.  Email from Laurie Carroll, 04/22/2008, (BNYM-SL00224516)
54.  Email from Ruth Falchetti, 04/22/2008, (BNYM-SL02321664)
55.  Email from Ruth Falchetti, 04/23/2008, (BNYM-SL02141990)
56.  Sigma Finance Corp Medium Term Notes, 11/01/2005, (BNYM-SL02322086)
57.  Email from Ruth Falchetti, 03/13/2008, (BNYM-SL01985541)
58.  Email From Dawn L. Guffey, 05/02/2008, (BNYM-SL00360924)
59.  Email from Laurie Carroll, 04/30/2008, (BNYM-SL00122425)
60.  Signa Sale Script, 04/30/2008, (BNYM-SL00168871)
61.  Email from Laurie Carroll, 05/01/2008, (BNYM-SL00385346)
62.  Email from Ruth Falchetti, 05/01/2008, (BNYM-SL002765256)
63.  Memo to Donald Borneman re: Sigma Holding in Account DOMF8526832,
     05/02/2008, (BNYM-SL00360831)
64.  Memo to Markus Aakko re: Securities Lending Authorization dated 7/29/1999,
     05/02/2008, (BNYM-SL00356149 0
65.  Email from Ruth Falchetti, 05/06/2008, (BNYM-SL02765254)
66.  Email from Ruth Falchetti, 05/16/2008, (BNYM-SL00360153)
67.  Email From Dawn L. Guffey, 05/28/2008, (BNYM-SL00359297)
68.  Email from Laurie Carroll, 06/12/2008, (BNYM-SL02134598)
69.  Email from Patricia Loughran, 06/13/2008, (BNYM-SL00355332)
70.  Email from Andrew Catalan, 06/13/2008, (BNYM-SL02315812)
71.  Email from Mitchell Harris, 07/31/2008, (BNYM-SL02719008)
72.  Email From Dawn L. Guffey, 08/01/2008, (BNYM-SL02506110)
73.  Email from Ruth Falchetti, 08/28/2008, (BNYM-SL02133648)
74.  Email from Laurie Carroll, 04/23/2009, (BNYM-SL0326542)
75.  Ruth Falchetti Employee Management Profile, 2008, (BNYM-SL02314197)
76.  Email From Dawn L. Guffey, 07/31/2008, (BYNM-SL00380040)
77.  Email from Nancy Banker, 07/31/2008, (BYNM-SL00380039)
78.  Email From Dawn L. Guffey, 09/22/2008, (BYNM-SL02131597)

4. Deposition of Thomas Ford Vol. I, 11/18/2010
   Exhibits
   1. Exhibits for Ford Deposition Vol. I, (BNYM-SL01939961)

5. Deposition of Thomas Ford Vol. II, 11/19/2010
   Exhibits
   1. Exhibits for Ford Deposition Vol. II, (BNYM-SL02079251)

6. Deposition of William Kelly, 09/02/2010
   Exhibits
   1. Plaintiffs First Amended Seventh Notice of 30(b)(6) Deposition, 08/31/2010
   2. Memo to Donna Romberg re: notes to Sigma Finance, 08/05/2010
   3. Memo to Peter Klein re: notes to Sigma Finance, 08/05/2010
   4. Report by Independent Fiduciary Services, Inc. to the Bank of NY Melloon, 08/20/2010, (BYNM-SL03428130)
   5. Memo to Mr. Halpern re: Confidential Engagement, 07/08/2010, (BNYM-SL03428084)
   6. Report by Independent Fiduciary Services, Inc. to the Bank of NY Melloon, 08/31/2010, (BNYM-SL03428175)
   7. Report by Independent Fiduciary Services, Inc. to the Bank of NY Melloon, 08/31/2010, (BNYM-SL03428183)

7. Deposition of Lawrence Mannix Vol. I, 12/15/2010
   Exhibits
   1. Exhibits for Mannix Deposition Vol. I, (BNYM-SL01510623)

8. Deposition of Lawrence Mannix Vol. II, 12/16/2010
   Exhibits
   1. Exhibits for Mannix Deposition Vol. II, (BNYM-SL02865304)

9. Deposition of Michael McDermott Vol. I, 10/21/2010
   Exhibits
   1. Email from Patricia Smith w/Bayer 6-6-2006 PPT attachment, 06/19/2006, (BNYM-SL01508204)
   2. Email from Benjamin Alivio, 06/23/2009, (BNYM-SL00045748)
   3. Email from David Tant, 10/09/2007, (BNYM-SL01507790)
   4. Email regarding conference call, 12/10/2007, (BNYM-SL00021310)
   5. Email from Sharon Kochin, 12/11/2007, (BNYM-SL00021299)
   6. Agreement between Regence Bluecross Blueshield of Utah and Mellon Bank, 03/30/1999, (BNYM-SL00010706)
   7. Agreement between Regence Health Maintenance of Oregon and Mellon bank, 09/27/2006, (BNYM-SL00010681)

8.   Email from Kelli Dever, 12/04/2007, (BNYM-SL00148522)
9.   Email from Sharon Kochin, 12/21/2007, (BNYM-SL00033026)
10.  Email from David Tant, 01/16/2008, (BNYM-SL01504800)
11.  Email from Kathy Rulong, 01/31/2008, (BNYM-SL01930671)
12.  Email from Thomas Ford, 02/01/2008, (BNYM-SL01930613)
13.  Email from Robert Fort, 02/21/2008, (BNYM-SL01964589)
14.  Email from Robert Fort, 02/21/2008, (BNYM-SL02079075)
15.  Email from Dessie Bonacci, 02/27/2008, (BNYM-SL01963659)

10. Deposition of Michael McDermott Vol. II, 10/22/2010

Exhibits

16.  Email from Renee Rawls, 03/27/2008
17.  Email from Pedro Rodriguez, 06/18/2008, (BNYM-SL01915784)
18.  Handwritten notes "Collectives"
19.  Email from Michael Beggy, 12/16/2008, (BNYM-SL02843123)
20.  Securities Lending - SIGMA Investment Alternatives, 04/22/2008, (BNYM-SL00224518)
21.  Email from Raymond Kronz, 03/07/2008, (BYNM-SL02776761)
22.  Email from Kathy Rulong, 10/01/2008, (BYNM-SL02854325)
23.  Securities Lending Presentation for Compstore, 07/16/2008, (BNYM-SL00016051)
24.  Email from Renee Rawls, 05/19/2008, (BNYM-SL02865299)
25.  Email from Kathy Rulong, 05/13/2008, (BNYM-SL0207513 (not legible))
26.  Email from Patricia Smith, 05/22/2008, (BNYM-SL02864461)
27.  Email from Gerald Brazil, 12/12/2008, (BNYM-SL02843292)
28.  SIGMA Q&A Media Talking Points, (BNYM-SL01408304)
29.  Email from Mitchell Harris, 11/06/2008, (BYNM-SL02125857)
30.  Email from Michael McDermott, 04/11/2008, (BNYM-SL02868187)
31.  Email from Robert Fort, 04/11/2008, (BNYM-SL01962626)
32.  Email from Scott Deo, 04/11/2008, (BNYM-SL02868223)
33.  Email from William Kelly, 04/18/2008, (BNYM-SL025 (not legible))
34.  Email from Jina Bresson, 04/18/2008, (BNYM-SL03406584)
35.  Email from Michael McDermott, 04/22/2008, (BNYM-SL01962270)
36.  Email from Michael McDermott, 05/06/2008, (BNYM-SL02866456)
37.  Email From Dawn L. Guffey, 04/29/2009, (BNYM-SL00122546)
38.  Email from Robert Fort, 05/01/2008, (BNYM-SL01962152)
39.  Email from Michael McDermott, 05/08/2008, (BNYM-SL03017781)
40.  Email from Kathy Rulong, 05/16/2008, (BNYM-SL01961715)
41.  Email from Kathy Rulong, 05/13/2008, (BNYM-SL02075130)
42.  Email from Kathy Rulong, 05/14/2008, (BNYM-SL02075042)
43.  Memo to Gail Hanson re: Second Amended and Restated Securities Lending Authorization Agreement, 05/29/2008, (BNYM-SL02864068)

44. Email from Maureen Nowacki, 01/09/2009, (BNYM-SL03412527)
45. Email from Michael McDermott, 04/01/2008, (BNYM-SL000128009)
46. Definition of Strawman,10/14/2010
47. Email from Nancy Banker, 03/13/2008, (BNYM-SL00133651)
48. Email from Steve Papulak, 03/13/2008, (BNYM-SL00133696)
49. Email from Michael McDermott, 03/18/2008, (BNYM-SL02077578)
50. Email from Michael McDermott, 04/22/2008, (BNYM-SL02076064)
51. Email from Michael McDermott, 05/15/2008, (BNYM-SL02865730)
52. Email from Michael McDermott, 05/16/2008, (BNYM-SL02865326)
53. Email from Renee Rawls, 05/19/2008, (BNYM-SL02865299)
54. Email from Tim Nguyen, 05/15/2008

11. Deposition of David Tant Vol. I, 11/16/2010
    Exhibits
        1. Exhibits for Tant Deposition Vol. I, (BNYM-SL02998211)

12. Deposition of David Tant Vol. II, 11/17/2010
    Exhibits
        1. Exhibits for Tant Deposition Vol. II, (BNYM-SL01931182)

13. Deposition of Edward Von Sauers, 11/04/2010
    Exhibits
        1. Email from Laurie Carroll, 03/07/2008, (BNYM-SL01201930)
        2. Email from Ruth Falchetti, 03/11/2008, (BNYM-SL02321847)
        3. Email from Edward Von Sauers, 03/11/2008, (BNYM-SL02321838)
        4. Email from Edward Von Sauers, 03/12/2008, (BNYM-SL02144467)
        5. Email from Edward Von Sauers, 03/14/2008, (BNYM-SL02143244)
        6. Email from Jack Jew, 03/20/2008, (BNYM-SL02720522)
        7. Email from Jack Jew, 03/20/2008, (BNYM-SL02720459)
        8. Email from Edward Von Sauers, 04/30/2008, (BNYM-SL02532955)
        9. Exhibit retained by counsel, 11/04/2010
        10. Email from Steve Papulak, 03/13/2008, (BNYM-SL00133696)
        11. Email from Nancy Banker, 03/18/2008, (BNYM-SL02321780)
        12. Email from Michael McDermott, 04/01/2008, (BNYM-SL00128009)
        13. Email from Laurie Carroll, 09/07/2007, (BNYM-SL02113402)
        14. Email from Desmond MacIntyre, 09/10/2007, (BNYM-SL02531302)
        15. Email from Edward Von Sauers, 09/10/2007, (BNYM-SL02531312)
        16. Email from Ronald O'Hanley, 09/15/2007, (BNYM-SL03013680)
        17. Email from Ruth Falchetti, 09/25/2007, (BNYM-SL02146415)
        18. Email from Edward Von Sauers, 11/16/2007, (BNYM-SL02533113)
        19. Email from Laurie Carroll, 12/06/2007, (BNYM-SL00147196)
        20. Email from Laurie Carroll, 12/07/2007, (BNYM-SL020569030)

21. Email from Edward Von Sauers, 02/20/2008, (BNYM-SL02144986)
22. Email from Edward Von Sauers, 02/21/2008, (BNYM-SL02769958)
23. Memo to Mitchell Harris re: Victoria and Sigma Exposure in Legacy BNY STIF and SMAM, 02/29/2008, (BNYM-SL00135783)
24. Email from Edward Von Sauers, 02/29/2008, (BNYM-SL02144950)
25. Email from Laurie Carroll, 03/06/2008, (BNYM-SL02143966)
26. Email from Ruth Falchetti, 03/06/2008, (BNYM-SL02321922)
27. Email from Edward Von Sauers, 03/06/2008, (BNYM-SL02144887)
28. Email from William Kelly, 03/06/2008, (BNYM-SL03210330)
29. Email from Laurie Carroll, 03/06/2008, (BNYM-SL02078266)
30. Email from Edward Von Sauers, 03/07/2008, (BNYM-SL01201932)
31. Email from Ruth Falchetti, 03/12/2008, (BNYM-SL02321823)
32. Email from Patricia Giangrande, 03/17/2008, (BNYM-SL02548520)
33. Email from Edward Von Sauers, 03/12/2008, (BNYM-SL02144478)
34. Email from Laurie Carroll, 03/13/2008, (BNYM-SL02143420)
35. Email from Laurie Carroll, 03/18/2008, (BNYM-SL02143044)
36. Email from Mitchell Harris, 03/20/2008, (BNYM-SL02533033)
37. Email from Laurie Carroll, 03/19/2008, (BNYM-SL02143031)
38. Email from Kathy Rulong, 03/19/2008, (BNYM-SL01927421)
39. Email from Kathy Rulong, 03/19/2008, (BNYM-SL02077545)
40. Email from Laurie Carroll, 03/20/2008, (BNYM-SL02720494)
41. Email from Timothy Robison, 03/20/2008, (BNYM-SL01495277)
42. Email from Edward Von Sauers, 03/20/2008, (BNYM-SL02111145)
43. Email from Mark Klein, 04/15/2008, (BNYM-SL02142159)
44. Email from Anna Nicholl, 04/22/2008, (BNYM-SL02142014)
45. Email from Laurie Carroll, 04/22/2008, (BNYM-SL00224516)
46. Email from Pedro Rodriguez, 06/18/2008, (BNYM-SL01915784)
47. Email from Mitchell Harris, 07/21/2008, (BNYM-SL02134182)
48. Email from Edward Von Sauers, 03/06/2008, (BNYM-SL02144888)
49. Email from Laurie Carroll, 03/11/2008, (BNYM-SL02143772)

<u>Holdings of DBT</u>

1. Mellon Global Securities Lending Holdings Report, 09/30/2007, (BNYM-SL02032848 0
2. Mellon Global Securities Lending Holdings Report, 12/17/2007, (PSF00075947)
3. Mellon Global Securities Lending Holdings Report, 12/31/2007, (BNYM-SL02032892)
4. Mellon Global Securities Lending Holdings Report, 12/31/2007, (BNYM-SL02777035)
5. Mellon Global Securities Lending Holdings Report, 12/31/2007, (BNYM-SL02777055)
6. Mellon Global Securities Lending Holdings Report, 12/31/2007, (BNYM-SL02826019)
7. Mellon Global Securities Lending Holdings Report, 12/31/2007, (BNYM-SL02826342)
8. Mellon Global Securities Lending Holdings Report, 01/02/2008, (PSF00076489)

9.  Mellon Global Securities Lending Holdings Report, 01/07/2008, (PSF00076666)
10.  Mellon Global Securities Lending Holdings Report, 01/09/2008, (BNYM-SL02826535)
11.  Mellon Global Securities Lending Holdings Report, 01/14/2008, (PSF00076978)
12.  Mellon Global Securities Lending Holdings Report, 01/16/2008, (PSF00077067)
13.  Mellon Global Securities Lending Holdings Report, 01/16/2008, (BNYM-SL01965560)
14.  Mellon Global Securities Lending Holdings Report, 01/16/2008, (BNYM-SL01965584)
15.  Mellon Global Securities Lending Holdings Report, 01/22/2008, (PSF00077243)
16.  Mellon Global Securities Lending Holdings Report, 01/28/2008, (PSF00078727)
17.  Mellon Global Securities Lending Holdings Report, 01/29/2008, (BNYM-SL01992308)
18.  Mellon Global Securities Lending Holdings Report, 01/29/2008, (BNYM-SL02825997)
19.  Mellon Global Securities Lending Holdings Report, 02/04/2008, (PSF00078947)
20.  Mellon Global Securities Lending Holdings Report, 02/05/2008, (PSF00101293)
21.  Mellon Global Securities Lending Holdings Report, 02/12/2008, (PSF00077486)
22.  Mellon Global Securities Lending Holdings Report, 02/19/2008, (PSF00077752)
23.  Mellon Global Securities Lending Holdings Report, 02/27/2008, (PSF00079174)
24.  Mellon Global Securities Lending Holdings Report, 03/03/2008, (PSF00079289)
25.  Mellon Global Securities Lending Holdings Report, 03/04/2008, (PSF00102178)
26.  Mellon Global Securities Lending Holdings Report, 03/11/2008, (PSF00102193)
27.  Mellon Global Securities Lending Holdings Report, 03/17/2008, (PSF00078166)
28.  Mellon Global Securities Lending Holdings Report, 03/18/2008, (PSF00078262)
29.  Mellon Global Securities Lending Holdings Report, 03/24/2008, (PSF00078401)
30.  Mellon Global Securities Lending Holdings Report, 03/25/2008, (PSF00078498)
31.  Mellon Global Securities Lending Holdings Report, 04/01/2008, (PSF00100944)
32.  Mellon Global Securities Lending Holdings Report, 04/04/2008, (PSF00082781)
33.  Mellon Global Securities Lending Holdings Report, 04/08/2008, (PSF00082886)
34.  Mellon Global Securities Lending Holdings Report, 04/15/2008, (PSF00100958)
35.  Mellon Global Securities Lending Holdings Report, 04/22/2008, (PSF00100972)
36.  Mellon Global Securities Lending Holdings Report, 04/29/2008, (PSF00080018)
37.  Mellon Global Securities Lending Holdings Report, 04/30/2008, (PSF00080035)
38.  Mellon Global Securities Lending Holdings Report, 05/06/2008, (PSF00102296)
39.  Mellon Global Securities Lending Holdings Report, 05/13/2008, (PSF00102310)
40.  Mellon Global Securities Lending Holdings Report, 05/20/2008, (PSF00102324)
41.  Mellon Global Securities Lending Holdings Report, 05/27/2008, (PSF00086898)
42.  Mellon Global Securities Lending Holdings Report, 06/03/2008, (PSF00102066)
43.  Mellon Global Securities Lending Holdings Report, 06/10/2008, (PSF00071472)
44.  Mellon Global Securities Lending Holdings Report, 06/17/2008, (PSF00102093)
45.  Mellon Global Securities Lending Holdings Report, 06/24/2008, (PSF00102106)
46.  Mellon Global Securities Lending Holdings Report, 07/01/2008, (PSF00101974)
47.  Mellon Global Securities Lending Holdings Report, 07/08/2008, (PSF00101986)
48.  Mellon Global Securities Lending Holdings Report, 07/15/2008, (PSF00101999)

49. Mellon Global Securities Lending Holdings Report, 07/29/2008, (PSF00102011)
50. Mellon Global Securities Lending Holdings Report, 08/05/2008, (PSF00101071)
51. Mellon Global Securities Lending Holdings Report, 08/12/2008, (PSF00101083)
52. Mellon Global Securities Lending Holdings Report, 08/19/2008, (PSF00101095)
53. Mellon Global Securities Lending Holdings Report, 08/26/2008, (PSF00030401)
54. Mellon Global Securities Lending Holdings Report, 09/02/2008, (PSF00056546)
55. Mellon Global Securities Lending Holdings Report, 09/09/2008, (PSF00102549)
56. Mellon Global Securities Lending Holdings Report, 09/16/2008, (PSF00102561)
57. Mellon Global Securities Lending Holdings Report, 09/30/2008, (PSF00062219)
58. Mellon Global Securities Lending Holdings Report,10/14/2008, (PSF00105482)
59. Mellon Global Securities Lending Holdings Report,10/31/2008, (BNYM-SL02591644)
60. Mellon Global Securities Lending Holdings Report,12/09/2008, (BNYM-SL02565761)
61. Mellon Global Securities Lending Holdings Report,12/31/2008, (BNYM-SL02592061)
62. Mellon Global Securities Lending Holdings Report, 01/31/2009, (BNYM-SL02837961)
63. Mellon Global Securities Lending Holdings Report, 02/19/2009, (BNYM-SL02838288)
64. Mellon Global Securities Lending Holdings Report, 03/13/2009, (BNYM-SL02058929)
65. Mellon Global Securities Lending Holdings Report, 12/21/2007, (PSF00076167-181)
66. Mellon Global Securities Lending Holdings Report, 02/04/2008, (PSF00078947-961)
67. Mellon Global Securities Lending Holdings Report, 09/30/2008, (PSF00062219-228)

Miscellaneous

1. Sigma Finance Corp as of, 04/30/2006, (BNYM-SL01509398)
2. Credit Memo re: SIGMA Finance, 03/31/2007, (BNYM-SL02765285 0
3. Sigma Time Line, 06/1/2007, (BNYM-SL02315666)
4. Sigma Finance - Monthly Business Report, 07/31/2007, (BNYM-SL03293658)
5. Email from David Tant, 09/7/2007, (BNYM-SL01507959)
6. Email from David Tant, 09/19/2007, (BNYM-SL02602930)
7. Email from Laurie Carroll, 09/25/2007, (BNYM-SL02146416)
8. Email from Ruth Falchetti, 09/25/2007, (BNYM-SL02146418)
9. Email from Williame Browne, 12/06/2007, (BNYM-SL01506411)
10. Client List with Equity Totals, 12/10/2007, (BNYM-SL01506173)
11. Client List with Equity Totals, 12/10/2007, (BNYM-SL0150617)
12. Amendment of Securities Lending Authorization, 12/31/2007, (BNYM-SL01931600)
13. Email from Kathy Rulong, 01/03/2008, (BNYM-SL01931599)
14. Email from Tom Ford, 01/07/2008, (BNYM-SL01931349)
15. Sigma Time Line, 01/15/2008, (BNYM-SL02766999)
16. Email from David Tant, 01/16/2008, (BNYM-SL01504800)
17. Holding Reports - Mellon GSL DBT II, 01/16/2008, (BNYM-SL01931074)
18. Sigma debt maturity profile from Bloomberg, 01/16/2008, (BNYM-SL03286756)
19. GSL Exposure to Sigma Financing Corp, 01/17/2008, (BNYM-SL01504786)

12

20. GSL Exposure to Sigma Financing Corp, 01/17/2008, (BNYM-SL01504794)
21. Email from Jeff Degyansky, 01/18/2008, (BNYM-SL02993455)
22. Email from David Whitney, 01/25/2008, (BNYM-SL03051309)
23. Email from Kathy Rulong, 01/31/2008, (BNYM-SL01930671)
24. Email from Tom Ford, 01/31/2008, (BNYM-SL01930685)
25. Email from Thomas Ford, 02/01/2008, (BNYM-SL01930613)
26. Email from Thomas Ford, 02/02/2008, (BNYM-SL01990920)
27. Email from Timothy Robison, 02/06/2008, (BNYM-SL01930284)
28. Email from David Tant, 02/06/2008, (BNYM-SL02714148)
29. Email from Thomas Ford, 02/07/2008, (BNYM-SL01930273)
30. Email from Renee Rawls, 02/07/2008, (BNYM-SL02873193)
31. Email from Thomas Ford, 02/17/2008, (BNYM-SL02079260)
32. Email from William Browne, 02/27/2008, (BNYM-SL02714224)
33. SIV Investment Overview - Securities Lending Impact, 02/28/2008, (BNYM-SL02766990)
34. Email from Thomas Ford, 03/06/2008, (BNYM-SL01928569)
35. Email from Laurie Carroll, 03/06/2008, (BNYM-SL02115135)
36. Email from Thomas Ford, 03/09/2008, (BNYM-SL02767040)
37. Email from Thomas Ford, 03/10/2008, (BNYM-SL02077943)
38. Securities Lending Watch List, 03/10/2008, (BNYM-SL02078116)
39. Email from Thomas Ford, 03/11/2008, (BNYM-SL02766989)
40. Email from Kathy Rulong, 03/12/2008, (BNYM-SL02077810)
41. Email from Ruth Falchetti, 03/13/2008, (BNYM-SL01985595)
42. Email from David Tant, 03/18/2008, (BNYM-SL02321778)
43. Email from Thomas Ford, 03/31/2008, (BNYM-SL01926082)
44. Email from Robert Fort, 04/03/2008, (BNYM-SL02790509)
45. Email from Thomas Ford, 04/04/2008, (BNYM-SL01925565)
46. Email from Kathy Rulong, 04/06/2008, (BNYM-SL01925323)
47. Email from Thomas Ford, 04/07/2008, (BNYM-SL01925222)
48. Email from Robert Fisher, 04/09/2008, (BNYM-SL01924759)
49. Email from Susan Handelman, 04/10/2008, (BNYM-SL02056208)
50. Email from Lawrence Mannix, 04/15/2008, (BNYM-SL02076323)
51. Email from Kathy Rulong, 04/17/2008, (BNYM-SL02076209)
52. Email from Thomas Ford, 04/21/2008, (BNYM-SL01923798)
53. SIGMA - Securities Lending Investment Alternatives, 04/22/2008, (BNYM-SL02091163)
54. Email from Thomas Ford, 04/23/2008, (BNYM-SL02076023)
55. Email from Lawrence Mannix, 04/23/2008, (BNYM-SL03286535)
56. Email from Nancy Banker, 04/24/2008, (BNYM-SL00123200)
57. Email from Nancy Banker, 04/24/2008, (BNYM-SL00123202)
58. Email from Dawn L. Guffey, 04/24/2008, (BNYM-SL00123230)
59. Email from Thomas Ford, 04/25/2008, (BNYM-SL01923610)

60. Email from Tom Ford, 04/25/2008, (BNYM-SL02075784)
61. Email from Susan Handelman, 04/28/2008, (BNYM-SL02055894)
62. Sigma Sale Script, 04/30/2008, (BNYM-SL00168871)
63. Sigma Finance Corp as of, 04/30/2008, (BNYM-SL01509398)
64. Email from Thomas Ford, 04/30/2008, (BNYM-SL01923191)
65. Email from Thomas Ford, 04/30/2008, (BNYM-SL01923327)
66. Sigma Finance Corp as of, 04/30/2008, (BNYM-SL02075488)
67. Email from Thomas Ford, 04/30/2008, (BNYM-SL02766642)
68. Email from Timothy Robison, 05/01/2008, (BNYM-SL01518674)
69. Securities Lending SIGMA Q&A, 05/01/2008, (BNYM-SL02091332)
70. Email from Lawrence Mannix, 05/02/2008, (BNYM-SL01922618)
71. Email from Thomas Ford, 05/02/2008, (BNYM-SL01922680)
72. Asset Servicing Securities Lending Investment Risk Discussion, 05/02/2008, (BNYM-SL02790076)
73. Securities Lending Risk - Executive Summary, 05/06/2008, (BNYM-SL01945885)
74. Email from Lawrence Mannix, 05/08/2008, (BNYM-SL01922110)
75. Email from David Tant, 05/09/2008, (BNYM-SL01921941)
76. Email from Thomas Ford, 05/09/2008, (BNYM-SL01984563)
77. Email from Thomas Ford, 05/12/2008, (BNYM-SL01984557)
78. Email from Thomas Ford, 05/14/2008, (BNYM-SL01921279)
79. Email from David Tant, 05/15/2008, (BNYM-SL02028025)
80. Email from Tin Nguyen, 05/15/2008, (BNYM-SL02865433)
81. Email from Nancy Banker, 05/16/2008, (BNYM-SL00168870)
82. Email from Dave NiDardo, 05/19/2008, (BNYM-SL02587011)
83. Email from Thomas Ford, 05/21/2008, (BNYM-SL01919633)
84. Email from Thomas Ford, 05/22/2008, (BNYM-SL01919492)
85. Subject: Pooled Employee Daily Liquidity Fund (BSSTIF): Cash Support - Draft 3, 05/22/2008, (BNYM-SL02506526)
86. State of WI Investment Board re: Proposed Motion for Waiver Request from Mellon Bank, N.A., 05/28/2008, (BNYM-SL02767749)
87. Security Description, 06/03/2008, (BNYM-SL01917656)
88. Email from William Browne, 06/04/2008, (BNYM-SL01509831)
89. Email from Thomas Ford, 06/18/2008, (BNYM-SL02073595)
90. Email from William Browne, 06/19/2008, (BNYM-SL01509771)
91. Email from Steven Lipiner, 06/20/2008, (BNYM-SL02107273)
92. Email from Stuart Skeel, 06/25/2008, (BNYM-SL01960300)
93. Post 06/30/08 Sigma Holdings, 06/30/2008, (BNYM-SL01916753)
94. Securities Lending - Exposure by Sponsor Detail - Exposure for Gordian Knot as of , 06/30/2008, (BNYM-SL01917649)
95. Email from Lawrence Mannix, 07/15/2008, (BNYM-SL01961408)

14

96.  Email from Stuart Skeel, 07/16/2008, (BNYM-SL01960212)
97.  Email from William Browne, 07/23/2008, (BNYM-SL01509614)
98.  Email from David Tant, 07/24/2008, (BNYM-SL01944927)
99.  Securities Lending Funds - Accounting Considerations, 07/28/2008, (BNYM-SL01984152)
100. Email from Thomas Ford, 08/07/2008, (BNYM-SL01509572)
101. Email from William Browne, 08/11/2008, (BNYM-SL01509590)
102. Email from William Browne, 08/18/2008, (BNYM-SL01509573)
103. Email from Juliette Saisselin, 09/26/2008, (BNYM-SL02649164)
104. Securities Lending - Commingled Funds, 09/30/2008, (BNYM-SL02066658)
105. Client Account Spreadsheet, 09/30/2008, (BNYM-SL02338740)
106. Client Account Spreadsheet, 09/30/2008, (BNYM-SL02338740)
107. Email from Kathy Rulong,10/02/2008, (BNYM-SL02069258)
108. SIGMA - Securities Lending Client Impact, 10/02/2008, (BNYM-SL02091112)
109. Email from Daniel Koors, 12/05/2008, (BNYM-SL02592174)
110. Email from Robert Rupp, 12/11/2008, (BNYM-SL03283006)
111. Email from David Tant, 12/15/2008, (BNYM-SL03282954)
112. Email from Raymond Kronz, 01/28/2009, (BNYM-SL01953714)
113. Email from Lance Doherty, 01/29/2009, (BNYM-SL02840100)
114. Email from Lance Doherty, 01/30/2009, (BNYM-SL02840082)
115. Email from William Browne, 03/10/2009, (BNYM-SL02534274)
116. Securities Leading Review for NASIP, 03/11/2009, (BNYM-SL02580559)
117. Email from Craig Neyman, 04/30/2009, (BNYM-SL03248515)
118. Email from Benjamin Alivio, 06/24/2009, (BNYM-SL00024295)
119. Email from Gordon Sapko, 07/21/2009, (BNYM-SL02874473)
120. Meeting Notes, (BNYM-SL00024296)
121. Draft of a letter to client, (BNYM-SL00123201)
122. Draft of a letter to client, (BNYM-SL00123203)
123. Fund Profile Worksheet, (BNYM-SL00133589)
124. Notes on presentations to Collective Investment Funds Committee, (BNYM-SL00224518)
125. Sigma Investor Reporting, (BNYM-SL01509591)
126. Sigma Investor Reporting, (BNYM-SL01509615)
127. SIV Exposure - Sigma Financial Impact, (BNYM-SL01518647)
128. SIV Exposure - Sigma Financial Impact,BNYM-SL01518841)
129. Subject: EB SMAM Short Term Investment Fund (EB SMAM): Cash Support - FIN 46, (BNYM-SL01808340)
130. Capital Support P&L Impact Calculation (for NAV Support), (BNYM-SL01915975)
131. Fund Profile Worksheet, (BNYM-SL01919496)
132. SIGMA swap transaction, (BNYM-SL01920504)
133. SIGMA Capital Support Agreement Projected Expense, (BNYM-SL01920616)
134. SIGMA Assets, (BNYM-SL01925347)

135. SIV Exposure - Sigma Financial Impact, (BNYM-SL01926200)
136. SIGMA Assets, (BNYM-SL01927552)
137. Asset List Securities, (BNYM-SL01956992)
138. Fund Profile Worksheet, (BNYM-SL01985551)
139. Fund Profile Worksheet, (BNYM-SL01991991)
140. Sigma Investor Reporting, (BNYM-SL02025073)
141. SIGMA Capital Support Agreement Projected Expense, (BNYM-SL02073998)
142. Commingled Funds, (BNYM-SL02074446)
143. SIGMA Capital Support Agreement Projected Expense, (BNYM-SL02074472)
144. SMAM STIFS SIGMA, (BNYM-SL02077812)
145. 4Q 2008 Earnings Call -BNY Mellon Asset Servicing, (BNYM-SL02083051)
146. Asset Management, (BNYM-SL02131791)
147. Sigma at $66 with recovery rate of $75 million (25 million) and $67 million (5 million), (BNYM-SL02140485)
148. Sigma Finance Transaction History, (BNYM-SL02142153)
149. Bear Stearns Sales, (BNYM-SL02142188)
150. SIV Exposure - Sigma Financial Impact, (BNYM-SL02142555)
151. SIV Exposure - Sigma Financial Impact, (BNYM-SL02142576)
152. Sigma Pricing at Various Pricing Levels Resulting in an NAV breach, (BNYM-SL02144447)
153. SIV Exposure - Sigma Financial Impact, (BNYM-SL02499528)
154. Asset Management, (BNYM-SL02531714)
155. Client letter draft from Kathy Rulong, (BNYM-SL02587014)
156. Asset List, (BNYM-SL02649165)
157. List of Accounts, (BNYM-SL02826117)
158. DBI II Pool - SIV Exposure, (BNYM-SL03239169)
159. Account List, (BNYM-SL03239647)
160. Letter to Tami, (BNYM-SL03427850)
161. Email from Diane L Demmler, 09/17/2007, (BNYM-SL02044695)
162. Email from Robet P Fort Jr, 09/26/2007, (BNYM-SL02044385-386)
163. Email from Thomas Ford, 02/01/2008, (BNYM-SL01930580)
164. Email from David J Tant, 04/02/2008, (BNYM-SL01925700-704)
165. Standish letter to Maria Robinson, 05/02/2008, (BNYM-SL00360868-870)
166. Standish letter to Bonalynn Wallach, 05/02/2008, (BNYM-SL00360889-891)
167. Email from Thomas Ford, 05/21/2008, (BNYM-SL01919633)
168. Email from Thomas Ford, 05/16/2008, (BNYM-SL01920669)
169. Email from Rulong Kathy, 03/05/2008, (BNYM-SL02078326-327)
170. Email from Rawls Renee, 05/19/2008, (BNYM-SL02865299)
171. Letter to Gail Hanson (State of Wisconsin Investment Board), 05/29/2008, (BNYM-SL04026157-159)

News Stories

1. Financial Advisor: How Credit Ratings Agencies Failed Us, 10/11/2007
2. Update-1 Analysis - Is the Super SIV plan still needed?, 12/06/2007
3. FT.com site: Second Wave of SIV Liquidity Problems Looms, 12/18/2007
4. S&P Says Limited Purpose Finance Companies Face Negative Outlook, 12/18/2007
5. Sigma Finance Ratings Cut, In Latest SIV Setback, 01/18/2008
6. Fitch Slaps Ratings Watch Negative on to Sigma SIV, spat deepens with Gordian Knot, 01/25/2008
7. Moody's to Review Sigma Rating, 02/28/2008
8. Gordian Knot's $40B Sigma Fund Faces Uncertain Future, 03/17/2008
9. Gordon Knot's $35 Billion Sigma Fund May Lose AAA, 03/19/2008
10. Moody's Slashes Rating On $40B Sigma Finance SIV, 04/04/2008
11. SIVs' Last Man Standing Entangled by Gordian Knot, 04/08/2008
12. Sigma Finance is Stung by Another Downgrade, 04/09/2008
13. Ratings Point to Unraveling of Gordian Knot Fund, 04/10/2008
14. Crisis on Wall Street: Sigma's Fall Could Worsen Market's Pain - Lehman Collapse Has Last Big SIV Facing Liquidation, 10/02/2008
15. Structured Investment Vehicles: the unintended consequence of financial innovation: some reasonable ideas and objectives combined to have expected effects, 10/01/2009
16. JPMorgan Accused of Failing a Duty, 04/11/2011
17. FT.com site: Sigma collapse marks end of SIV, 10/01/2008, Extent of Sigma fall-out becomes clear, 11/27/2008, Sigma shareholders take case to parliament, 12/06/2008.

PSF Documents and Data

1. Pacific Select Fund - Securities Lending Review, 06/29/2007, (PSF00069244)
2. Email from Michael McDermott, 09/05/2007, (PSF00092380)
3. Mellon GSL DBT II, 11/30/2007, (PSF00027289)
4. Email from Michael McDermott, 12/07/2007, (PSF00027288)
5. Holding report Mellon GSL DBT II, 12/10/2007, (PSF00074635)
6. Mellon GSL DBT II - Industry Sector Distribution, 12/10/2007, (PSF00074652)
7. Email from Mark Holmlund, 12/12/2007, (PSF00000230)
8. Email from Mark Holmlund, 12/18/2007, (PSF00000235)
9. Memo from PLFA re: Mellon Collateral Reinvestment Vehicle for Securities Lending, 12/19/2007, (PSF00105883)
10. BNY Mellon GSL DBT II Collateral Fund, 12/31/2007, (PSF00105515)
11. Global Securities Lending - YTD Monthly Holdings, 12/31/2007, (BNYM-SL04521147)
12. Holding report Mellon GSL DBT II, 01/09/2008, (PSF00027309)
13. Summary - Collateral Held by Asset Class, 01/09/2008, (PSF00027354)
14. Email from Michael McDermott, 01/10/2008, (PSF00027308)
15. Email from Lance Doherty, 04/22/2008, (PSF00079774)

16. BNY Mellon GSL DBT II Collateral Fund, 09/30/2008, (PSF00105479)
17. Email from Sean Volpetti, 10/10/2008, (PSF00112235)
18. BNY Mellon GSL DBT II Holding Report, 10/14/2008, (PSF00105482)
19. Pacific Select Fund - Securities Lending Collateral Write Down, 12/04/2008, (PSF00098061)
20. Pacific Select Fund Securities Lending Collateral Write Down, 12/04/2008, (PSF00107786)
21. Notice to Beneficiaries - SIGMA, 12/04/2008, (PSF00108727)
22. Email from Mark Holmlund, 12/05/2008, (PSF00112175)
23. Email from Howard Hirakawa, 12/05/2008, (PSF00117061)
24. Memo re: SIGMA Finance Corp. Structured Investment Vehicle ("SIV") Valuation, 12/09/2008
25. Global Securities Lending - YTD Monthly Holdings, 12/31/2008, (BNYM-SL04558251)
26. Email from Sean Volpetti, 01/20/2009, (PSF00111127)
27. Email from Lance Doherty, 01/29/2009, (PSF00109762)
28. Email from Lance Doherty, 01/29/2009, (PSF00109770)
29. Email from Laurene MacElwee, 01/30/2009, (PSF00114310)
30. Email from Kevin Steiner, 02/02/2009, (PSF00114311)
31. Email from Lance Doherty, 02/19/2009, (PSF00110074)
32. Email from Laurene MacElwee, 02/27/2009, (PSF00000181)
33. Letter to DBT II Participant, 04/08/2009, (PSF00110454)
34. Global Securities Lending - Earnings by Manager, 05/31/2009, (BNYM-SL04574979)
35. Valuation of Sigma Assets-Losses, Various Dates, (BNYM-SL04088872)
36. Pacific Select Fund - Securities Daily Overview - Dec '07, (PSF00100247)
37. Pacific Select Fund - Securities Daily Overview - Jan '08, (PSF00101028)
38. Pacific Select Fund - Securities Daily Overview - Feb '08, (PSF00101352)
39. Pacific Select Fund - Securities Daily Overview - Mar '08, (PSF00101921)
40. Pacific Select Fund - Securities Daily Overview - Apr '08, (PSF00102237)
41. Securities Lending, (PSF00107928)
42. Mellon Write-Down Portfolio List, (PSF00116815)
43. PSF Securities Lending Daily Overview-December, (PSF00100247)
44. PSF Securities Lending Daily Overview-February, (PSF00101352)
45. PSF Securities Lending Daily Overview-September, (PSF00102593)
46. PSF Security Lending program, 1/1/2000, 4/8/2010, (PSF00117577-595)

Ratings Agency

1. S&P Abacus Investments Ltd, 02/04/2000
2. Links Finance Corp, 02/04/2000
3. Structured Finance - Derivative Ratings, 02/29/2000
4. Parkland Finance Corp, 09/07/2001
5. New Issue: Whistlejacket Capital Ltd., 08/22/2002
6. New Issue: Stanfield Victoria Finance Ltd., 10/03/2002
7. White Pine Corp. Ltd., 11/19/2002

8.  New Issue: Sigma Finance Corp, 04/03/2003
9.  New Issue: Beta Finance Corp, 11/10/2003
10. New Issue: Premier Asset Collateralized Entity Ltd., 12/09/2003
11. Presale: Sedna Finance Corp. and Sedna Finance Inc., 06/22/2004
12. Structured Finance - Cheryne Finance PLC and LLC, 05/16/2005
13. Transaction Update: Centauri Corp and CC (USA) Inc., 10/14/2005
14. Transaction Update: Dorada Corp. and Dorada Finance Inc., 10/14/2005
15. New Issue: Eaton Vance Variable Leverage Fund Ltd./EVVLF (USA) LLC, 11/04/2005
16. Transaction Update: Five Finance Corp. and Five Finance Inc., 01/18/2006
17. Presale: Orion Finance Corp. and Orion Finance (USA) LLC, 03/06/2006
18. New Issue: Cullinan Finance Ltd. And Cullinana Finance Corp, 03/20/2006
19. Links Finance Corp Euro Medium Term Note Programme, 07/17/2006
20. New Issue: Kestrel Funding PLC, 08/02/2006
21. New Issue: Tango Finance Ltd., 09/12/2006
22. Zela Finance Corp. and Zela Finance Inc., 09/18/2006
23. Cortland Capital Ltd./Cortland Capital LLC, 09/26/2006
24. New Issue: K2 Corp. And K2 (USA) LLC, 09/29/2006
25. Vetra Finance Corp. and Vetra Finance Inc., 11/15/2006
26. Hudson-Thames Capital Ltd. And Hudson-Thames LLC, 12/05/2006
27. Presale: Nightingale Finance Ltd. And Nightingale Finance LLC, 03/16/2007
28. Rhinebridge PLC and Rhinebridge LLC, 04/13/2007
29. Asscher Finance Ltd. And Asscher Finance Corp, 05/11/2007
30. Axon Financial Base Prospectus, 06/06/2007
31. Cheyne Finance PLC - Company Announcement, 08/29/2007
32. Axon Financial Funding Issuer Credit And SIV Ratings Lowered to 'D', 11/27/2007
33. Citigroup Alters Course, Bails out Affiliated Funds ---Taking on $49 Billion of Assets Further
    Dents Banking Giant's Capital, 12/14/2007
34. Victoria Finance Issuer Credit and SIV Ratings Lowered to 'D', 01/14/2008
35. Orion Finance Issuer Credit and SIV Ratings Lowered To 'D', 01/16/2008
36. News Regarding SIV's, 04/04/2008
37. Sigma Finance Issuer Credit And Senior Debt Ratings Lowered To 'D', 10/17/2008
38. Beta Finance Corp - Removal of Defeasance Trigger, 11/06/2008
39. Capital Note Base Prospectus - Regulation S,

Ratio Trades

1. GSL Credit Overview, 08/28/2007, (BNYM-SL01930417)
2. Email from Robert Fort, 04/03/2008, (BNYM-SL02790509)
3. Email from Diane L. Demmler, 04/08/2008, (BNYM-SL01924968)
4. Email from Robert Fisher, 04/09/2008, (NYM-SL01924759)
5. Email from Susasn Handelman, 04/10/2008, (BNYM-SL02056208)

6. Email from William Kelly, 04/18/2008, (BNYM-SL01923799)
7. Securities Lending - SIGMA Investment Alternatives, 04/22/2008, (BNYM-SL00224518)
8. Email from Juliette Saisselin, 04/23/2008, (GK0000464)
9. Sigma Sale Script, 04/30/2008, (BNYM-SL00168871)
10. Sigma Finance Security Description as of, 04/30/2008, (BNYM-SL01509398)
11. Email from Thomas Ford, 04/30/2008, (BNYM-SL01923084)
12. Email from Thomas Ford, 04/30/2008, (BNYM-SL01923327)
13. IDC Price drop form letter to clients, 04/30/2008, (BNYM-SL02587014)
14. IDC Price drop form letter to clients, 04/30/2008, (BNYM-SL02587014)
15. Email from Thomas Ford, 05/01/2008, (BNYM-SL01922884)
16. Memo to Markes Aakko re: Securities Lending Authorization dated 07/29/1999, 05/06/2008, (BNYM-SL00385005)
17. Bank of NY Sale of Assets, 05/06/2008, (BNYM-SL04494346)
18. SMAM Sale of Assets, 05/08/2008, (BNYM-SL02499462)
19. Bank of NY Sale of Assets, 05/08/2008, (BNYM-SL02507022)
20. Bank of NY Sale of Assets, 05/13/2008, (BNYM-SL02028110)
21. Bank of NY Sale of Assets, 05/13/2008, (BNYM-SL04046971)
22. Email from Thomas Ford, 05/13/2008, (BNYM-SL01921439)
23. Bank of NY Sale of Assets, 05/14/2008, (BNYM-SL01961804)
24. Bank of NY Sale of Assets, 05/14/2008, (BNYM-SL01961806)
25. Bank of NY Sale of Assets, 05/14/2008, (BNYM-SL01961808)
26. Bank of NY Sale of Assets, 05/15/2008, (BNYM-SL02029752)
27. Email from Thomas Ford, 05/16/2008, (BNYM-SL01920669)
28. Email from Thomas Ford, 05/19/2008, (BNYM-SL02074507)
29. Subject: Pooled Employee Daily Liquidity Fund (BSSTIF): Cash Support - Draft 3, 05/22/2008, (BNYM-SL02506526)
30. Memo from State of WI Investment Board re: Proposed Motion for Waiver Request from Mellon Bank, N.A., 05/28/2008, (BNYM-SL02767749)
31. Bank of NY Sale of Assets, 06/03/2008, (BNYM-SL02073725)
32. Email from David Tant, 06/04/2008, (BNYM-SL01918835)
33. Email from David Tant, 06/05/2008, (BNYM-SL01482935)
34. Email from Thomas Ford, 06/05/2008, (BNYM-SL01916756)
35. Email from David Tant, 06/05/2008, (BNYM-SL01917136)
36. Sigma Investments and Assets spreadsheet, 2007 - 2008, (BNYM-SL01925347)
37. Sigma Swap Transactions, (BNYM-SL01920504)
38. In MS PERS - 2 yr bonds - NYC from Chase, (BNYM-SL01921442)
39. BNY fund description, (BNYM-SL01921507)
40. UK Prime RMBS Master Trusts, (BNYM-SL02029417)
41. Sigma Security Description, (BNYM-SL04046818)

Redemptions

1.  Email from William Kelly, 11/29/2007, (BNYM-SL01900876)
2.  Email from Lawrence Mannix, 12/03/2007, (BNYM-SL02038528)
3.  Email from Jeffrey Heiss, 12/06/2007, (BNYM-SL01900763)
4.  Email from Kathy Rulong, 12/07/2007, (BNYM-SL01900685)
5.  Email from Thomas Ford, 12/07/2007, (BNYM-SL01900699)
6.  Email from Thomas Ford, 12/07/2007, (BNYM-SL01900743)
7.  Email from Michael McDermott, 12/07/2007, (PSF00027288)
8.  Email from Thomas Ford, 12/10/2007, (BNYM-SL03427636)
9.  Email from Kathy Rulong, 12/10/2007, (BNYM-SL03427641)
10. Email from Brian Watkins, 12/10/2007, (BNYM-SL04004240)
11. Email from Thomas Ford, 12/11/2007, (BNYM-SL03427633)
12. Fund Asset Totals, 12/11/2007, (BNYM-SL04375274)
13. Email with Conference Call instructions, 12/12/2007, (BNYM-SL03427536)
14. Email from Kathy Rulong, 12/12/2007, (BNYM-SL03427630)
15. Email from Michael McDermott, 12/12/2007, (PSF00075672)
16. Email from Kathy Rulong, 12/13/2007, (BNYM-SL01900571)
17. Email from Thomas Ford, 12/13/2007, (BNYM-SL03427629)
18. Email from Kathy Rulong, 12/14/2007, (BNYM-SL01900561)
19. Email from Kathy Rulong, 12/18/2007, (BNYM-SL01900543)
20. Email from Thomas Ford, 12/18/2007, (BNYM-SL03413956)
21. Email from Mark Holmlund, 12/18/2007, (PSF00110925)
22. Email from Thomas Ford, 12/19/2007, (BNYM-SL01900440)
23. Memo re: Mellon Collateral Reinvestment Fund for Securities Lending, 12/19/2007, (PSF00000239)
24. Side Agreement to Third Party Securities Lending Authorization, 12/22/2007, (BNYM-SL01931604)
25. Mellon GSL DBT II Collateral Fund - Financial Statements and Schedules, 12/31/2007, (BNYM-SL04583415)
26. Pacific Select Fund Securities Lending Review, 4Q 2007, (PSF00126641)
27. Pacific Select Fund Minutes of Board Meeting, 01/15/2008, (PSF00035499)
28. Email from Patricia Smith, 02/21/2008, (BNYM-SL03930702)
29. Email from Patricia Smith, 03/08/2008, (BNYM-SL04029170)
30. Email from John Gispanski, 03/11/2008, (BNYM-SL04029059)
31. Email from Patricia Smith, 03/14/2008, (BNYM-SL02870942)
32. Email from Todd Trautman, 03/17/2008, (BNYM-SL02593292)
33. Pacific Select Fund Minutes of Board Meeting, 03/20/2008, (PSF00126802)
34. Email from Raymond Kronz, 03/21/2008, (BNYM-SL01991890)
35. Email from Kathy Rulong, 03/26/2008, (BNYM-SL01926541)
36. Email from Patricia Smith, 03/27/2008, (BNYM-SL04028144)
37. Email from Michael McDermott, 04/08/2008, (BNYM-SL01962800)

38. Email from Micahel McDermott, 02/13/2009, (BNYM-SL02872923)
39. Pacific Select Fund Minutes of Board Meeting, 03/18/2009, (PSF00141239)
40. Amendment to Third Party Securities Lending Authorization - draft, (BNYM-SL01900573)
41. Fund - Asset and Liquidity, (BNYM-SL02077502)
42. Pool vertical slice analysis, (BNYM-SL02077502)
43. Letter to Tami, (BNYM-SL03427850)
44. Fund Loan Spreadsheet, (BNYM-SL04449898)

SIGMA Documents and Data

1. SIGMA Consolidated Financial Statements, 04/30/2007, (BNYM-SL01777850)
2. SIGMA Quarterly Interim Report, 07/31/2007, (BNYM-SL02043400)
3. Monthly Business Report, 09/28/2007, (BNYM-SL02044260)
4. Monthly Business Report, 10/31/2007, (BNYM-SL02042495)
5. SIGMA Quarterly Interim Report, 10/31/2007, (BNYM-SL02602120)
6. Monthly Business Report, 11/30/2007, (BNYM-SL02038474)
7. Monthly Business Report, 12/31/2007, (BNYM-SL01504801)
8. SIGMA Finance - Medium Term Notes: PPM, 01/08/2008, (BNYM-SL04021546)
9. Email from Laurie Carroll, 01/16/2008, (BNYM-SL02145078)
10. Email from James Kohley, 01/17/2008, (BNYM-SL00278144)
11. SIGMA Quarterly Interim Report, 01/31/2008, (BNYM-SL01495288)
12. Monthly Business Report, 01/31/2008, (BNYM-SL01504319)
13. Sigma Creditor Discussion, 02/15/2008, (BNYM-SL02031410)
14. Email from Laurie Carroll, 02/19/2008, (BNYM-SL00139344)
15. Email from Dessie Bonacci, 02/20/2008, (BNYM-SL01964590)
16. Email from Nancy Banker, 02/21/2008, (BNYM-SL00138246)
17. Email from Charles Van Vleet, 02/21/2008, (BNYM-SL01964560)
18. Email from David Kwan, 02/21/2008, (BNYM-SL01964587)
19. Email from Robert Fort, 02/21/2008, (BNYM-SL02079075)
20. Email from Thomas Ford, 02/21/2008, (BNYM-SL02767120)
21. Email from Nancy Banker, 02/22/2008, (BNYM-SL00137731)
22. Email from Stephen Murphy, 02/25/2008, (BNYM-SL00135957)
23. Email from Dessie Bonacci , 02/27/2008, (BNYM-SL01963659)
24. Email from Dessie Bonacci , 02/27/2008, (BNYM-SL02078499)
25. SIV Investment Overview - Securities Lending Impact, 02/28/2008, (BNYM-SL02766990)
26. Email from David Tant, 02/29/2008, (BNYM-SL01501206)
27. Memo from Gordian to BNY Mello re: Sigma Finance Corp - Partial USMTN Buyback, 02/29/2008, (GK0000077)
28. Monthly Business Report, 02/29/2008, (BNYM-SL02030827)
29. Email from Nancy Banker, 03/03/2008, (BNYM-SL00135701)
30. Email from Lawrence Mannix, 03/03/2008, (BNYM-SL02030891)

31. Email from Mitchell Harris, 03/03/2008, (BNYM-SL02144098)
32. Credit Discussion - Structured Investment Vehicle - SIGMA, 03/09/2008, (BNYM-SL01500628)
33. Email from Lawrence Mannix, 03/10/2008, (BNYM-SL01928456)
34. Securities Lending Watch List, 03/10/2008, (BNYM-SL02078116)
35. Email from David Tant, 03/12/2008, (BNYM-SL01495645)
36. Email from Laurie Carroll, 03/13/2008, (BNYM-SL02143391)
37. Investment Sales Gains/(Losses), 03/17/2008, (BNYM-SL01239314)
38. Email from Kathy Rulong, 03/19/2008, (BNYM-SL01927334)
39. Email from David Kwan, 03/20/2008, (BNYM-SL01437212)
40. Email from Dessie Bonacci , 03/25/2008, (BNYM-SL01926586)
41. Email from David Kwan, 03/25/2008, (BNYM-SL01963349)
42. Email from Dessie Bonacci , 03/27/2008, (BNYM-SL01963161)
43. Monthly Business Report, 03/31/2008, (BNYM-SL02035030)
44. SIGMA Time Line - Draft, 03/31/2008, (BNYM-SL02766999)
45. Email from Robert Fort, 04/03/2008, (BNYM-SL02790509)
46. Email from Kathy Rulong, 04/04/2008, (BNYM-SL01925568)
47. Email from Lawrence Mannix, 04/07/2008, (BNYM-SL02029829)
48. Risk Committee Meeting Agenda, 04/07/2008, (BNYM-SL02924216)
49. Email from Robert Fisher, 04/09/2008, (BNYM-SL01924759)
50. Email from Susan Handelman, 04/10/2008, (BNYM-SL02056208)
51. Email from William Kelly, 04/18/2008, (BNYM-SL01923799)
52. Email from Nancy Banker, 04/22/2008, (BNYM-SL00123844)
53. Sigma Sales, 04/22/2008, (BNYM-SL00123846)
54. Email from Thomas Ford, 04/22/2008, (BNYM-SL01923686)
55. Email from Robert Fort, 04/22/2008, (BNYM-SL02076062)
56. Securities Lending - SIGMA Investment Alternatives, 04/22/2008, (BNYM-SL00224518)
57. Securities Lending - SIGMA Investment Alternatives, 04/22/2008, (BNYM-SL01923691)
58. STIF - The Boston Safe - Cash Management, 04/30/2008, (BNYM-SL00355076)
59. SIGMA Consolidated Financial Statements, 04/30/2008, (BNYM-SL00054524)
60. Email from Thomas Ford, 04/30/2008, (BNYM-SL01923327)
61. Memo draft to clients from Kathy Rulong, 04/30/2008, (BNYM-SL02587014)
62. Monthly Business Report, 04/30/2008, (BNYM-SL01922202)
63. Email from Desmond MacIntyre, 05/01/2008, (BNYM-SL02141710)
64. Email from Desmond MacIntyre, 05/02/2008, (BNYM-SL02720294)
65. Memo to Lawrence Schenk re: Trust Agreement dated 07/30/1986, 05/02/2008, (BNYM-SL02092221)
66. Asset Servicing Securitites Lending Investment Risk Discussion, 05/02/2008, (BNYM-SL02790076)
67. Email from Thomas Bavin, 05/05/2008, (BNYM-SL02499489)
68. Email from Patricia Loughran, 05/05/2008, (BNYM-SL02507145)

69. Email from Thomas Bavin, 05/06/2008, (BNYM-SL02499470)
70. Email from Dawn Guffey, 05/08/2008, (BNYM-SL02499416)
71. Email from Laurie Carroll, 05/08/2008, (BNYM-SL02720239)
72. Email from Dawn Guffey, 05/15/2008, (BNYM-SL02506990)
73. Email from Charles Felix, 05/16/2008, (BNYM-SL01920685)
74. Email from Charles Felix, 05/16/2008, (BNYM-SL03286123)
75. Email from Lawrence Mannix, 05/19/2008, (BNYM-SL02074506)
76. Email from Dave DiNardo, 05/19/2008, (BNYM-SL02587011)
77. Email from Laurie Carroll, 05/22/2008, (BNYM-SL02141255)
78. Pooled Employee Daily Liquidity Fund (BSSTIF) Cash Support - Draft, 05/22/2008, (BNYM-SL02506526)
79. Memo from Wisconsin Investment Board re: Proposed Motion for Waiver Request from Mellon Bank, 05/28/2008, (BNYM-SL02767749)
80. Monthly Business Report, 05/30/2008, (BNYM-SL01482963)
81. Email from William Kelly, 06/02/2008, (BNYM-SL02073751)
82. Email from William Browne, 06/03/2008, (BNYM-SL01509843)
83. Email from Robert Fort, 06/03/2008, (BNYM-SL01960448)
84. Email from Lawrence Mannix, 06/03/2008, (BNYM-SL01961597)
85. Email from Charles Felix, 06/03/2008, (BNYM-SL02025088)
86. Email from Lawrence Mannix, 06/03/2008, (BNYM-SL02025091)
87. Email from Lawrence Mannix, 06/03/2008, (BNYM-SL02034329)
88. Email from Thomas Ford, 06/04/2008, (BNYM-SL01918835)
89. Email from Patricia Smith, 06/09/2008, (BNYM-SL04025823)
90. Email from Charles Felix, 06/11/2008, (BNYM-SL01916307)
91. Email from David Kwan, 06/27/2008, (BNYM-SL01960232)
92. Email from Robert Fort, 06/30/2008, (BNYM-SL01946747)
93. Email from Robert Fort, 06/30/2008, (BNYM-SL01960219)
94. Monthly Business Report, 06/30/2008, (BNYM-SL02315771)
95. Email from Tom Bilzi, 07/01/2008, (BNYM-SL02637818)
96. Email from Heather Daur, 07/15/2008, (BNYM-SL02636839)
97. Email from Thomas Ford, 07/18/2008, (BNYM-SL02072813)
98. Email from Charles Felix, 07/29/2008, (BNYM-SL01944731)
99. Email from Dessie Bonacci , 07/29/2008, (BNYM-SL01959917)
100. Email from John Hales, 07/31/2008, (BNYM-SL02104899)
101. Monthly Business Report, 07/31/2008, (BNYM-SL01509594)
102. Monthly Business Report, 07/31/2008, (BNYM-SL01944303)
103. Email from Laurie Carroll, 08/05/2008, (BNYM-SL02134012)
104. Global Securities Lending Asset/Liability Strategy Committee, 08/05/2008, (BNYM-SL02517604)
105. Email from William Browne, 08/18/2008, (BNYM-SL01509566)

106. Email from William Browne, 08/18/2008, (BNYM-SL01509570)
107. Email from Ruth Falchetti, 08/28/2008, (BNYM-SL02314724)
108. Email from John Gispanski, 08/29/2008, (BNYM-SL01959637)
109. Monthly Business Report, 08/29/2008, (BNYM-SL01942507)
110. Email from William Browne, 09/05/2008, (BNYM-SL01509513)
111. Email from James McGovern, 09/17/2008, (BNYM-SL01942010)
112. Email from Desmond MacIntyre, 09/18/2008, (BNYM-SL02125785)
113. Email from Charles Felix, 09/22/2008, (BNYM-SL01941233)
114. Sigma Coupon Rates - Exposure by Issuer, 09/29/2008, (BNYM-SL02019507)
115. Sigma - Securities Lending Client Impact, 10/02/2008, (BNYM-SL01939962)
116. Associated Press - OC treasurer says he saved taxpayers $50 million, 10/05/2008
117. Email from David Tant, 12/15/2008, (BNYM-SL03282954)
118. Sigma Trade History - Central States, 12/22/2008, (BNYM-SL00186050)
119. Sigma Trade History - Central States, 12/22/2008, (BNYM-SL00386050)
120. Sigma and Bear Stearns Portfolio Sales, (BNYM-SL00124939)
121. Sigma Finance - Transaction History, (BNYM-SL00125335)
122. Sales v. Slims, (BNYM-SL02037337)
123. Update on Sigma Finance Inc., (BNYM-SL02141698)
124. Goldman Central States - Sigma Transactions, (BNYM-SL02499408)
125. Transaction Detail, (BNYM-SL02504852)
126. Swap Account Detail, (BNYM-SL02507028)
127. Sale - Pro-rated, (BNYM-SL02507142)
128. GSL Credit Overview - Structured Investment Vehicles, (BNYM-SL01930417)
129. Sigma Presentation, (BNYM-SL01985290)
130. Sigma time line ratio trade discussion, (BNYM-SL02321848-851)


Academic Articles

131. CRS Report for Congress, "The financial Crisis? The liquidity Crunch of August 2007", 09/21/2007
132. Gary B Gorton, "The Panic of 2007"
133. Phillip Swagel, "The Financial Crisis: The Inside View", 03/30/2009
134. Christopher Geczy, David Musto, Adam Reed, "Stocks are special too: an analysis of the equity lending market"
135. Franklin Allen and Elene Carletti, "The Role of Liquidity in Financial Crises", 09/14/2008.

# EXHIBIT B

# FILED CONDITIONALLY UNDER SEAL