IRELL & MANELLA LLP
John C. Hueston (CA Bar No. 164921)
jhueston@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Alison L. Plessman (CA Bar No. 250631)
aplessman@irell.com
Jeremiah D. Kelman (CA Bar No. 238298)
jkelman@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
Pacific Select Fund

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SELECT FUND, <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON, a New York state chartered bank; and BNY MELLON, N.A., a nationally-chartered bank, <br><br> Defendants. | Case No. SACV 10-00198-JST (ANx) <br><br> **DECLARATION OF ALISON L. PLESSMAN IN SUPPORT OF PLAINTIFF PACIFIC SELECT FUND'S MOTIONS *IN LIMINE* NOS. 1-6; EXHIBITS 1-2** <br><br> Assigned to the Hon. Josephine Staton Tucker <br><br> Date: April 16, 2012 <br> Time: 1:30 p.m. <br> Ctrm: 10A <br><br> Complaint Filed: February 17, 2010 <br> Trial Date: May 1, 2012 |

### FILED CONDITIONALLY UNDER SEAL

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2603204

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
MOTIONS *IN LIMINE* NOS. 1-6; EXHIBITS 1-2

# DECLARATION OF ALISON L. PLESSMAN

I, Alison L. Plessman, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Pacific Select Fund ("PSF") in the above-captioned matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Robert Glenn Hubbard, dated August 10, 2011, submitted by The Bank of New York Mellon and BNY Mellon, N.A. (collectively, "BNYM") in this action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the Deposition of Robert Glenn Hubbard, taken in this action on September 24, 2011.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Edmon W. Blount, dated January 17, 2012, submitted by BNYM in this action.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Rebuttal Report of Suresh Sundaresan, dated September 2, 2011, submitted by BNYM in this action.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email dated April 22, 2008 from Laurie Carroll titled "FW," attaching a presentation titled "Collective Investment Funds Committee." Exhibit 5 was produced by BNYM in this action and is bates numbered BNYM-SL0224516-24. Exhibit 5 was also introduced as Exhibit 24 at the Deposition of Ruth Falchetti, taken in this action on August 9, 2011.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter dated May 29, 2008 from Robert Fort to Gale Hanson. Exhibit 6 was produced by BNYM in this action and is bates numbered BNYM-SL04026157-59. Exhibit 6 was also

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2603204

- 1 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
MOTIONS *IN LIMINE* NOS. 1-6; EXHIBITS 1-2

introduced as Exhibit 24 at the Deposition of Robert Fort, taken in this action on September 8, 2011.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Robert Glenn Hubbard submitted in *The Board of Trustees of the Southern California IBEW-NECA Defined Contribution Plan v. The Bank of New York Mellon Corp.*, No. 09-cv-06273 (S.D.N.Y. July 13, 2009).

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email dated September 26, 2008 from Lawrence Mannix to William Kelly, Janice Colombo, and Charles Felix titled "NYC." Exhibit 8 was produced by BNYM in this action and is bates numbered BNYM-SL02649162.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the Deposition of William Browne, taken in this action on September 13, 2011.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document titled "Market Risk Scorecard." Exhibit 10 was produced by BNYM in this action and is bates numbered BNYM-SL04047410-19. Exhibit 10 was also introduced as Exhibit 5 at the Deposition of David Tant, taken in this action on September 9, 2011.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the Rebuttal Report of Bella Borg-Brenner, dated September 2, 2011, submitted by PSF in this action.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the following news article: Caroline Salas, *Bear, Lehman, Merrill Trade as Junk, Derivatives Show*, Bloomberg, July 31, 2007, www.bloomberg.com/apps/news?pid=newsarchive&sid=afHmD6FZ2Wpw&refer=us.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Report of John W. Peavy III, dated August 10, 2011, submitted by BNYM in this action.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2603204

- 2 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
MOTIONS *IN LIMINE* NOS. 1-6; EXHIBITS 1-2

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Rebuttal Report of John W. Peavy III, dated September 2, 2011, submitted by BNYM in this action.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the transcript of the Deposition of John W. Peavy III, taken in this action on September 15, 2011.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the Deposition of Edmon W. Blount, taken in this action on February 24, 2012.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Minutes of a Meeting of the Joint Policy Committee of Pacific Select Fund and the Pacific Life Funds, dated January 15, 2008. Exhibit 17 is bates numbered PSF00035384-90 and was introduced as Exhibit 28 at the Deposition of Kathleen Clune, taken in this action on July 28, 2011.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the Minutes of a Meeting of the Board of Trustees of Pacific Select Fund, dated September 23-24, 2008. Exhibit 18 is bates numbered PSF00035561-614 and was introduced as Exhibit 34 at the Deposition of Kathleen Clune, taken in this action on the July 28, 2011.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an email dated December 12, 2007 from Mark Holmlund to Lance Doherty and Tod Nasser, cc'ing Khahn Tran, Kathleen Clune, Jim Morris, and Mary Ann Brown. Exhibit 19 is bates numbered PSF00000230 and was introduced as Exhibit 46 to the Deposition of Howard Hirakawa, taken in this action on July 29, 2011.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an email dated December 12, 2007 from Scott Marshall to Lance Doherty, with attachments. Exhibit 20 is bates numbered PSF00075606-38 and was introduced as Exhibit 59 to the Deposition of Dale Patrick, taken in this action on August 18, 2011.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2603204

- 3 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
MOTIONS IN LIMINE NOS. 1-6; EXHIBITS 1-2

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the transcript of the Deposition of Mark Holmlund, taken in this action on August 22, 2011.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the transcript of the Deposition of Dale Patrick, taken in this action on August 18, 2011.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an email dated December 11, 2007 from Lance Doherty to Brian Reeves and Kathleen Clune, with attachment. Exhibit 23 is bates numbered PSF00075391-93 and was introduced as Exhibit 22 to the Deposition of Kathleen Clune, taken in this action on July 28, 2011.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an email dated December 11, 2007 from Robert Womack to Lance Doherty. Exhibit 24 is bates numbered PSF00075394-97 and was introduced as Exhibit 95 at the Deposition of Lance Doherty, taken in this action on September 1, 2011.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the transcript of the Deposition of Lance Doherty, taken in this action on September 1, 2011.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the transcript of the Deposition of Kathleen Clune, taken in this action on July 28, 2011.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the Supplemental Rebuttal Report of Bella Borg-Brenner, dated February 17, 2012, submitted by PSF in this action.

29. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the Investment Analysis Report of Bella Borg-Brenner, dated August 10, 2011, submitted by PSF in this action.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2603204

- 4 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
MOTIONS IN LIMINE NOS. 1-6; EXHIBITS 1-2

30. Attached hereto as **Exhibit 29** is a true and correct copy of a PowerPoint Presentation titled "Securities Lending Program 1/1/2006–4/8/2010." Exhibit 29 is bates numbered PSF00117577.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a report titled "YTD Monthly History – Earnings For the month ending 12/31/2007." Exhibit 30 was produced by BNYM in this action and is bates numbered BNYM-SL04521147.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a report titled "YTD Monthly History – Earnings For the month ending 12/31/2008." Exhibit 31 was produced by BNYM in this action and is bates numbered BNYM-SL04558251.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a report titled "YTD Monthly History – Earnings For the month ending 6/30/2009." Exhibit 32 is bates numbered PSF00134159.

34. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the transcript of the Deposition of Kathy Rulong, taken in this action on October 5, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2012 at Los Angeles, California.

*/s/ Alison L. Plessman*
Alison L. Plessman

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2603204

- 5 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
MOTIONS *IN LIMINE* NOS. 1-6; EXHIBITS 1-2