# EXHIBIT 1

CONFIDENTIAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

---------------------------------------------------------x

PACIFIC SELECT FUND,                :  Case. No. SACV10-00198 JST (ANx)
                                   :

               Plaintiff,        :
                                   :

   vs.                             :
                                   :

                                 :

THE BANK OF NEW YORK MELLON,  :
a New York state chartered bank, and  :
BNY MELLON, N.A., a nationally-  :
chartered bank.                 :
                                 :

            Defendants.     :
---------------------------------------------------------x

**EXPERT REPORT OF ROBERT GLENN HUBBARD**

**CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER**

CONFIDENTIAL

I.       INTRODUCTION ................................................................................................ 3

    A.   QUALIFICATIONS ....................................................................................... 3

    B.   ASSIGNMENT ............................................................................................. 4

    C.   DATA AND INFORMATION CONSIDERED ..................................................... 5

    D.   SUMMARY OF CONCLUSIONS ...................................................................... 6

II.     RESEARCH APPROACH AND METHODOLOGY ................................. 8

III.    BACKGROUND ............................................................................................ 10

IV.   THE MARKET PRICES OF LEHMAN'S DEBT, EQUITY, AND CREDIT
      DEFAULT SWAPS DID NOT INDICATE THAT BANKRUPTCY WAS
      REASONABLY FORESEEABLE ............................................................... 12

    A.   LEHMAN'S BOND PRICES DID NOT INDICATE A BANKRUPTCY FILING WAS REASONABLY
       FORESEEABLE ........................................................................................ 12

    B.   ANALYSIS OF LEHMAN'S STOCK PRICE AND MARKET CAPITALIZATION DID NOT INDICATE
       BANKRUPTCY WAS REASONABLY FORESEEABLE .............................................. 16

    C.   LEHMAN'S CREDIT DEFAULT SWAP SPREADS DID NOT INDICATE BANKRUPTCY WAS
       REASONABLY FORESEEABLE .................................................................... 19

V.    SOPHISTICATED MARKET PARTICIPANTS AND ANALYSTS DID NOT
      REASONABLY FORESEE LEHMAN'S BANKRUPTCY ....................................... 23

    A.   CREDIT RATINGS AND CREDIT AGENCIES' COMMENTARY DID NOT INDICATE LEHMAN'S
       BANKRUPTCY FILING WAS REASONABLY FORESEEABLE .................................. 24

    B.   EQUITY ANALYSTS' COVERAGE AND RECOMMENDATIONS DID NOT INDICATE A
       BANKRUPTCY FILING WAS REASONABLY FORESEEABLE .................................. 29

VI.   OTHER MARKET EVIDENCE INDICATES THAT LEHMAN'S BANKRUPTCY
      WAS NOT REASONABLY FORESEEABLE ................................................ 34

    A.   LEHMAN'S BANKRUPTCY WAS NOT REASONABLY FORESEEABLE EVEN IN THE FINAL
       WEEKS BEFORE LEHMAN'S COLLAPSE BECAUSE OTHER ACTIONS COULD HAVE
       PREVENTED BANKRUPTCY ...................................................................... 34

    B.   OTHER SOPHISTICATED MARKET INVESTORS HELD LEHMAN SECURITIES AT THE TIME OF
       BANKRUPTCY ........................................................................................ 39

VII.  LEHMAN'S COLLAPSE IS CONSISTENT WITH THE "RUN ON THE BANK"
      PHENOMENON ........................................................................................... 43

Plessman Decl. Ex. 1
Page 8

CONFIDENTIAL

**VIII.   AFTERMATH OF LEHMAN'S BANKRUPTCY**..................................................... **45**

A.   UNCERTAINTY IN THE MARKET INCREASED AFTER LEHMAN'S BANKRUPTCY ................. 48

B.   LIQUIDITY DECLINED FOLLOWING LEHMAN'S BANKRUPTCY ......................... 49

C.   SECURITY PRICES FELL FOLLOWING LEHMAN'S BANKRUPTCY........................................ 52

D.   THE VIABILITY OF MANY FIRMS DECREASED FOLLOWING LEHMAN'S BANKRUPTCY ..... 53

2

CONFIDENTIAL

## I.      Introduction

### A.      Qualifications

1.   My name is Robert Glenn Hubbard.  I am the Dean of the Graduate School of Business of Columbia University, where I hold the Russell L. Carson Professorship in Finance and Economics.  In addition, I am a Professor of Economics in the Department of Economics of the Faculty of Arts and Sciences. At the National Bureau of Economic Research, I am a Research Associate in programs on corporate finance, public economics, industrial organization, monetary economics, and economic fluctuations and growth.  I have taught undergraduate and graduate courses in economics for 27 years, including *Principles of Economics, Intermediate Microeconomics, Intermediate Macroeconomics, Quantitative Methods in Policy Analysis, Entrepreneurial Finance, Future of Financial Services, Public Finance, and Money and Financial Markets.*  I am a director of ADP, Inc.; BlackRock Closed-End Funds; KKR Financial Corporation; and Met Life.

2.   From 2001 to 2003, I served as Chairman of the President's Council of Economic Advisers.  Over that time period, I also served as Chair of the Economic Policy Committee for the Organization for Economic Co-operation and Development in Paris.  Prior to joining the Columbia faculty as Professor of Economics and Finance in 1988, I taught in the Department of Economics at Northwestern University.  I have also served as Visiting Professor of Business Administration at Harvard Business School, John M. Olin Visiting Professor at the University of Chicago, Visiting Professor and Research Fellow of the Energy and Environmental Policy Center at the John F. Kennedy School of Government, and John M. Olin Fellow at the National Bureau of Economic Research.  I hold A.M. and Ph.D. degrees in economics from Harvard University, and B.A. and B.S. degrees in economics from the University of Central Florida, *summa cum laude*.

3

CONFIDENTIAL

3.     As an economist, I have examined the evolution and behavior of a wide range of firms and industries, and I have published a variety of peer-reviewed empirical studies of market structure and firm behavior.  I have authored more than 100 publications, edited a number of books, and authored a leading textbook on money and financial markets and a textbook on principles of economics.

4.     I have been an advisor or consultant to the Board of Governors of the Federal Reserve System, Congressional Budget Office, Federal Reserve Bank of New York, Internal Revenue Service, International Trade Commission, National Science Foundation, U.S. Department of Energy, and U.S. Department of the Treasury.  From 1991 to 1993, I served as Deputy Assistant Secretary (Tax Analysis) of the U.S. Department of the Treasury, where I was responsible for economic analysis of tax policy, the administration's revenue estimates, and health care policy issues.  My *curriculum vitae*, which is attached as Appendix A, provides more biographical details and lists my writings.  Appendix B lists my testimony in the past four years.

5.     I am being compensated at an hourly rate of $1,200 for time spent on this matter. Employees of Analysis Group, Inc., an economic research and consulting firm, working under my direction and supervision, have assisted me in this assignment. In addition, I receive compensation based on the professional fees of Analysis Group.  None of my compensation is contingent upon my findings or on the outcome of this litigation.

### B.     Assignment

6.     I have been retained by Boies, Schiller & Flexner LLP, Counsel for Defendants, The Bank of New York Mellon, and BNY Mellon, National Association, formerly known as Mellon Bank, N.A. ("Defendants" or "BNYM"), in conjunction with

Plessman Decl. Ex. 1
Page 11

CONFIDENTIAL

the case caption referenced above.[1]

7.    I have been asked by Counsel for Defendants to assess whether the bankruptcy filing of Lehman on September 15, 2008 was reasonably foreseeable between July 1, 2007 and September 12, 2008.[2]  I have also been asked to assess the economic ramifications of Lehman's bankruptcy filing on the financial markets, with respect to market uncertainty, liquidity, and pricing.  I hold all of my opinions as provided in this Report, and as may be expressed at trial, to a reasonable degree of professional certainty.

### C.    Data and Information Considered

8.    In preparing this Report, I relied upon my education and experience in the areas of finance, economics, and investments; publicly available information, such as equity analyst research reports, Securities and Exchange Commission ("SEC") filings, credit agency reports, and data from Bloomberg, Capital IQ, and the Center for Research in Security Prices ("CRSP"); and other materials.  The documents, materials, and other information I have considered in forming the opinions expressed in this report are identified in Appendix C.

---

[1]    Complaint, *Pacific Select Fund vs. The Bank of New York Mellon, BNY Mellon, National Association*, Case No. SACV10-00198 DOC (ANx), Central District of California, Southern Division, February 17, 2010,  ¶25.

[2]    From an economic perspective, examining whether Lehman's bankruptcy was reasonably foreseeable is equivalent to examining whether Lehman's default on its senior unsecured notes was reasonably foreseeable.  For Lehman, a bankruptcy event necessarily implies a default event of its senior unsecured notes, because a bankruptcy process curtails payments made by Lehman.  Similarly, a default event on Lehman's any senior unsecured note also implies a bankruptcy event since a default on a senior unsecured note will trigger a bankruptcy filing.  Because these concepts are equivalent, I equate the risks of defaulting on a note with the risks of filing for bankruptcy.

Plessman Decl. Ex. 1
Page 12

CONFIDENTIAL

**D.      Summary of Conclusions**

9.      Based upon the analyses I have performed and my review of pertinent materials, I
conclude that Lehman's bankruptcy was not reasonably foreseeable for the
following reasons:

- Lehman's bond prices generally traded above 90 cents on the dollar, and
  most of the time above 95 cents on the dollar, until the week preceding its
  Chapter 11 filing on September 15, 2008.  Lehman's bond prices and
  changes in bond prices were inconsistent with investors' expectations of
  other firms near bankruptcy.

- Lehman's stock price performance was consistent with that of its peers; it
  did not decline precipitously until the last seven days preceding the firm's
  Chapter 11 filing.  Lehman's stock price performance was not consistent
  with a pending bankruptcy filing.

- Until one week before bankruptcy, one-year and five-year credit default
  swap spreads for Lehman followed a pattern similar to the one-year and
  five-year credit default swap spreads of relevant comparable firms that did
  not file for bankruptcy.  Furthermore, Lehman's one-year and five-year
  credit default swap spread pattern was different from the pattern exhibited
  by firms that did file for bankruptcy.

- Credit rating agencies gave investment grade credit ratings to Lehman
  throughout 2007 and until the day Lehman filed for bankruptcy, indicating
  a very low expected probability of default.  Firms with the ratings
  assigned to Lehman experienced historical two-year default rates of 0.2
  percent or lower.

- Equity analysts overwhelmingly recommended either buying or holding
  Lehman's stock over the entire period from June 1, 2007 through
  September 12, 2008.

- Following the government-assisted acquisition of Bear Stearns in March
  2008, many market participants believed the Federal Reserve would also
  provide financial support to Lehman before it failed.

6

CONFIDENTIAL

- Despite the economic environment and the increased risk of securities issued by financial institutions, many sophisticated investors with conservative investment mandates continued to hold Lehman securities through 2008 and up to its bankruptcy.

- The collapse of Lehman on September 15, 2008 is consistent with a classic run on the bank, which is not reasonably foreseeable.

- The collapse of Lehman on September 15, 2008 disrupted the markets generating heightened levels of uncertainty, illiquidity, and decrease in prices. In turn, this change in market dynamics negatively impacted the market, in general, and financial firms, in particular. Following Lehman's bankruptcy, the viability of many firms was challenged and the number of bankruptcy filings increased.

10. My opinions, and the bases for my opinions, are given in this Report and the attached exhibits. I am prepared to testify at trial on the topics referenced in this Report. I am also prepared to provide any additional relevant background. I reserve the right to make any necessary corrections and additions to my Report, and to modify my opinions should any new or additional evidence become available.

11. My Report is organized as follows. Section II describes my research approach and methodology. Section III provides a brief background on Lehman. Section IV analyzes the market consensus regarding Lehman securities. Section V evaluates Lehman's viability expectations of sophisticated market participants, that is, credit rating agencies and equity analysts. Section VI examines other sophisticated market participants that held Lehman securities at the time of its bankruptcy. Section VII describes how Lehman's collapse was consistent with the run on the bank phenomenon. Finally, Section VIII discusses the aftermath of Lehman's bankruptcy.

7

CONFIDENTIAL

## II.    Research Approach and Methodology

12.    I examine the foreseeability of Lehman's bankruptcy by analyzing information typically used by market participants and economists to evaluate financial risk. Importantly, my analysis is based on the interpretation of information available to market participants at the time.  The use of hindsight to assess the foreseeability of Lehman's bankruptcy filing introduces biases into the analysis that would increase the likelihood of an incorrect conclusion.  For example, an article in *The Wall Street Journal* on September 16, 2008 (the day after Lehman's bankruptcy filing) stated:   "Before Sunday, not even most people on Wall Street really believed that Lehman would go bust. … But by Monday morning, everyone's beliefs had already been retroactively revised; suddenly, Lehman's bankruptcy had been 'inevitable.'  Psychologists call this hindsight bias – the uncanny feeling that 'I knew it all along.'"[3]

13.    In my analysis, I rely primarily on market prices and market indicators, as this information incorporates the general sentiment of the market.  Furthermore, prices are the acid test of market sentiment because they reflect the economic equilibrium of buyers and sellers rather than mere opinions. The market indicators I use include Lehman bond prices, Lehman stock prices, and the spreads on Lehman's credit default swaps.  These market-based metrics, as a whole, provide a strong indication of the collective judgment of the many buyers and sellers that constitute the market.   Because of the financial incentives involved, market participants have strong motives to be as accurate as possible.   As I will show, these market indicators support my conclusion that Lehman's bankruptcy was not reasonably foreseeable.

14.    I supplement this analysis of market indicators and financial metrics with qualitative information provided by market participants such as equity analysts, credit rating agencies and analysts, and other market commentators. The ratings

---

[3]    Zweig, J., "How to Handle a Market Gone Mad," *The Wall Street Journal*, September 16, 2008, available at http://online.wsj.com/article/SB122152121190739301.html, viewed on July 13, 2011.

8

CONFIDENTIAL

and the commentary from the credit rating agencies are the result of in-depth analyses of publicly available and non-public information.  Credit ratings were at all relevant times—and still are—widely used by investors, regulators, and other market participants to assess the risk of default.  Equity analysts gather and analyze information about companies and their financial prospects.

15.  Throughout the Report, I compare Lehman's performance to two sets of comparable groups. The first set consists of other large companies that filed for bankruptcy between January 1, 2007 and December 31, 2009, where I define large as companies with more than $1 billion in assets.[4,5] I further divide this group into two subcategories, "banking and financial companies" and "companies in other industries."[6] The second set consists of peer financial companies that did not file for bankruptcy.[7]  I define peer financial companies as all other standalone U.S. investment banks and financial institutions with more than $100 billion in assets.[8]

---

[4]   Companies with more than $1 billion in assets that filed for bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com.

[5]   A cut-off of $1 billion is chosen to focus on large firms that would be more comparable to Lehman, which had $600 billion in assets at the time of its bankruptcy according to Lehman's Form 8-K, filed September 10, 2008, p. 19.  As a robustness check, I estimate results with different cut-off points.  For example, I examine companies with at least $10 billion, $50 billion, or $100 billion in assets.  None of these alternative analyses yield meaningfully different results.

[6]   Although Lehman is more similar to banking and financial companies than to companies in other business sectors, I still compare Lehman to this second group as a robustness check to my analysis.

[7]   All but one of the peer financial companies retained investment-grade ratings throughout the analyzed time period.  Furthermore, all of these companies continued to pay their obligations as the obligations became due.  Capital IQ.  Investment grade indicates a rating of AAA to BBB. Downes, J. and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 356.

[8]   Banking and financial institutions are identified by Capital IQ.  This set of banking and financial institutions is limited to firms that: (1) have $100 billion or more in assets as of June 30, 2007; (2) are headquartered in the United States; (3) are not a government organization or a government sponsored enterprise; and (4) did not file for bankruptcy.  National City Corp. and Wachovia Corp. are included as comparable financial institutions, as these companies had not been acquired as of September 15, 2008.  Additionally, in certain parts of my analysis (bond price and CDS spread analysis), I replace General Electric and Ford Motor Co. with their financial subsidiaries, General Electric Capital Corp. and Ford Motor Credit Company LLC, respectively, in order to

9

CONFIDENTIAL

16. In this report, I analyze the sentiment of the collective market, focusing on market participants' beliefs and expectations, as exemplified by their actions and prices. The sentiments of a few select individual investors are not representative of the belief of the majority of investors at the time.  I am aware, for example, that certain investors, such as hedge fund manager David Einhorn, raised concerns about Lehman's viability during late 2007 and early 2008, but these concerns were by no means shared by most market participants.[9]  Even as these investors questioned Lehman's viability, other investors—through their statements *and* actions—indicated that Lehman was a viable investment.  While one can agree today that Mr. Einhorn's concerns about Lehman's viability were not unfounded, it is only with the benefit of hindsight that one can make this assessment.[10]

## III.   Background

17. Lehman was a global financial services company that provided services in equity and fixed income sales, trading and research, investment banking, asset management, private investment management, and private equity.[11]  Lehman was founded in 1850 and was headquartered in New York with regional headquarters in London and Tokyo.[12]  As of May 31, 2008, Lehman had $639 billion in assets

---

account for the nonfinancial business component of these firms.  Finally, as a robustness check, I estimate results without making the additional adjustments (that is, I perform the analysis on the companies initially identified by Capital IQ using the four selection criteria specified above).  This alternative analysis did not yield meaningfully different results.

[9]   See, for example, Giannone, J.A., "Greenlight Sees More Lehman Write-Downs," Reuters, December 10, 2007; "Top Value Investors to Address 2008 Value Investing Congress West in Los Angeles This May," Business Wire, March 23, 2008; and Wilchins, D., "Lehman Should Raise More Capital: Einhorn," Reuters, May 22, 2008.

[10]   Furthermore, Mr. Einhorn was short-selling Lehman stock at least since early 2008.  See, for example, Trincal, E., "Greenlight's Einhorn Shorting Lehman," HedgeWorld News, May 22, 2008; and "Top Value Investors to Address 2008 Value Investing Congress West in Los Angeles This May," Business Wire, March 23, 2008.

[11]   Lehman Brothers Holdings Inc., Form 10-K for the fiscal year ended November 30, 2007, p. 3.

[12]   Lehman Brothers Holdings Inc., Form 10-K for the fiscal year ended November 30, 2007, p. 3.

CONFIDENTIAL

and a market capitalization of $20 billion.[13],[14]

18.   Lehman filed for bankruptcy on the morning of Monday, September 15, 2008. At
the time of its bankruptcy, Lehman was the fourth largest investment bank in the
United States and employed over 25,000 people worldwide.[15] Lehman's
bankruptcy was—and still is—the largest bankruptcy in U.S. history.[16] According
to BankruptcyData.com, Lehman's assets at the time of bankruptcy were roughly
$690 billion. Lehman had more than six times the assets of WorldCom, which
was the largest bankruptcy in U.S. history prior to Lehman's collapse. Lehman
also had approximately two times the assets of Washington Mutual, which filed
for bankruptcy shortly after Lehman, making it the second largest bankruptcy in
U.S. history after Lehman.[17]

19.   On September 15, 2008, general market indices suffered large negative
movements in response to Lehman's bankruptcy filing.  The S&P 500 lost almost
4.7 percent, dropping to levels not seen since 2005.  Similarly, the Dow Jones
Industrial Average ("Dow") and the NASDAQ Composite ("NASDAQ") fell 4.4

---

[13]   Lehman Brothers Holdings Inc., Form 10-Q for the quarter ended May 31, 2008, p. 5.

[14]   Lehman's market capitalization peaked on February 2, 2007 at $44.4 billion. Bloomberg L.P.

[15]   "Lehman Bros Files for Bankruptcy," BBC News, September 16, 2008, available at
http://newsvote.bbc.co.uk/mpapps/pagetools/print/news.bbc.co.uk/2/hi/business/7615931.stm,
viewed on July 13, 2011.

[16]   "Lehman Brothers filed the largest bankruptcy case in history on Monday, Sept. 15, as the storied
investment bank fell prey to the credit crisis." ("Top 10 Bankruptcies," Time, available at
http://www.time.com/time/specials/packages/article/0,28804,1841334_1841431,00 html, viewed
on July 13, 2011.)  See also "20 Largest Public Company Bankruptcy Filings 1980 – Present,"
BankruptcyData.com, available at
http://www.bankruptcydata.com/Research/Largest_Overall_All-Time.pdf, viewed on July 13,
2011.

[17]   WorldCom had $104 billion in assets prior to filing for bankruptcy on July 21, 2002.  Washington
Mutual, Inc had $328 billion in assets prior to filing for bankruptcy on September 26, 2008.  ("Top
10 Bankruptcies," Time, available at
http://www.time.com/time/specials/packages/article/0,28804,1841334_1841431,00 html, viewed
on July 13, 2011.)  See also "20 Largest Public Company Bankruptcy Filings 1980 – Present,"
BankruptcyData.com, available at
http://www.bankruptcydata.com/Research/Largest_Overall_All-Time.pdf, viewed on July 13,
2011.

CONFIDENTIAL

and 3.6 percent, respectively.[18]

## IV. The Market Prices of Lehman's Debt, Equity, and Credit Default Swaps Did Not Indicate that Bankruptcy Was Reasonably Foreseeable

20. In this section, I examine the prices of Lehman securities (its bonds and equity). In an efficient market, rational investors incorporate publicly available information regarding the prospects of the firm into the prices at which they transact. More specifically, debt prices incorporate market participants' beliefs about the issuer's ability to repay its obligation. Furthermore, in an efficient market, the price of a stock incorporates all available public information regarding the prospects of the firm. Thus, if bankruptcy were reasonably foreseeable, this information would be reflected in the security prices of Lehman's debt and equity. Other instruments, such as credit default swaps, also incorporate market sentiment regarding the likelihood of default.

### A. Lehman's Bond Prices Did Not Indicate a Bankruptcy Filing Was Reasonably Foreseeable

21. The bond price represents the present value of expected future cash payments of its coupons and principal, discounted at an appropriate risk-adjusted rate of return.[19] All else being equal, if the probability of a company's bankruptcy increases, the prices of its bonds decline. Usually, after a company defaults on its debt or files for bankruptcy, its bonds trade, on average, for 30 to 40 cents on the dollar, depending on the seniority of the bond.[20] If bankruptcy is foreseeable or

---

[18]     Bloomberg L.P.

[19]     Brealey, R., Myers, S. and Allen, F., *Principles of Corporate Finance*, Tenth Edition, McGraw-Hill/Irwin, 2010, pp. 46-47.

[20]     "Corporate Default and Recovery Rates, 1920-2008," Moody's Investors Service, February 2009, p. 7. Seniority refers to the order in which debt is paid in bankruptcy; holders of more senior debt are generally repaid out of available assets before the holders of less senior debt receive any

CONFIDENTIAL

expected by investors, the prices of a company's bonds should trade in this range, as investors will have incorporated the expectation of bankruptcy into the bond price.

22.  To analyze the market's assessment of Lehman's ability to repay its debt, I examine the prices of Lehman's outstanding publicly traded bonds in the year preceding its Chapter 11 filing.  Exhibit 1 enumerates the 25 largest outstanding issuances of Lehman's debt ("Lehman bonds") when Lehman filed for Chapter 11 bankruptcy protection on September 15, 2008.   These bonds represented approximately 30 percent of Lehman's total outstanding long-term debt.

23.  Because bond prices may differ due to their priority in bankruptcy, I examine the bond prices by their seniority.  All else equal, more senior claims tend to trade at higher prices because they tend to recover more in the event of a default.  Exhibit 2 shows weighted-average aggregate prices for Lehman's bonds from Exhibit 1, with available pricing data, segregated by their seniority—senior unsecured claims or subordinated claims.   As demonstrated in this exhibit, even the subordinated Lehman bonds traded around 85 cents on the dollar one week prior to the bankruptcy filing.[21]   In fact, for the majority of the time prior to the week before bankruptcy, the senior unsecured bonds traded above 90 cents on the dollar, and, on average, traded close to 80 cents on the dollar for the two trading days prior to Lehman's bankruptcy filing. These high prices for the Lehman securities (compared to the average of 30 to 40 cents for companies that file for bankruptcy) indicate that bond investors did not expect the bankruptcy filing on

---

payment.  Thus, all else equal, purchasers are generally willing to pay more for a bond with higher seniority.  In particular, I note that, according to Moody's, senior unsecured claims have a post-default price of 36.4 cents per dollar for bankruptcies filed between 1982 through 2008.

[21]  In this analysis, I use prices from Trade Reporting and Compliance Engine ("TRACE") which reflect actual transaction prices for the bonds. TRACE is the vehicle developed by the Financial Industry Regulatory Authority, Inc. ("FINRA") that "facilitates the mandatory reporting of over the counter secondary market transactions in eligible fixed income securities. All broker/dealers who are FINRA member firms have an obligation to report transactions in corporate bonds to TRACE under an SEC approved set of rules." See http://www.finra.org/Industry/Compliance/MarketTransparency/TRACE/, viewed on July 13, 2011.

CONFIDENTIAL

September 15, 2008.

24.  Closer examination of the decline in Lehman bond prices during 2008 suggests the price decline was due, at least in part, to factors affecting the entire financial industry, rather than idiosyncratic issues only affecting Lehman. In Exhibit 3, I compare Lehman's bond prices to the bond prices of comparable financial institutions in the year prior to Lehman's bankruptcy filing.  Lehman's bond prices fell, on average, around 7 percent between one year preceding its bankruptcy filing and 10 days prior to the filing.  Likewise, bond prices for comparable financial companies fell, on average, around 5 percent over the same time frame.  Market and industry-wide factors depressed bond prices down during this time frame, so an imminent collapse of Lehman and not of its competitors seemed rather unlikely.

25.  I also examine the rate at which Lehman's bond prices declined and find the decline in Lehman's bond prices was atypical of firms that filed for bankruptcy. To conduct this analysis, I benchmark Lehman's bond prices against the bond prices of firms that filed for bankruptcy.  I create two comparison groups.  The first group consists of banking and financial companies who filed for bankruptcy between January 1, 2007 and December 31, 2009 and had more than $1 billion in assets.  Exhibit 4 shows the bond prices of these comparable institutions in the year preceding their bankruptcy filings.  As shown in the exhibit, Lehman's largest bond issues declined, on average, close to 7 percent between one year preceding its bankruptcy filing and 10 days prior to its bankruptcy filing.  On the other hand, bond values for banking and financial companies that filed for bankruptcy decreased, on average, close to 35 percent during the same measurement period.[22]

---

[22]   Mean and median values in Exhibit 5 are overstated because of CIT Group's bankruptcy agreement.  "Under the bankruptcy plan approved by bondholders, creditors will end up owning the company.  Most bondholders will also end up with new CIT debt worth about 70 percent of the face value of their old debt." (Wilchins, D. and Comlay, E., "CIT Group Files for Prepackaged

14

CONFIDENTIAL

26. The second comparison group includes companies in other industries that filed for bankruptcy between January 1, 2007 and December 31, 2009 and had more than $1 billion in assets. Exhibit 5 shows that the evolution of Lehman's bond prices over the year prior to Lehman's bankruptcy filing was not consistent with the pattern exhibited by the bond prices of companies in other industries in the year preceding their bankruptcy filings.[23] For example, as mentioned before, Lehman's largest bond issues declined, on average, close to 7 percent during the time period beginning one year preceding its bankruptcy filing and ending 10 days prior to its bankruptcy filing. Similarly, bond values for companies in other industries that filed for bankruptcy decreased, on average, more than 75 percent during the same measurement period relative to their bankruptcies.

27. Additionally, Lehman was able to raise almost $28 billion in debt during the July 1, 2007 to September 15, 2008 time period. As shown in Exhibit 6, Lehman was able to issue over $2.6 billion in the last calendar quarter of 2007, almost $6.0 billion in the first calendar quarter of 2008, and close to $5.0 billion in the second quarter of 2008. The majority of the debt issuances were senior unsecured. All else equal, this type of debt carries more risk than secured debt, which has a dedicated set of assets pledged to pay the obligation in the event of insolvency.[24] The ability of Lehman to issue debt in 2007 and through the summer of 2008 supports the conclusion that Lehman's demise was not foreseeable.

28. The analysis of Lehman's bond prices, considered both in absolute terms and relative to those of other bankrupt firms and competitors, as well as the prices at which Lehman's bonds were trading in early September, supports my conclusion that the market did not anticipate Lehman's bankruptcy filing, and therefore that

---

Bankruptcy," Reuters, November 1, 2009, available at http://www.reuters.com/assets/print?aid=USTRE5A01NX20091101, viewed on July 13, 2011.)

[23] As a robustness check, I analyzed the impact that differences in maturity, coupon type, changes in interest rates, seniority, and recovery rates had in my analysis. I find that accounting for these factors only provides additional support for my conclusions.

[24] Downes, J. and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 621.

15

CONFIDENTIAL

the bankruptcy was not reasonably foreseeable.

**B.     Analysis of Lehman's Stock Price and Market Capitalization Did Not Indicate Bankruptcy Was Reasonably Foreseeable**

29. In liquid, well-functioning markets, the market price of a publicly traded stock incorporates all publicly available information about a company's future prospects and risks, reflecting both industry-wide and company-specific factors.[25] This incorporation of available information is the hallmark of an efficient market.[26]   Stock prices change quickly in response to new information. Therefore, I examine the stock price of Lehman and its peers to evaluate the market's assessment of Lehman's prospects.

30. To quantify the extent of the "surprise" of Lehman's bankruptcy, I compare changes in Lehman's market capitalization, at a number of points in the 365-day period leading up to its bankruptcy, to the changes in the market capitalization of other U.S. firms that filed for bankruptcy between January 1, 2007 and December 31, 2009.[27] I measure erosion in market capitalization relative to market capitalization 365 days prior to bankruptcy.  In Exhibit 7, I compare the decline in Lehman's market capitalization to that of banking and financial companies with assets of at least $1 billion that filed for bankruptcy during the relevant period; in Exhibit 8, I compare Lehman's erosion to that of companies in other industries with assets of at least $1 billion that filed for bankruptcy during the same period.

---

[25]   Lehman's stock traded on the New York Stock Exchange, the "largest equities marketplace in the world."  (Downes, J. and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 459.)  An analysis of stock prices provides useful information whether one is evaluating a company's debt or equity.

[26]   Fama, E.F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* 25:2, 1970, p. 383.

[27]   During the 365-day period, several of the firms in the sample, including Lehman, issued stock. This change in the number of Lehman's shares and its effect on market capitalization do not change my conclusion.  U.S. firms were analyzed because Lehman was a U.S. institution, its securities were traded in U.S. markets, and because they would be subject to the same bankruptcy laws.

Plessman Decl. Ex. 1
Page 23

CONFIDENTIAL

These exhibits show that Lehman's market capitalization declined at a slower rate over most of the one-year period prior to its bankruptcy than that of most of the firms that filed for bankruptcy.  Exhibit 9 plots the change in Lehman's market capitalization relative to the mean and median changes in market capitalization of all firms in Exhibits 7 and 8.

31.   Only ten days before its bankruptcy filing, Lehman's market capitalization was still 36.3 percent of its value one year before the filing.[28]  This valuation is in contrast to the other firms in Exhibit 7, which, at ten days prior to bankruptcy, retained only 9.2 percent on average (3.8 percent median) of their market capitalization one year before their respective bankruptcies.  The other firms in Exhibit 8 retained only 7.9 percent on average (3.8 percent median) of their market capitalization one year before bankruptcy.  As shown in Exhibit 9, at almost every point in the year prior to bankruptcy, Lehman's market capitalization as a percentage of its market capitalization one year prior to bankruptcy remained well above the median capitalization of other firms that filed for bankruptcy during the relevant period.  The decline in market capitalization early in the one-year period for the other firms is in sharp contrast to the precipitous decline in Lehman's market capitalization in the last ten days before it filed for bankruptcy.

32.   Furthermore, much of the decline in Lehman's market capitalization one year before filing for bankruptcy was due to factors affecting the entire financial industry, rather than idiosyncratic issues only affecting Lehman.  In Exhibit 10, I compare changes in Lehman's market capitalization to changes in the market capitalizations of comparable financial institutions in the year prior to Lehman's bankruptcy filing.  The change in Lehman's market capitalization 180 days before filing for bankruptcy was similar to the average change experienced by comparable financial institutions during this time frame.  Furthermore, the

---

[28]   The S&P 500 declined close to 16 percent over this time period (Bloomberg L.P.).

CONFIDENTIAL

average market capitalization of comparable financial institutions continued to decline for the remainder of the period, albeit at a different rate than Lehman's decline. Clearly, market and industry wide factors depressed equity prices during this time frame.

33.   Exhibit 11 lists the amounts of capital Lehman was able to raise after July 1, 2007.   In particular, in June 2008, Lehman struck a deal to raise $6 billion in capital from an array of institutional investors. As part of the deal, Lehman sold $4 billion of common stock priced at $28 a share and $2 billion of preferred stock that would convert into common stock in three years.[29]   Buyers included the state pension fund of New Jersey and C.V. Starr & Co., the investment fund led by Maurice Greenberg, the former head of the American International Group. Investors in the deal said they were reassured by Lehman's actions.[30] BlackRock also invested in Lehman's equity offering, and stated that, "Lehman is not a Bear Stearns situation. Lehman Brothers is adequately structured in terms of avoiding a liquidity crisis."[31]

34.   The ability of Lehman to access the public markets was not consistent with market participants anticipating a bankruptcy in the near future, especially because Lehman was able to raise significant amounts of capital by issuing common stock.   Common stockholders have the lowest priority claim in bankruptcy, generally receiving nothing until more senior claims are settled.[32]   In

---

[29]   Rappaport, L. and Mollenkamp, C., "Lehman Bonds Find Stability - Executives' Ouster Sends Share Price To a Six-Year Low," *The Wall Street Journal*, June 13, 2008; and Anderson, J. and Story, L., "Lehman Posts Loss and Plans to Raise Capital," *The New York Times*, June 10, 2008, available at http://nytimes.com/2008/06/10/business/10lehman html, viewed on July 13, 2011.

[30]   Fineman, J. and Onaran, Y., "Lehman CEO Fuld Finds What a Difference a Week Makes," Bloomberg, June 14, 2008; and Kuykendall, L., "Greenberg: Lehman 'A Great Franchise,' Now Has Enough Capital," MarketWatch, June 10, 2008.

[31]   "BlackRock's Fink Says Lehman Not Another Bear," Reuters, June 11, 2008, available at http://uk reuters.com/assets/print?aid=UKN1146578820080611, viewed on July 13, 2011.

[32]   Downes, J. and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 128.  See also, Fabozzi, F.J., *The Handbook of Fixed Income Securities*, Sixth Edition, 2001, p. 16.

18

CONFIDENTIAL

the event of bankruptcy, the common stockholders of relatively highly leveraged financial firms are more likely to receive nothing.

35.  Based on my analysis of these data, I conclude that Lehman's stock price performance behaved similarly to that of its peers and that the erosion in its market capitalization was not consistent with the typical pattern exhibited by other firms that filed for bankruptcy.  In conjunction with the fact that Lehman was able to sell approximately $6 billion in common and preferred stock three months prior to its bankruptcy filing, these events support my conclusion that the market did not anticipate the bankruptcy filing, and therefore that the bankruptcy was not reasonably foreseeable.

**C.    Lehman's Credit Default Swap Spreads Did Not Indicate Bankruptcy Was Reasonably Foreseeable**

36.  Credit default swaps are, in effect, insurance contracts that compensate the insured party ("protection buyer") for any reduction in the value of a bond or other debt instrument that occurs when a specified issuer defaults or experiences some other defined "credit event" like a bankruptcy filing.  In exchange for receiving this insurance coverage, the protection buyer makes regular payments to the insurance provider ("protection seller") over the life of the credit default swap, which can range from one to ten years.  These regular payments are known as the credit default swap premium, or spread, which represent the percentage of notional amount of a bond for which the protection buyer seeks insurance coverage.[33]

37.  In order to examine the foreseeability of Lehman's demise, I compare Lehman's one-year and five-year credit default swaps to those of companies that filed for bankruptcy between January 1, 2007 and December 31, 2009. If Lehman's

---

[33]     Credit default swap spreads are quoted in basis points (hundredths of a percent).  A credit default swap spread of 100 basis points, for example, requires an annual payment of $50,000 for protecting a debt issue with a face value of $5 million.

Plessman Decl. Ex. 1
Page 26

CONFIDENTIAL

bankruptcy was foreseeable one would expect to observe both a pattern and a level similar to those companies that also filed for bankruptcy.  Exhibits 12 and 13 graph the credit default swap spreads of Lehman against the credit default swap spreads of other firms that filed for bankruptcy.  Prior to bankruptcy, the credit default swap spreads of these companies reached values substantially higher than those reached by Lehman. For example, one-year credit default swap spreads, for all firms that filed for bankruptcy but one, rose above 3,000 basis points before these firms filed for bankruptcy, with most firms reaching levels beyond 5,000 basis points. Similarly, five-year credit default swap spreads, for all firms that filed for bankruptcy but one, rose above 1,000 basis points before these firms filed for bankruptcy.  The spreads surpassed 3,000 basis points for most firms. Lehman's one-year and five-year credit default swap spreads never reached these levels. Lehman's one-year credit default swap spread peaked just above 1,000 basis points only four days before filing for bankruptcy.  Similarly, Lehman's five-year credit default swap spreads peaked just above 600 basis points three days before filing for bankruptcy.  Both the movement and level of Lehman's credit default swap spreads did not appear to indicate that bankruptcy was forthcoming.  Comparing Lehman's credit default swap spreads with the spreads of other firms that filed for bankruptcy supports my conclusion that Lehman's bankruptcy filing was not reasonably foreseeable.

38.   Similarly, the absolute level of Lehman's credit default swap spreads does not imply a bankruptcy filing.  For example, as shown in Exhibits 14 and 15, Bear Stearns' credit default swap spreads in March 2008 were similar to Lehman's credit default swap spreads in September 2008.  Yet, Bear Stearns did not go bankrupt; instead, Bear Stearns was purchased by JPMorgan Chase, and its debt obligations were assumed by JPMorgan Chase.[34]

---

[34]   "Amended and Restated Guaranty Agreement," March 16, 2008, attached as Exhibit 99.1 to JPMorgan Chase & Co. Form 8-K, March 24, 2008.  Certain Bear Stearns assets were not purchased by JPMorgan Chase. See, for example, "Maiden Lane Transactions," Federal Reserve

CONFIDENTIAL

39. Furthermore, I also note that movements in Lehman's credit default swap spreads are highly correlated with those of other investment banks. Exhibits 14 and 15 show that while Lehman's credit default swap spreads were generally higher than those of its peers, the credit default swap spreads of investment banks increased in March 2008, at the time of the government-assisted acquisition of Bear Stearns by JPMorgan Chase.

40. Following the government-assisted acquisition of Bear Stearns by JPMorgan Chase, relevant credit default swap spreads (including Lehman's) declined to pre-March 2008 levels within approximately one month, and Lehman's credit default swap spread did not reach its peak March 2008 level again until immediately prior to its bankruptcy filing in September 2008 for the five-year credit default swap, and until mid-July 2008 for the one-year credit default swap.

41. Lehman's credit default swap spreads also behaved similarly to the credit default swap spreads of other comparable financial institutions. As Exhibits 16 and 17 show, the credit default swap spreads of comparable financial institutions also spiked in March of 2008 and returned to pre-March levels within approximately one month. Furthermore, several comparable financial institutions had credit default swap spreads greater than Lehman's and did not file for bankruptcy. For example, National City, SLM Corp, and Ford Motor Credit continued to pay their obligations despite having five-year credit default swap spread levels greater than those of Lehman's five-year credit default swaps on the week before Lehman filed for bankruptcy.

42. On September 9, 2008, Lehman's five-year credit default swap spread was 322.5 basis points.[35] This level was surpassed by other financial institutions shortly thereafter, but these other financial institutions did not default on their debt obligations. The five-year credit default swap spread of Merrill Lynch passed this

---

Bank of New York, available at http://www.ny frb.org/markets/maidenlane html#, viewed on July 13, 2011.

[35] Bloomberg L.P.

CONFIDENTIAL

level in September 2008, and yet, Merrill Lynch did not declare bankruptcy.[36] Instead, Merrill Lynch was purchased by Bank of America.  In this transaction, Bank of America assumed the debt obligations of Merrill Lynch and has continued to pay.[37]   Additionally, the five-year credit default swap spread of Wachovia passed the same level for one week in July and again in September of 2008, but Wachovia did not declare bankruptcy.[38]  Wells Fargo announced the purchase of Wachovia in October 2008 and assumed Wachovia's debt obligations.[39]

43.   Further examination of credit default swap spreads corroborates the notion that the absolute price of Lehman's credit default swap did not indicate that investors anticipated bankruptcy.  Exhibit 15 indicates that the U.S. standalone investment banks in my sample (Goldman Sachs, Morgan Stanley, and Merrill Lynch), at some point after Lehman's bankruptcy, had credit default swap spreads greater than the September 9, 2008 spread level of Lehman, and yet, none of these institutions filed for bankruptcy.  In fact, the credit default swap spread of Morgan Stanley grew to be more than twice the highest level that Lehman's credit default swap spread ever reached, and yet, Morgan Stanley did not file for bankruptcy.[40]  The analysis of Lehman's credit default swaps and the comparison to those of Lehman's peers supports my conclusion that Lehman's bankruptcy was not reasonably foreseeable.

44.   Additionally, I compare Lehman's five-year credit default swap spreads to an

---

[36]   Bloomberg L.P.

[37]   Karnitschnig, M., Mollenkamp, C. and Fitzpatrick, D., "Bank of America to Buy Merrill," *The Wall Street Journal*, September 15, 2008; Bank of America Corporation Form 10-Q for the period ended March 31, 2009, p. 6; and "Agreement and Plan of Merger," September 15, 2008, p.5, attached as Exhibit 2.1 to Bank of America Corporation Form 8-K, September 18, 2008.

[38]   Bloomberg L.P.

[39]    "Wells Fargo to Buy Wachovia in $15.1 Billion Deal," *The New York Times*, October 3, 2008; and "Wells Fargo, Wachovia Agree to Merge," October 3, 2008, attached as Exhibit 99.1 to Wells Fargo & Company Form 8-K, October 3, 2008.

[40]   Bloomberg L.P.

Plessman Decl. Ex. 1
Page 29

CONFIDENTIAL

index of credit default swap spreads of 125 North American investment grade firms published by Markit (the "CDX NA IG Index") over the period from July 1, 2007 to September 12, 2008.[41]   As shown in Exhibit 18, from November 2007 through May 2008 (excluding March, when the credit default swap spreads of Lehman and its investment bank peers increased at the time of the Bear Stearns' government-assisted acquisition), Lehman's five-year credit default swap spread was slightly lower (ranging from 5 to 72 basis points) than the sub-index of financial entities and exhibited a similar pattern through August 2008.[42]

45.   Finally, in Exhibit 19, I compare Lehman's five-year credit default swap spread to the CDX NA IG Index and the credit default swap spreads of the top quartile companies comprising the CDX NA IG Index.[43]   From July 1, 2007 through September 9, 2008, Lehman's spread was often below (and frequently well below) the spread of the top quartile.

46.   Based on my analysis of credit default swap spreads of Lehman, companies that filed for bankruptcy, other investment banks, and the investment grade firms comprising the CDX NA IG Index, I conclude that Lehman's credit default swap spreads behaved similarly to those of other firms that did not file for bankruptcy. This analysis supports my conclusion that the market did not reasonably foresee Lehman's bankruptcy.

## V.   Sophisticated Market Participants and Analysts Did Not Reasonably Foresee Lehman's Bankruptcy

47.   My analysis of market prices supports my conclusion that Lehman's bankruptcy

---

[41]   Due to data limitations, it is not possible to compare the CDS spreads for Lehman with CDS spreads for other bankrupt firms.

[42]   The financial sub-index is made up of the entities in the CDX NA IG Index that the publishers identified to be in the financial industry.  For the relevant time period, this sub-index includes 24 to 25 entities.

[43]   To calculate the top quartile credit default swap spreads, I replicate the CDX NA IG Index.  The average difference between the reported index and the replicated index is 22 basis points.

23

CONFIDENTIAL

filing was not reasonably foreseeable.  In addition to market prices, market commentary and contemporaneous analysis by analysts (both credit and equity) provide additional support to my conclusion.  If bankruptcy were reasonably foreseeable, the actions and decisions of sophisticated market participants and analysts would have reflected this foreseeability.  Instead, I observe little evidence that these sophisticated market participants foresaw Lehman's bankruptcy filing.

## A.  Credit Ratings and Credit Agencies' Commentary Did Not Indicate Lehman's Bankruptcy Filing Was Reasonably Foreseeable

48.  Lehman's creditworthiness (like the creditworthiness of other major corporations and financial institutions) was continuously monitored by all three major credit rating agencies ("major CRAs") —Standard & Poor's ("S&P"), Moody's, and Fitch.[44]  Generally, credit rating agencies examine *issuer* and *issue* creditworthiness. The *issuer* rating reflects the issuer's ability to meet its senior, unsecured financial obligations; the *issue* rating reflects the risk that an individual security or class of securities may not be fully repaid.[45]

49.  Major CRAs evaluate the likelihood that companies, governments, and other issuers of debt will default on their obligations.  The ratings are based on the major CRAs' review of detailed public and non-public financial information about the company in question, supplemented by conversations with management.  Major CRAs consider a broad range of factors, both qualitative and quantitative, in evaluating a company's prospects and the risk of default. The weights assigned to the quantitative and qualitative factors and the analytical models used to process this information are not disclosed by major CRAs.  Further, despite recent

---

[44]  In 2007 the combined CRA market share of Standard & Poor's, Moody's, and Fitch was 95 percent.  "Measuring the Measurers: Credit Rating Could Do with More Competition, and A Bit More Rigour," *The Economist*, May 31, 2007.

[45]  "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009, p. 7; "Rating Symbols and Definitions," Moody's Investors Service, November 2009, pp. 5 and 8; and "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010, pp. 9,12 and 18.

Plessman Decl. Ex. 1
Page 31

CONFIDENTIAL

criticisms regarding credit rating agencies, credit ratings remain a widely-used source for gauging credit risk.[46]

50.   Major CRAs rate virtually all large issuers of fixed income securities.   For example, S&P rates approximately $32 trillion of outstanding debt issued in 100 countries.[47] Moody's tracks over 12,000 corporate issuers, 25,000 public finance issuers, and 106,000 structured finance obligations in over 110 countries.[48] Fitch rates issuers in over 150 countries.[49]

51.   If Lehman's bankruptcy were reasonably foreseeable, credit ratings should offer indications.   Instead, I observe investment-grade ratings for Lehman.   Major CRAs assigned ratings to Lehman that are historically associated with low probabilities of default.   As shown in Exhibit 20, major CRAs rated Lehman's long-term unsecured debt as investment grade until its bankruptcy.   S&P maintained a credit rating of A+ through June 2008; Lehman had a Moody's rating of A1 through July 2008.  S&P downgraded Lehman to A on June 2, 2008, and Moody's downgraded Lehman to A2 on July 17, 2008.  Fitch's rating was AA- through June 9, 2008, when it was downgraded to A+.   Even after the downgrades, however, Lehman continued to be rated at least five notches above speculative grade.

52.   Exhibit 21 provides a guide to the long-term ratings of major CRAs.   An "A" rating from S&P is given to an obligor who has a "strong capacity to meet its

---

[46]   "Credit ratings are the most common benchmark used to assess the ability of a bond issuer to make timely payments of interest and principal." See Morgan Stanley, "An Educational Look at Bond Credit Ratings," available at http://www morganstanleyindividual.com/ markets/bondcenter/ school/credit/default.asp, viewed on July 11, 2011. See also, Katz, Jonathan, Emanuel Salinas, and Constantinos Stephanou, "Credit Rating Agencies," International Finance Corporation, October 2009.

[47]   "Standard & Poor's | Key Statistics," Standard & Poor's, available at http://www.standardandpoors.com/about-sp/key-statistics/en/us, viewed on July 13, 2011.

[48]    "Moody's Corporation," Moody's Investors Service, available at http://v3.moodys.com/pages/atc.aspx, viewed on July 13, 2011.

[49]   "Fitch Ratings – Fitch Group Subsidiaries," Fitch Ratings, available at http://www.fitchratings.com/jsp/creditdesk/AboutFitch faces?context=1&detail=19, viewed on July 13, 2011.

25

financial commitments but is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than obligors in higher-rated categories."[50]   "A" rated Moody's issuers are "subject to low credit risk."[51] Additionally, according to Fitch, "A" ratings "denote expectations of low default risk."[52]

53.   Major CRAs also compile data on actual historical default rates for debt issuers with various ratings.   As shown in Exhibit 22, issuers with the same ratings as Lehman after its downgrades ("A" rating by S&P, "A2" by Moody's, and "A+" by Fitch) are associated with cumulative two-year default probabilities of less than two tenths of one percent.   In other words, less than two issuers out of every thousand issuers who received a rating of A from S&P defaulted within two years. For a Moody's rating of A2 or a Fitch rating of A+, this ratio is even lower.[53]

54.   The same holds true when analyzing Lehman's short-term ratings.   Lehman was assigned a short-term rating of A-1 by S&P, P-1 by Moody's, and F-1 by Fitch from July 1, 2007 to September 14, 2008.[54]   Exhibit 23 presents a guide to short-term credit ratings issued by major CRAs.   An A-1 rating by S&P is given to an

---

[50]   "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009, p. 10.

[51]   "Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 5.

[52]   "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010, p. 9.

[53]   Historical default studies have found that "higher credit ratings are associated with lower default probability." Within S&P's methodology, AAA rated issuers have historically had the lowest default rates, followed by AA rated issuers with the next lowest default rates, and so on.  The historical default rates of issuers with ratings below B (CCC, CC, and C) tend to be even higher still.  The tendency for higher rated issuers to have lower historical default rates is consistent across all three major CRAs. The tendency for higher rated issuers to have lower historical default rates is also consistent for short-term credit ratings, though the rating scales are different.  See "Default, Transition, and Recovery: 2007 Annual Global Corporate Default Study and Rating Transitions," Standard and Poor's, February 5, 2008, pp. 2 and 11; "Corporate Default and Recovery Rates, 1920-2007," Moody's Investors Service, February 2008, p. 27; "Fitch Ratings Global Corporate Finance 2007 Transition and Default Study," Fitch Ratings, April 30, 2008, p. 12; "Default, Transition, and Recovery: Global Short-Term Default Study And Rating Transitions," Standard and Poor's, June 21, 2007, pp. 15-16; and "Short-Term Corporate and Structured Finance Rating Transition Rates," Moody's Investors Service, June 2007, p. 2.

[54]   Bloomberg L.P.

CONFIDENTIAL

issuer with a "strong capacity to meet its financial commitments."[55]   Moody's gives P-1 ratings to issuers who have a "superior ability to repay short-term debt obligations."[56]   An F-1 rating by Fitch "indicates the strongest intrinsic capacity for timely payment of financial commitments."[57,58]   Lehman maintained these ratings up to the date of its bankruptcy filing.[59]

55.   S&P and Moody's also compile data on actual historical defaults of debt issuers by short-term rating category.   As shown in Exhibit 24, issuers with the same short-term credit ratings as Lehman are associated with cumulative one-year default probabilities of less than one tenth of one percent.

56.   In addition to their credit ratings, S&P, Moody's, and Fitch each publish an "Outlook" for rated companies, which expresses the agencies' opinions about the likely direction of an issuer's rating over the medium term (meaning, in the case of S&P, typically six months to two years).[60]   S&P's Outlook for Lehman was "stable" through April 3, 2008, when it was revised to "negative."[61]   Despite this change in its Outlook, however, S&P did not reduce its rating of Lehman until

---

[55]   "Standard & Poor's Ratings Definitions," Standard & Poor's, April 27, 2011, available at http://www.standardandpoors.com/ratings/articles/en/us/?assetID=1245303711350#ID578, viewed on July 13, 2011.

[56]   "Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 7.

[57]   "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010, p. 18.

[58]   Fitch changed Lehman's short-term credit rating from F1+ to F1 on June 9, 2008.  (Bloomberg L.P.)

[59]   Bloomberg L.P.

[60]   "A Moody's rating outlook is an opinion regarding the likely direction of an issuer's rating over the medium term. Where assigned, rating outlooks fall into the following four categories: Positive (POS), Negative (NEG), Stable (STA), and Developing (DEV - contingent upon an event)." ("Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 43);  "A Standard & Poor's rating outlook assesses the potential direction of a long-term credit rating over the intermediate term (typically six months to two years). In determining a rating outlook, consideration is given to any changes in the economic and/or fundamental business conditions." ("Standard & Poor's Ratings Definitions," Standard & Poor's, April 27, 2011, available at http://www.standardandpoors.com/ratings/articles/en/us/?assetID=1245303711350#ID578, viewed on July 13, 2011.)

[61]   "Summary Analysis: Lehman Brothers Holdings Inc.," Standard & Poor's, April 3, 2008.

Plessman Decl. Ex. 1
Page 34

CONFIDENTIAL

June 2, 2008, when the rating was lowered to A.[62]  Moody's had a "positive" outlook for Lehman until March 17, 2008, when it was revised to "stable;"[63] Moody's revised Lehman's outlook to "negative" on June 9, 2008 and then placed Lehman's rating on review for downgrade on June 13, 2008,[64] but did not reduce its rating until July 17, 2008.[65]  Fitch's outlook for Lehman was "stable" through April 1, 2008, when it was revised to "negative."[66]  Despite this change in outlook, Fitch continued to rate Lehman AA- until June 9, 2008 when the rating was lowered to A+.[67]  Fitch maintained Lehman's outlook at negative even after the downgrade but also affirmed Lehman's A+ rating in July 9, 2008.[68]  Fitch placed Lehman on "Rating Watch Negative" on September 9, 2008, but continued to rate Lehman A+ up to its bankruptcy filing on September 15, 2008.[69]

57.  Moreover, even accounting for the credit rating downgrades during the summer of 2008, Lehman's credit rating did not exhibit a pattern similar to the credit rating patterns of companies that did file for bankruptcy.  Moody's plots the average and median ratings of roughly 1,300 corporate issuers that have defaulted during the period 1983 to 2007.  I have appended this chart as Exhibit 25 of this report.  The data is presented for two cohorts: the issuers that defaulted between 1983 and

---

[62]  "Research Update: Lehman Brothers Holdings Inc. Rating Lowered to 'A' From 'A+'; Outlook Negative," Standard & Poor's, June 2, 2008; and Bloomberg L.P.

[63]  "Rating Action: Moody's Affirms Lehman's A1 Rating; Outlook Now Stable," Moody's Investors Service, March 17, 2008.

[64]  "Rating Action: Moody's Changes Lehman's Rating Outlook to Negative," Moody's Investors Service, June 9, 2008; "Rating Action: Moody's Places Lehman's A1 Rating on Review for Downgrade; Prime-1 Affirmed," Moody's Investors Service, June 13, 2008; and Bloomberg L.P.

[65]  "Rating Action: Moody's Lowers Lehman Brothers Rating to A2; Outlook Negative," Moody's Investors Service, July 17, 2008; and Bloomberg L.P.

[66]  "Fitch Revises Outlook on Lehman Brothers to Negative; Affirms 'AA-/F1+' IDRs," Fitch Ratings, April 1, 2008.

[67]  "Fitch Downgrades Lehman Brothers' L-T & S-T IDRs to 'A+/F1'; Outlook Negative," Fitch Ratings, June 9, 2008; and Bloomberg L.P.

[68]  "Fitch Affirms Lehman Brothers' IDRs at 'A+/F1'; Outlook Negative," Fitch Ratings, July 9, 2008.

[69]  "Fitch Places Lehman Brothers on Rating Watch Negative," Fitch Ratings, September 9, 2008; and Bloomberg L.P.

CONFIDENTIAL

2007 and the issuers that just defaulted in 2007.  The chart shows that Moody's-rated issuers have, on average, been downgraded to the Ba3 level as early as five years prior to default.  Among issuers that defaulted in 2007, the average rating is B2 five years prior to default, which itself is low by historical standards.  In the year prior to default, 2007 defaulters' ratings were downgraded to Caa1 on average, compared to B2 for issuers that defaulted since 1983.  Regardless of which cohort we use for comparison, Lehman's credit rating was meaningfully higher than the credit ratings of other firms that eventually filed for bankruptcy.

58.  To summarize, the consensus among the major credit rating agencies between July 1, 2007 and Lehman's bankruptcy filing was that Lehman had a "strong capacity to meet its financial commitments" and was "subject to low credit risk."[70]  Moreover, issuers with the same ratings as those assigned to Lehman (following its downgrade to A in June 2, 2008 by S&P and A2 in July 17, 2008 by Moody's) have rarely defaulted on their debt (fewer than two issuers out of every thousand after two years as illustrated by S&P, Moody's, and Fitch data on the historical incidence of default by rating).  Thus, the assessments of the rating agencies provide further evidence that Lehman's bankruptcy was not reasonably foreseeable.[71]

**B.     Equity Analysts' Coverage and Recommendations Did Not Indicate a Bankruptcy Filing Was Reasonably Foreseeable**

59.  In addition to being monitored by the credit rating agencies, Lehman was also followed by equity analysts.  Equity analysts examine the financial prospects of firms and provide earnings estimates, stock recommendations, commentary, and

---

[70]  "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009, p. 10; and "Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 5.

[71]  Furthermore, analysis by major CRAs also supports my conclusion that Lehman's bankruptcy was not reasonably foreseeable.  For example, S&P discussed in a report "[t]he unforeseen collapse of Lehman Brothers."  See Vazza, D., Aurora, D., and Kraemer, N., "Default, Transition, and Recovery: 2008 Annual Global Corporate Default Study and Rating Transitions," Standard and Poor's, April 2, 2009, p. 25.

29

CONFIDENTIAL

analysis on many publicly traded companies.  Brokerage firms spend significant resources gathering and analyzing company information.  Analysts build reputational capital and are rewarded for being able to provide accurate forecasts and timely recommendations.  Because of these reasons, analysts would have been in a position to opine on the foreseeability of a bankruptcy filing.  If analysts were able to foresee Lehman's bankruptcy, one would expect to observe "sell" recommendations from most analysts covering Lehman.

60.  Exhibit 26 summarizes the recommendations of the equity analysts surveyed by Thomson IBES who followed Lehman during the period from July 1, 2007 to September 12, 2008.[72]  I find that throughout the entire period, at least 90 percent of analysts had a buy or hold recommendation for Lehman's stock.  In some periods, all of the surveyed analysts had a buy or hold recommendation (that is, no analyst recommended selling Lehman's stock).  Furthermore, as Exhibit 26 shows, in August and September 2008, the percentage of analysts recommending buy or hold for Lehman was greater than the percentage of analysts recommending buy or hold for Goldman Sachs or Merrill Lynch. Neither of these companies filed for bankruptcy.

61.  Exhibit 27 compares the percentage of analysts that issued a buy or hold recommendation for Lehman's stock against the mean and median percentages of analysts' buy or hold recommendations for comparable financial institutions.  As the exhibit shows, the percentage of analysts that issued a buy or hold recommendation for Lehman's stock was higher than the mean and median percentage of analysts' buy or hold recommendation for comparable financial institutions from January through September 2008.  Again, none of these financial institutions filed for bankruptcy.

62.  I also review numerous equity analyst reports filed between July 1, 2007 and September 15, 2008 and find none prior to September 9, 2008 that concluded that

---

[72]  For Lehman, Thomson IBES compiled the buy/hold/sell recommendations of approximately 20 equity analysts.

CONFIDENTIAL

Lehman would likely file for bankruptcy.[73]  Exhibit 28 presents the ratings and commentary excerpts from several of these reports.  An increased expectation of a bankruptcy filing would depress stock prices.  If Lehman's bankruptcy had been reasonably foreseeable, analysts who followed Lehman would have incorporated that expectation into their reports and discussed the implications and prospects; none did.  Moreover, given that analysts have incentives to make accurate forecasts and recommendations and spend a great deal of their time gathering information on companies, analysts would have anticipated Lehman's bankruptcy, had it been reasonably foreseeable.  Again, none did.

63.  In the midst of Bear Stearns' government-assisted acquisition in March 2008, equity analysts argued that Lehman was not similar to Bear Stearns for several reasons.  They pointed to Lehman's international diversification, strong execution track record, and seasoned management.[74]  They also noted that Lehman, unlike Bear Stearns, had financial backing from the Federal Reserve and that "anyone attacking Lehman would have to be able to bankrupt the Fed to break Lehman."[75]

64.  Several analysts also evaluated the ability of investment banks, including Lehman, to survive, focusing on liquidity and access to credit.  For example, a report issued by Buckingham Research Group in March 2008 stated:  "All of the brokers besides [Bear Stearns] have total liquidity in excess of short-term debt and net repo financing, with [Lehman] the highest [most favorable] at 418% and [Goldman Sachs] the lowest at 116%."[76]  Morgan Stanley Research issued a report titled "Lehman Brothers: Bruised, Not Broken – and Poised for

---

[73]  I identify equity analyst reports by searching Thomson ONE Banker's equity research report database.  I review reports published by BernsteinResearch, The Buckingham Research Group, CIBC World Markets, Credit Suisse, Deutsche Bank, Fox-Pitt Kelton Cochran Caronia Waller, HSBC Global Research, JPMorgan, Ladenburg Thalmann, Morgan Stanley, Oppenheimer, Punk, Ziegel & Company, Raymond James Euro Equities, and Wachovia.

[74]  "Lehman Brothers Holding; It is not Bear," Deutsche Bank, March 17, 2008, p. 1; and "Upgrading to Buy; Reality Will Trump Fear," Citigroup, March 28, 2008, p. 1.

[75]  "Attacking the Federal Reserve," Punk, Ziegel & Company, March 18, 2008, p. 1.

[76]  "Evaluating Liquidity at the Rest of the Brokers in a 'Run on the Bank' Scenario," The Buckingham Research Group, March 17, 2008, p. 3.

31

CONFIDENTIAL

Profitability" on June 30, 2008. The report stated "we believe downside risk stems from medium-term damage to the franchise rather than a Bear Stearns-like run-on-bank scenario;" the report further stated "we believe that comparisons to Bear do not hold up, particularly in the wake of the Fed's aggressive action [establishing the Primary Dealer Credit Facility] in the wake of Bear's collapse."[77]

65.     Although Lehman experienced difficulties in June and July 2008, many market participants remained confident about its future.  Several analysts maintained that Lehman was not another Bear Stearns situation and believed that Lehman was well positioned to not only survive the crisis but also expand and recover in the coming years.[78]  Additionally, despite the fact that Lehman reported a loss for the second quarter of 2008, many research analysts remained optimistic about Lehman's prospects.  Through June and July, equity analysts noted Lehman's strength in revenue, solid capital footing, lowered exposure to risk, and increased diversification.[79]

66.     Finally, even in the days immediately preceding Lehman's bankruptcy filing, analysts were not uniformly negative in their assessments.  On September 10, 2008, Credit Suisse and JPMorgan gave Lehman a "Neutral" rating while Fox-Pitt Kelton Cochran Caronia Waller gave it an "Outperform" rating, Oppenheimer a "Perform" rating, Morgan Stanley an "Overweight" rating, and Deutsche Bank a

---

[77]     "Lehman Brothers: Bruised, Not Broken – and Poised for Profitability," Morgan Stanley, June 30, 2008, pp. 3 and 8.

[78]     "Follow-Up Thoughts on Recent Bearish Arguments," Fox-Pitt Kelton Cochran Caronia Waller, June 4, 2008, p. 1; "Lowering Estimates," Deutsche Bank, June 5, 2008, pp. 1 and 2; "Lehman Brothers: Bruised, Not Broken – and Poised for Profitability," Morgan Stanley, June 30, 2008, p. 8; and "Greater Than Expected Loss, But More Than in the Stock," The Buckingham Research Group, June 9, 2008, p. 1.

[79]     "Greater Than Expected Loss, But More Than in the Stock," The Buckingham Research Group, June 9, 2008, pp. 2 and 3; "2Q08: Risks Are Coming Down; Reaffirm S. Buy," The Buckingham Research Group, June 17, 2008, pp. 1, 3, and 4; and "Plausible Downside on Fundamentals is Priced In," Morgan Stanley, July 24, 2008, p. 7.

32

CONFIDENTIAL

"Buy" rating.[80]   On September 11, 2008, Lehman was given "Outperform," "Buy," "Neutral," "Market Perform," "Hold," and "Underweight" ratings.[81] Analysts disagreed with the major CRAs' negative outlooks, stating that Lehman remained "one of the best companies on Wall Street."[82]   In addition, HSBC reiterated that:

> *"Lehman is a better, more diversified franchise [than Bear Stearns]. It is much more conservatively funded, and carries a huge liquidity pool of some $42 billion. It has access to the Federal Reserve for emergency funding. It also has one thing that it shares with Bear Stearns—it is too big to fail in our opinion."[83]*

67.   Overall, my analysis of equity analysts' reports shows that analysts consistently recommended buying or holding Lehman's stock leading up to September 2008. This is further supported by the fact that no analyst, of those with available information, concluded that Lehman was at risk of filing for bankruptcy prior to September 9, 2008.  The assessments of the equity analysts further demonstrate that Lehman's bankruptcy filing was not reasonably foreseeable.

---

[80]   "Starting the Clean Up: Follow Through Critical," Credit Suisse, September 10, 2008, p. 1; "Management Has Plan, Not Action – We Await Inv. Mgmt Sale," JPMorgan, September 10, 2008, p. 1; "LEH 3Q08: Core Results As Expected, Dispositions Bigger," Fox-Pitt Kelton Cochran Caronia Waller, September 10, 2008, p. 1; "LEH Reports 3Q08 EPS Loss of ($5.92) and Net Write-Down of $5.6B," Oppenheimer, September 10, 2008, p. 1; "Quick Take on 3Q EPS, Strategic Initiatives," Morgan Stanley, September 10, 2008, p. 1; and "3Q08 Pre-Release," Deutsche Bank, September 10, 2008, p. 1.

[81]   "LEH: A Great Restructuring Plan, But Will the Markets Get It?," Fox-Pitt Kelton Cochrain Caronia Waller, September 11, 2008, p. 1; "Rating Agency Risk Too High," The Buckingham Research Group, September 11, 2008, p. 1; "Lehman's Non-Strategy," Ladenburg Thalmann, September 11, 2008, p. 1; "LEH: Pre-Announces and Highlights Initiatives – Adjusting Ests.," Wachovia, September 11, 2008, p. 1; "Downgrade from Buy to Hold on Rating Agency Reports," Deutsche Bank, September 11, 2008, p. 1; and "De-risking and Depending on Markets to Hold," HSBC Global Research, September 11, 2008, p. 1.

[82]   "Rating Agency Risk Too High," The Buckingham Research Group, September 11, 2008, p. 1; and "Lehman's Non-Strategy," Ladenburg Thalmann, September 11, 2008, p. 1.

[83]   "De-risking and Depending on Markets to Hold," HSBC Global Research, September 11, 2008, p. 5.

CONFIDENTIAL

VI.   **Other Market Evidence Indicates that Lehman's Bankruptcy Was Not Reasonably Foreseeable**

A.   **Lehman's Bankruptcy Was Not Reasonably Foreseeable Even in the Final Weeks Before Lehman's Collapse Because Other Actions Could Have Prevented Bankruptcy**

68.   As mentioned above, the outstanding Lehman obligations could have been repaid if Lehman either continued as a going concern or merged with another entity who would assume those obligations.  Lehman may have been able to continue as a going concern if, among other things, it had been able to restructure successfully, raise additional capital, or if it had received government aid.

69.   Although, as I detail in this report, Lehman was able to raise billions in capital from sophisticated investors, Lehman's bankruptcy may have been averted if it had raised additional capital.  During this time, many investors were rumored to be possible investors.[84]

70.   Months before its bankruptcy filing, Lehman was rumored to be in negotiations with several interested buyers.  As early as July 2008, the Royal Bank of Canada considered buying Lehman.[85]  In late August, reports of a possible buyout caused Lehman's share price to increase substantially.[86]  By early September 2008, the list of potential buyers grew to include HSBC, Nomura, Bank of America, JC

---

[84]   See Gee, M., "Troubled Lehman Draws an Unlikely Suitor," *The Globe and Mail*, September 3, 2008; Bawden, T., "Kuwait fund keeps eye on US banks as Lehman seeks cash," *The Times (UK)*, June 5, 2008; "LEH: Analyzing the Firm's Shrinking Options…," BernsteinResearch, September 8, 2008, p. 1; "Going Private May Be the Best Course of Action," Fox-Pitt Kelton Cochran Caronia Waller, July 14, 2008, p. 1; and "Selling Neuberger Could Be Part of MBO/Going Private," Fox-Pitt Kelton Cochran Caronia Waller, July 25, 2008, p. 3.

[85]   Sender, H., "RBC Pulled Back from Lehman Bid," *Financial Times (FT.com)*, September 8, 2008.

[86]   Gangahar, A., "Lehman Buy-out Prospects Boost Wall Street," *Financial Times (FT.com)*, August 22, 2008.

34

CONFIDENTIAL

Flowers & Co., China Investment Co., and Barclays.[87]   Although none of these
mergers came to fruition, an acquisition could have prevented the bankruptcy
filing.

71.   Even without raising capital or being acquired, Lehman might have successfully
restructured itself into a form that would permit it to continue as a going concern.
One alternative raised in July was for Lehman to take itself private.[88]   A second
possibility mentioned in multiple analyst reports was that Lehman could sell
Neuberger Berman, Lehman's investment management unit.[89]   An additional
possibility was that Lehman might spin off its commercial mortgage assets into a
new entity and then distribute the shares in that to Lehman's shareholders.[90]   This
solution was referred to as the "good bank/bad bank" solution and has
successfully been employed by banks in prior financial crises.[91]

72.   Additionally, many market participants viewed some form of government support

---

[87]   Sender, H., Guerrera, F. and Larsen, P.T., "BofA, JC Flowers, CIC Planning Joint Lehman
Brothers Bid," *Financial Times (FT.com)*, September 12, 2008; "LEH: Analyzing the Firm's
Shrinking Options…," BernsteinResearch, September 8, 2008, p. 1.

[88]   "Going Private May Be the Best Course of Action," Fox-Pitt Kelton Cochran Caronia Waller,
July 14, 2008 p. 1; "LEH: Analyzing the Firm's Shrinking Options…," BernsteinResearch,
September 8, 2008, p. 4; and "Selling Neuberger Could Be Part of MBO/Going Private," Fox-Pitt
Kelton Cochran Caronia Waller, July 25, 2008, p. 3.

[89]   "LEH: Analyzing the Firm's Shrinking Options…," BernsteinResearch, September 8, 2008, p. 1;
and "Selling Neuberger Could Be Part of MBO/Going Private," Fox-Pitt Kelton Cochran Caronia
Waller, July 25, 2008, pp. 1-2.

[90]   "Assessing Strategic Alternatives for Commercial Mortgage," Fox-Pitt Kelton Cochran Caronia
Waller, September 4, 2008, pp. 1-3; Onaran, Y., "Lehman May Shift $32 Billion of Mortgage
Assets to 'Bad Bank,'" *Bloomberg*, September 4, 2008, available at
http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aQjsXBJ4uN1Y, viewed on July
13, 2011; White, B. and Anderson, J., "Lehman Weighs Split to Shed Troubling Loans," *The New
York Times*, September 5, 2008, available at
http://www.nytimes.com/2008/09/05/business/05lehman html, viewed on July 13, 2011; and
"Govt GSE Action Can Help," Deutsche Bank, September 5, 2008, p. 2.

[91]   White, B. and Anderson, J., "Lehman Weighs Split to Shed Troubling Loans," *The New York
Times*, September 5, 2008, available at
http://www.nytimes.com/2008/09/05/business/05lehman html, viewed on July 13, 2011;  Onaran,
Y., "Lehman May Shift $32 Billion of Mortgage Assets to 'Bad Bank,'" *Bloomberg*, September 4,
2008 available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aQjsXBJ4uN1Y,
viewed on July 13, 2011.

Plessman Decl. Ex. 1
Page 42

CONFIDENTIAL

as possible.[92]   The government could have provided support through a variety mechanisms.[93]   Some of these mechanisms were ultimately used to support other institutions.[94]   Furthermore, some form of federal bailout of Lehman was highly likely.   Lehman's bankruptcy Examiner wrote:

> *"Other senior members of the Government, Wall Street executives and experts doubted that the Government really would refuse to make money available for Lehman if necessary.   As late as September 10, 2008, the FRBNY [Federal Reserve Bank of New York] circulated a presentation that discussed potential federal monetary assistance to Lehman.   On September 11, 2008, Geithner's discussions with the Financial Services Authority (the "FSA") left open the possibility that there would be Government assistance.   On September 12, 2008, Paulson advised the FSA that the FRBNY might be prepared to provide Barclays with regulatory assistance if necessary.   Cox told the Examiner that Lehman's apparent belief that the Government would provide help was a "real fact of life" and said that most attendees of the FRBNY meetings on September 12 through 14 2008 "probably assumed that [Paulson's statement that there would be no Government help] was a negotiation."   Chairman Bernanke told the Examiner that he remained in Washington, D.C., during Lehman's final weekend in part because a possibility existed that Bernanke might need to convene a meeting of the Federal Reserve Board to exercise the Federal Reserve's emergency lending powers under*

---

[92]   "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's, September 17, 2008, p. 5; Soros, G., "The Game Changer," *Financial Times (FT.com)*, January 29, 2009; Blinder, A., "Six Errors on the Path to the Financial Crisis," *The New York Times*, January 25, 2009, available at http://www.nytimes.com/2009/01/25/business/economy/25view html?_r=1, viewed on July 13, 2011; and Guha, K., "No Public Subsidy for Lehman Takeover," *Financial Times (FT.Com)*, September 12, 2008.

[93]   These mechanisms may have included an assisted transaction, conservatorship, guaranteeing debt, or conversion into a bank holding company

[94]   "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's,  September 17, 2008, p. 5; "US Government Rescues Insurer AIG," *BBC News*, September 17, 2008, available at http://newsvote.bbc.co.uk/mpapps/pagetools/print/news.bbc.co.uk/2/hi/business/7620127.stm, viewed on July 13, 2011; Scinta, C., "GM Wins Final Approval of $33 Billion Government Loan," *Bloomberg*, June 25, 2009, available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=ahDD1Cs1N5wE, viewed on July 13, 2011; "Chrysler Gets $4 Billion U.S. Government Loan," *Reuters,* January 2, 2009; and Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings Inc. et. al., Debtors*, 08-13555 (JMP), Southern District of New York, March 11, 2010, pp. 631-632.

CONFIDENTIAL

*Section 13(3) of the Federal Reserve Act.*"[95]

73. Following the government-assisted acquisition of Bear Stearns in March 2008, many market participants believed the Federal Reserve would also provide financial support to Lehman.  For example, after Lehman declared bankruptcy, George Soros stated that: "In the past, whenever the financial system came close to a breakdown, the authorities rode to the rescue and prevented it from going over the brink. That is what I expected in 2008 but that is not what happened."[96]  Lehman and Bear Stearns were players in the same market, though Lehman was much larger.  Lehman's assets were $786 billion[97] at the quarter ended February 29, 2008, while Bear Stearns' assets were almost $400 billion[98] at the quarter ended February 29, 2008.  It seemed logical to assume that, "[i]f Bear was too big to fail, how could Lehman, at twice its size, not be? If Bear was too entangled to fail, why was Lehman not?"[99]  The Lehman merger negotiations may also have been stalled as potential buyers held out for government assistance.[100]  Even as the government remained adamant that it would not be involved in any rescue during the days leading to Lehman's bankruptcy, reports suggested that it was "possible that as negotiations proceed[ed] [the Federal Reserve and Treasury]

---

[95]   Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings Inc. et. al., Debtors*, 08-13555 (JMP), Southern District of New York, March 11, 2010, pp. 617-618.

[96]   Soros, G., "The Game Changer," *Financial Times (FT.com)*, January 29, 2009.

[97]   Lehman Brothers Holdings Inc., Form 10-Q for the quarterly period ended February 29, 2008, p. 5.

[98]   The Bear Stearns Companies Inc., Form 10-Q for the quarterly period ended February 29, 2008, p. 5.

[99]   Blinder, A., "Six Errors on the Path to the Financial Crisis," *The New York Times*, January 25, 2009, available at http://www.nytimes.com/2009/01/25/business/economy/25view html?_r=1, viewed on July 13, 2011.

[100]   Bruno, J.B. and Crutsinger, M., "Lehman's Future in Doubt, Banks Seen Unveiling Plan to Restore Confidence in Financial System," Associated Press, September 15, 2008; and Gasparino, C., "Street Prepares for Worst as Lehman Deal Stalls," CNBC, September 14, 2008, available at http://www.cnbc.com/id/26704405/Street_Prepares_for_Worst_As_Lehman_Deal_Stalls/, viewed on July 13, 2011.

Plessman Decl. Ex. 1
Page 44

CONFIDENTIAL

may be pressed to take on some financial role."[101]

74.   In a report published on September 17, 2008 Standard and Poor's wrote:

> *"To be sure, the government has supported financial institutions for many years in a variety of ways. The bailout last March of Bear Stearns contributed to this view, especially as the Federal Reserve Board put in place liquidity facilities for broker-dealers not invoked since the 1930s. Indeed, we factored this type of liquidity support as part of our ratings for the broker-dealers this year. By also brokering the JPMorganChase takeover of Bear Stearns to avoid the latter's collapse the government showed extreme support to limit systemic risk.*
>
> *The government provided such support again with its intervention via conservatorship of Fannie and Freddie this month. Some could argue that the GSE's conservatorship is a special case of extraordinary intervention because of the GSE's status as institutions with implicit governmental support. Still, market expectations that the government would stand by and support failing financial institutions were reinforced, thus creating moral hazard as an unintended consequence of the Bear and GSE bailouts."[102]*

75.   The government's decision to allow Lehman to go bankrupt came as a surprise to the market. Federal Reserve Chairman Ben Bernanke stated that he was "never of the view that [Lehman's] failure was inevitable."[103]   In the days following the bankruptcy, analysts' reports referred to Lehman's collapse as a "shock" and a "nasty surprise," citing previously held "widespread expectations that a deal on Lehman would somehow be brokered."[104]   It was clear that, "[c]oming just six

---

[101]   Guha, K., "No Public Subsidy for Lehman Takeover," *Financial Times (FT.Com)*, September 12, 2008.

[102]   "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's, September 17, 2008, p. 5.

[103]   Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings Inc. et. al., Debtors*, 08-13555 (JMP), Southern District of New York, March 11, 2010, p. 615.

[104]   "Investment Perspectives," Morgan Stanley, September 24, 2008, p. 6; "Bank Stocks Fail to Rally on AIG Bailout - Lehman Bankruptcy Still Reverberating; Difficult to Gauge Impact on Banks," JPMorgan, September 18, 2008, p. 1; "Shock Therapy," UniCredit, September 15, 2008, p. 1; and "2009 New Year Preview: Sector Themes for 2009," RBC Capital Markets, January 2009, p. 56.

CONFIDENTIAL

months after Bear's rescue, the Lehman decision tossed the presumed rule book out the window."[105]  Richard Fuld, Lehman's chief executive officer, indicated in a congressional hearing that he would "go to his grave wondering why the U.S. government had opted to save AIG and Bear Stearns but had judged Lehman unworthy of federal bail-out."[106]  Others shared the view that allowing Lehman to fail had been "one of the biggest blunders in this whole financial crisis. Christine Lagarde, France's finance minister, called the decision 'a genuine error.'"[107]

76.  As discussed in the previous sections, the market price analysis of Lehman's debt, equity, and credit default swaps reflect the market consensus that Lehman would not default on its obligations and instead would continue as a going concern, merge with another firm, or receive government assistance.  These expectations were reasonably founded market beliefs at the time and based, in part, on the government-assisted acquisition of Bear Stearns.  Therefore, the expectations of a possible merger or government intervention are additional reasons that support my conclusion that Lehman's bankruptcy was not reasonably foreseeable.

### B.  Other Sophisticated Market Investors Held Lehman Securities at the Time of Bankruptcy

77.  When Lehman filed for bankruptcy, its securities were widely held by many types of investors, including investment vehicles with conservative investment mandates such as money market funds, local government investment pools, and pension funds.  For example, the Reserve Primary Fund, one of the oldest and largest money market funds, held $785 million in Lehman-issued commercial paper.   After Lehman's bankruptcy filing, the net asset value of the Reserve Primary Fund dropped below $1 per share, and the Reserve Primary Fund became

---

[105]  Blinder, A., "Six Errors on the Path to the Financial Crisis," *The New York Times*, January 25, 2009, available at http://www.nytimes.com/2009/01/25/business/economy/25view html?_r=1, viewed on July 13, 2011.

[106]  "Keynes, Libor, Leverage," *Financial Times (FT.com)*, December 30, 2008.

[107]  Sorkin, A.R., "How the Fed Reached Out to Lehman," *The New York Times*, December 16, 2008.

Plessman Decl. Ex. 1
Page 46

CONFIDENTIAL

the first retail money market fund to "break the buck."[108]  Sponsors of other money market funds entered into support agreements to prevent the net asset values of their funds from similarly falling below one dollar per share: "Other fund families, including Wachovia's Evergreen Funds, Northwestern Mutual's Russell Funds, Riversource Investments, and Columbia Management, took similar actions [to support their money market funds] due to holdings of Lehman debt."[109]

78.  Government investment pools also held Lehman securities at the time of bankruptcy and experienced substantial losses on these investments. For example, "Florida public agencies lost a total of more than $400 million, mostly from a state investment pool. California municipalities lost a total of $250 million across some 28 cities and counties.[110]  Securities lending programs, including Wachovia, Wells Fargo, Northern Trust, and JPMorgan Chase, also held Lehman-issued securities at the time that Lehman declared bankruptcy.[111] In light of the economic conditions facing both Lehman and the economy at this time, many sophisticated investors apparently agreed that Lehman investments continued to comply with their conservative investment profile and maintained positions in Lehman

---

[108]   Jewell, M., "Money-Market Fund's Troubles Spur Industry Moves," AP Newswires, September 17, 2008.

[109]   "Report of the Money Market Working Group," Investment Company Institute, March 17, 2009, p. 62. See also, Gullapalli, D., Anand, S. and Maxey, D., "Money Fund, Hurt by Debt Tied to Lehman, Breaks the Buck," *The Wall Street Journal*, September 17, 2008; and Condon, C., "Reserve Money Fund Falls Below $1, Delays Withdrawals," Bloomberg, September 17, 2008, available at http://www.bloomberg.com/apps/news?pid=21070001&sid=aZQNfHdzabDY, viewed on July 13, 2011.

[110]   Carreyrou, J., "Lehman's Ghost Haunts California," *The Wall Street Journal*, February 24, 2010.

[111]   See, for example, First Amended Complaint, *SCF Arizona v. Wachovia Bank, N.A.*, 09-cv-9513, Southern District of New York, February 11, 2010; Class Action Complaint, *Board of Trustees of the Imperial County Employees' Retirement System et al. v. JPMorgan Chase Bank, N.A.*, 1:09-cv-03020-UA, Southern District of New York, March 27, 2009; Amended Complaint and Jury Demand, *Copic Insurance Company v. Wells Fargo & Company et al.*, 1:09-cv-00041-WDM-BNB, District of Colorado, February 20, 2009; and "Northern Trust Global Securities Lending Presentation (October 2008)," Exhibit 18 to Plaintiffs' Proposed Findings of Fact and Conclusions of Laws, *BP Corporation North America Inc. Savings Plan Investment Oversight Committee et al. v. Northern Trust Investments N.A. and the Northern Trust Company*, 1:08-cv-06029, Northern District of Illinois, December 4, 2008.

CONFIDENTIAL

securities through the bankruptcy filing.  If Lehman's bankruptcy filing had been reasonably foreseeable, one would not expect to observe the quantity of sophisticated investors with conservative mandates continuing to hold Lehman securities.   The fact that so many conservative investors continued to hold Lehman's securities at this time buttresses my opinion that Lehman's bankruptcy was not reasonably foreseeable.

79.   Additionally, many of these sophisticated investors continued to accumulate Lehman securities through the first half of 2008.   Money market funds that accumulated Lehman securities during the first half of 2008 include: Columbia Cash Reserves,[112] Columbia Money Market Fund,[113] Evergreen Institutional Money Market Fund,[114] Evergreen Money Market Fund,[115] Evergreen Prime Cash Management Money Market Fund,[116] Financial Square Prime Obligations Fund,[117] ING Money Market Fund,[118] Reserve International Liquidity Fund,[119] Reserve Primary Fund,[120] and Russell Investment Co. Money Market Fund.[121]

---

[112]   Form N-CSR, Columbia Funds Series Trust, Columbia Cash Reserves, August 31, 2008; and Mackenzie, M. and Davies, P.J., "Money Markets Fund Sector Shocked," *The Financial Times (FT.com)*, September 17, 2008.

[113]   RiverSource Cash Management Fund Annual Report for the Period Ending July 31, 2009, RiverSource Investments; and "Mutual Fund Name Changes at Columbia Management and RiverSource Investments," Columbia Management, September 27, 2010.

[114]   Maxey, D., "Sponsors to Back Some Lehman Exposure – Funds of Evergreen, Russell Investments to Receive Support," *The Wall Street Journal*, September 17, 2008.

[115]   Maxey, D., "Sponsors to Back Some Lehman Exposure – Funds of Evergreen, Russell Investments to Receive Support," *The Wall Street Journal*, September 17, 2008.

[116]   Maxey, D., "Sponsors to Back Some Lehman Exposure – Funds of Evergreen, Russell Investments to Receive Support," *The Wall Street Journal*, September 17, 2008.

[117]   Form N-CSR, Goldman Sachs Trust, Financial Square Prime Obligations Fund, June 30, 2008; and Goldman Sachs Trust, NSAR-B, Exhibit 99, "Actions Taken Pursuant to Rule 2a-7(c)(6)(ii) on Behalf of the Goldman Sachs Financial Square Prime Obligations Fund," March 2, 2009.

[118]   Form N-Q, ING Series Fund, Inc., ING Money Market Fund, June 30, 2008; and Form N-Q, ING Series Fund, Inc., ING Money Market Fund, December 31, 2008.

[119]   "Two Reserve Money Market Funds & Colorado Diversified Trust Lowered to 'Dm'; Others Watch Neg," Standard & Poor's, September 16, 2008, p. 1.

[120]   "Two Reserve Money Market Funds & Colorado Diversified Trust Lowered to 'Dm'; Others Watch Neg," Standard & Poor's, September 16, 2008, p. 1.

CONFIDENTIAL

80.   Furthermore, Lehman's securities were not only held by sophisticated market investors, Lehman's stock was part of the S&P 500 *and* S&P 100 indices through all of 2007 and up to its bankruptcy.[122]   S&P defines the S&P 100 as consisting "of 100 companies selected from the S&P 500.  To be included, the companies should be among the larger and more stable companies in the S&P500."[123] Among the criteria for inclusion in the indices are adequate liquidity and financial viability.[124]

81.   Finally, the after-effects of Lehman's collapse are also a clear indication of how unforeseen its demise was.  Worldwide, many sophisticated investors such as banks, insurers, investment advisors, pension plans, financial institutions, and hedge funds suffered massive losses tied to the collapse of Lehman.[125]

82.   Sophisticated investors from all over the world were making their investment decisions by relying on publicly available information just as BNYM's securities lending program did.  It would be irrational for investors to continue holding long positions in Lehman securities if Lehman's bankruptcy had been reasonably foreseeable.  Therefore, the fact that many other sophisticated investors continued to hold Lehman investments until Lehman declared bankruptcy further supports

---

[121]   Maxey, D., "Sponsors to Back Some Lehman Exposure – Funds of Evergreen, Russell Investments to Receive Support," *The Wall Street Journal*, September 17, 2008; and Mackenzie, M. and Davies, P.J., "Money Markets Fund Sector Shocked," *The Financial Times (FT.com)*, September 17, 2008.

[122]   It was not until Lehman filed for bankruptcy on September 15, 2008 that S&P dropped Lehman from its S&P 500 and S&P 100 indices.  See "S&P 500 to Drop Lehman Brothers, Add Harris," Reuters, September 15, 2008.

[123]   "S&P U.S. Indices, Index Methodology," Standard & Poor's, August 2009, p. 3.

[124]   "S&P U.S. Indices, Index Methodology," Standard & Poor's, August 2009, pp. 5-6.

[125]   See, for example, Ivry, B., Pittman, M. and Harper, C., "Sleep-At-Night-Money Lost in Lehman Lesson Missing $63 Billion," Bloomberg, September 8, 2009, available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aLhi.S5xkemY, viewed on July 13, 2011; Thomas, L. Jr., "Big Hedge Funds Chasing Assets Held by Lehman," *International Herald Tribune*, October 2, 2008; Duncan, G., "Lehman Collapse Sends Shockwave Round World," *The Times (UK)*, September 16, 2008; Smith, M., "$ : Bill to Taxpayer of Bailout," *The Herald*, September 14, 2009; and "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's, September 17, 2008, p. 3.

CONFIDENTIAL

my conclusion that Lehman's bankruptcy was not reasonably foreseeable. If Lehman's bankruptcy had been foreseeable, these sophisticated investors with substantial sums at risk, would have sold their Lehman investments rather than continue to hold onto their investments until bankruptcy.

## VII.   Lehman's Collapse Is Consistent With the "Run on the Bank" Phenomenon

83.   Following Lehman's bankruptcy filing, S&P published a report assessing the cause of the bankruptcy. The report stated that "facing a likely complete collapse in confidence on the part of creditors, counterparties, and customers when it opened for business on Monday, Sept. 15, Lehman Brothers Holdings Inc. filed for Chapter 11 bankruptcy protection."[126] The report also stated: "In conclusion, we believe the downfall of Lehman reflected escalating fears that led to a loss of confidence—ultimately becoming a real threat to Lehman's viability in a way that fundamental credit analysis could not have anticipated."[127]

84.   Such a "complete collapse in confidence" is consistent with the "run on the bank" phenomenon. In a run on the bank, the collapse of the institution is rapid and unforeseen. Commercial banks fund themselves with short-term deposits and use those deposits to issue mortgages and other long-term loans. A run on the bank is defined as a "demand for their money by many depositors all at once… Such a run is caused by a breach of confidence in the bank."[128] If a bank does not have enough cash to satisfy these demands, the bank may be rendered insolvent.

85.   This "run on the bank" phenomenon is not unique to commercial banks. A run on the bank may occur at other institutions that fund themselves with short-term financing and invest in longer term assets. Like many other "shadow banks" at the time, Lehman funded itself with short-term borrowings and used those

---

[126]   "Why Was Lehman Brothers Rated 'A'?," Standard & Poor's, September 24, 2008, p. 5.

[127]   "Why Was Lehman Brothers Rated 'A'?," Standard & Poor's, September 24, 2008, p. 5.

[128]   Downes, J. and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 603.

CONFIDENTIAL

borrowings to make long-term investments.[129]   Specifically, a substantial portion of Lehman's funding came from commercial paper and repurchase transactions which have short-term maturities, usually of less than a year.[130]   This maturity mismatch between Lehman's assets and liabilities created the potential for a run on the bank.   For example, if Lehman were unable to roll over most of its overnight repurchase agreements and commercial paper, it would face a liquidity crunch similar to the one experienced by commercial banks during a run on the bank.

86.   Bank runs are a topic of ongoing research in the fields of finance and economics.[131]   Though many theories have been proposed, there is no established and reliable method of predicting bank runs.   Nevertheless, as described earlier, financial institutions with asset-liability maturity mismatches are vulnerable to bank runs.   The incentive to withdraw one's funds is created by the belief that others will withdraw their funds first.[132]   In other words, a bank run is triggered by the belief that there will be a bank run.   By the time creditors believe that there will be a bank run, the run has already started, and it is, generally, too late to prevent or avoid. Clearly, when bank runs occur, they arise very quickly and without warning.[133]   The precipitous collapse of Lehman Brothers on September 15, 2008 was consistent with a run on the bank, which is not reasonably foreseeable.

---

[129]   Financial institutions which do not accept deposits and are not regulated by the Federal Reserve, like Lehman, have come to be called "shadow banks."  Investment banks, mutual funds, hedge funds, finance companies, pension funds, and insurance companies are all part of the "shadow" banking system.  See Hubbard, R.G. and O'Brien, A.P., *Money, Banking, and the Financial System*, First Edition, Pearson Prentice Hall, 2011, Chapters 10 and 11.

[130]   Hubbard, R.G. and O'Brien, A.P., *Money, Banking, and the Financial System*, First Edition, Pearson Prentice Hall, 2011, Chapters 10 and 11.

[131]   See Starr, M.A. and Yilmaz, R., "Bank Runs in Emerging Market Economies: Evidence From Turkey's Special Finance Houses," *Southern Economic Journal*, 73(4), April 2007: 1112-1132; See also Schotter, A. and Yorulmazer, T., "On the Dynamics and Severity of Bank Runs: An Experimental Study," *Journal of Financial Mediation*, 18 (2009): 217-241.

[132]   For example, U.S. Treasury Secretary Timothy Geithner described the freezing of the credit markets as a "run" on the entities of the shadow banking system.  See Geithner, T.F., "Causes of

44

CONFIDENTIAL

## VIII.   Aftermath of Lehman's Bankruptcy

87.   I conclude that the consequences of Lehman's collapse were considerable and not limited to Lehman itself.  In this section, I investigate the economic ramifications of Lehman's bankruptcy filing on the financial markets, focusing on the effects on market uncertainty, liquidity, and pricing.  I find Lehman's bankruptcy filing caused disruptions throughout the market, creating uncertainty, losses of liquidity, and decreases in security prices.  A heightened state of uncertainty preceded drops in liquidity and securities prices. In general, uncertainty and illiquidity complicated valuations and many securities lost substantial amounts of value.

88.   The U.S. government appointed a committee, the Financial Crisis Inquiry Commission ("FCIC"), to examine the financial crisis.[134]  In its January 2011 Majority Report, the FCIC described the effect of the Lehman bankruptcy on the market:[135]

> *"The crisis reached seismic proportions in September 2008 with the failure of Lehman Brothers and the impending collapse of the insurance giant American International Group (AIG).  Panic fanned by a lack of transparency of the balance sheets of major financial institutions, coupled with a tangle of interconnections among institutions perceived to be "too big to fail," caused the credit markets to seize up.  Trading ground to a halt.  The stock*

---

the Financial Crisis and the Case for Reform," Testimony Before the Financial Crisis Inquiry Commission, May 6, 2010.

[133]   For a discussion of the run on the bank phenomenon, see, for example, DeAngelo, H., DeAngelo, L. and Gilson, S.C., "The Collapse of First Executive Corporation:  Junk Bonds, Adverse Publicity, and the 'Run on the Bank' Phenomenon," *Journal of Financial Economics,* 36 (March 1994): 287-336.

[134]   The Financial Crisis Inquiry Commission, "The Financial Crisis Inquiry Report: Final Report of the National Commission on the Causes of the Financial and Economic Crisis in the United States," January 2011, p. xi, available at http://www.gpo.gov/fdsys/pkg/GPO-FCIC/content-detail.html, viewed on August 4, 2011.

[135]   Three FCIC reports were issued.  The "Majority Report" refers to the one adopted by commissioners Phil Angelides, Brooksley Born, Byron Georgiou, Bob Graham, Heather H. Murren, and John W. Thompson.  Two dissenting reports were issued, one authored by commissioner Peter J. Wallison ("Wallison Report") and one by commissioners Keith Hennessey, Douglas Holtz-Eakin, and Bill Thomas ("Hennessey/Holtz-Eakin/Thomas Report").

45

CONFIDENTIAL

*market plummeted. The economy plunged into a deep recession.*"[136]

89.    The same report also added:

*"The inconsistency of federal government decisions in not rescuing Lehman after having rescued Bear Stearns and the GSEs, and immediately before rescuing AIG, added to uncertainty and panic in the financial markets."*[137]

90.    The two dissenting reports also discuss the state of markets after Lehman's collapse:

*"In quick succession in September 2008, the failures, near-failures, and restructurings of ten firms triggered a global financial panic. Confidence and trust in the financial system began to evaporate as the health of almost every large and midsize financial institution in the United States and Europe was questioned."*[138]

*"However, when Lehman Brothers—an investment bank even larger than Bear—was allowed to fail, market participants were shocked; suddenly, they were forced to consider the financial*

---

[136]    The Financial Crisis Inquiry Commission, "The Financial Crisis Inquiry Report: Final Report of the National Commission on the Causes of the Financial and Economic Crisis in the United States," January 2011, p. xvi, available at http://www.gpo.gov/fdsys/pkg/GPO-FCIC/content-detail.html, viewed on August 4, 2011.  The FCIC Majority Report also include Federal Reserve Chairman Ben Bernanke's comments that government officials understood how catastrophic a Lehman bankruptcy would be. He said, "We never had any doubt about that.  It was going to have huge impacts on funding markets. It would create a huge loss of confidence in other financial firms.  It would create pressure on Merrill and Morgan Stanley, if not Goldman, which it eventually did. It would probably bring the short-term money markets into crisis, which we didn't fully anticipate; but, of course, in the end it did bring the commercial paper market and the money market mutual funds under pressure.  So there was never any doubt in our minds that it would be a calamity, catastrophe, and that, you know, we should do everything we could to save it." See the Financial Crisis Inquiry Commission, "The Financial Crisis Inquiry Report: Final Report of the National Commission on the Causes of the Financial and Economic Crisis in the United States," January 2011, p. 339, available at http://www.gpo.gov/fdsys/pkg/GPO-FCIC/content-detail.html, viewed on August 4, 2011.

[137]    The Financial Crisis Inquiry Commission, "The Financial Crisis Inquiry Report: Final Report of the National Commission on the Causes of the Financial and Economic Crisis in the United States," January 2011, p. 343, available at http://www.gpo.gov/fdsys/pkg/GPO-FCIC/content-detail.html, viewed on August 4, 2011.

[138]    Hennessey, K., Holtz-Eakin, D., and Thomas, W., "Dissenting Statement of Commissioner Keith Hennessey, Commissioner Douglas Holtz-Eakin and Vice Chairman Bill Thomas - Causes of the Financial and Economic Crisis," January 2011, p. 419.

CONFIDENTIAL

*health of their counterparties, many of which appeared weakened
by losses and the capital write-downs required by mark-to-market
accounting. This caused a halt to lending and a hoarding of cash—
a virtually unprecedented period of market paralysis and panic
that we know as the financial crisis of 2008.*"[139]

91.   These three reports summarized the health of the market following Lehman's
bankruptcy.  Academic research by Yale University Professors Gary Gorton and
Andrew Metrick came to similar conclusions:

> *"In the second half of 2008, the full force of the panic hit asset
> markets, financial institutions, and the real economy. The ABX
> spread continued its steady rise, with prices of pennies on the
> dollar and spreads near 9000 bps by the end of the period. The
> LIB-OIS, after a period of stability in the summer, began to rise in
> early September, and then passed the 100 bps threshold for the
> first time on the September 15 bankruptcy filing of Lehman
> Brothers. The subsequent weeks heralded near collapse of the
> interbank market, with the LIB-OIS peaking at 364 bps on October
> 10, before falling back to 128 bps by the end of 2008.*"[140]

92.   Researchers also observed that Lehman's bankruptcy was not a self-contained
phenomenon, but an event with contagion effects throughout the wider
economy.[141]   Former Federal Reserve Chairman Alan Greenspan stated that
Lehman's bankruptcy spawned "the most virulent global financial crisis ever."[142]
As another researcher pointed out:

> *[W]hen the venerable Wall Street firm Lehman Brothers collapsed,
> the system broke down entirely. The financial markets that banks
> and businesses rely on to fund daily operations froze up. The value
> of investments held by financial institutions plunged as everyone
> tried to sell whatever they could to raise cash. Even the most solid*

---

[139]   Wallison, P.J., "Dissent from the Majority Report of the Financial Crisis Inquiry Commission,"
American Enterprise Institute for Public Policy Research, January 14, 2011, p. 3.

[140]   Gorton, G. and Metrick, A., "Securitized Banking and the Run on Repo," *Journal of Financial
Economics*, forthcoming.

[141]   Jorion, P. and Zhang, G., "Credit Contagion from Counterparty Risk." *Journal of Finance*,
October 2009, 64(5): 2053-2087.

[142]   Greenspan, A., "The Crisis." Brookings Papers on Economic Activity (Spring 2010), pp. 201-261.
Available at: http://www.jstor.org/stable/40930484, viewed on August 5, 2011.

CONFIDENTIAL

> *institutions feared for their lives. Such a breakdown of the
> financial system had the direst implications for the broader
> economy, threatening to choke off credit to households and Main
> Street businesses.*[143]

93.  Additionally, empirical studies investigating the causes of the 2008 financial crisis noted that the market reaction to Lehman's bankruptcy represented "the most severe shock to financial conditions in the history of the database"[144] and that "the evidence [presented] supports the view of many practitioners that the decision not to rescue Lehman represented an immediate and massive shock to the financial system that was larger by an order of magnitude than anything seen over nearly two decades."[145]

94.  Moreover, "the fallout from the largest bankruptcy in U.S. history was enormous and more than government officials foresaw,"[146] with consequences that expanded far beyond anticipation.

### A. Uncertainty in the Market Increased After Lehman's Bankruptcy

95.  Among the most popular economic indicators to gauge market uncertainty are the The Chicago Board Options Exchange Volatility Index ("VIX") and the Treasury-Eurodollar futures ("TED") spread  Both these metrics indicate an increased level of uncertainty in the market after September 15, 2008.

---

[143]    Yellen, J.L., "A View of the Economic Crisis and the Federal Reserve's Response." FRBSF Economic Letter. July 6, 2009, p. 2, available at: http://www.frbsf.org/publications/economics/ letter/2009/el2009-22 html, viewed on August 4, 2011.

[144]    The database refers to the Bloomberg Financial Conditions Index, which is provided by Bloomberg LP.  See Sterling, W., "Looking Back at Lehman: An Empirical Analysis of the Financial Shock and the Effectiveness of Countermeasures." *Musashi University Journal*, November 2009, 57(2), pp. 3-4.

[145]    Sterling, W., "Looking Back at Lehman: An Empirical Analysis of the Financial Shock and the Effectiveness of Countermeasures." *Musashi University Journal*, November 2009, 57(2), p. 2.

[146]    Carpenter, D. and Paradis, T., "Stocks End Oct. with Worst Performance in 21 Years," AP Newswires, October 31, 2008.

Plessman Decl. Ex. 1
Page 55

CONFIDENTIAL

96. The VIX measures the "30-day expected volatility of the S&P 500 Index."[147]  As can be observed in Exhibit 29, following the collapse of Lehman, the level of the VIX spikes to a value more than three times as high as its pre-September 2008 level.  The VIX reached historic highs following the bankruptcy of Lehman.[148] This spike in the VIX index reflected an increase in expected volatility of the S&P 500.  Moreover, the greater variance within the VIX index observed after September 15, 2008  reflected the uncertainty surrounding the market at the time. In other words, the spike in the index levels indicated that the risk exposure of investors increased while the volatility within the index implied that investors were uncertain as to how much their risk exposure increased.

97. Another indicator of uncertainty in the market is given by the TED spread, which is a measure of the market perception of credit risk.    I plot the TED spread in Exhibit 30.  Following Lehman's bankruptcy, the TED spread reached historic highs, only surpassed previously by that which followed Black Monday in 1987.[149]  The spike in the spread after Lehman's bankruptcy is a sign of the increased perceived risk across banks and financial institutions due to factors such as the uncertainty regarding the solvency of other banks.[150]

## B.    Liquidity Declined Following Lehman's Bankruptcy

98. Recent academic research has emphasized the comovement between aggregate

---

[147]    Chicago Board Options Exchange, "The CBOE Volatility Index - Vix," 2009, pp. 3-4, available at http://www.cboe.com/micro/vix/vixwhite.pdf.

[148]    Chicago Board Options Exchange.

[149]    Guha, K. and Mackenzie, M., "Panic grips credit markets," *Financial Times (FT.com)*, September 17, 2008, available at http://www ft.com/intl/cms/s/0/8058d308-84d3-11dd-b148-0000779fd18c html#axzz1TR10lEHT, viewed on  July 29, 2011.

[150]    Afonso, G., *et. al.*, find that "[i]n the immediate aftermath of Lehman Brothers' bankruptcy […] the overnight interbank market becomes sensitive to bank-specific characteristics, not only in the amounts lent to borrowers but even in the cost of funds. [We] find sharp differences between large and small banks in their access to credit: large banks show reduced amounts of daily borrowing after Lehman's bankruptcy and borrow from fewer counterparties." See Afonso G., Kovner, A. and Antoinette, S., "Stressed, Not Frozen: The Federal Funds Market in the Financial Crisis," *Journal of Finance*, Vol. LXVI(4), August 2011: 1109-1139, p. 1134.

CONFIDENTIAL

market conditions and liquidity levels, while also describing the state of the market before and after the crisis stemming from Lehman's collapse:

> *"In particular, the aggregate illiquidity comoves in an important way with the aggregate market condition, including market risk as captured by the Chicago Board Options Exchange Volatility Index (CBOE VIX) index... By September 2008, during the Lehman default and the bailout of AIG, it was five times its pre-crisis average and over 12 standard deviations away. It peaked in October 2008 and then started a slow but steady decline that coincided with fund injections by the Federal Reserve and improved market conditions."[151]*

99.   To analyze the liquidity levels present in the market, I examine the Bank of England Liquidity Index.[152]  Exhibit 31 presents this index.  As can be observed, after September 15, 2008, the index decreases to a value over four times as low as its pre-September levels.

100.   Furthermore, a decline in short-term liquidity was also observed.   One of the FCIC reports, the Hennessey/Holtz-Eakin/Thomas Report, discusses short-term liquidity and states:

> *"Following the shock and panic, financial intermediation operated with escalating frictions. Some funding markets collapsed entirely. Others experienced a rapid blowout in spreads following the shock and stabilized slowly as the panic subsided and the government stepped in to backstop markets and firms. We highlight three funding markets here:*
>
> - ***Interbank lending****. Lending dynamics changed quickly in the federal funds market where banks loan excess reserves to one another overnight. Even large banks were unable to get overnight loans, compounding an increasingly restricted ability to raise short-term funds elsewhere.*

---

[151]   Bao, J., Pan, J., and Wang, J., "The Illiquidity of Corporate Bonds," *Journal of Finance*, June 2011, pp. 911-946 at pp. 911-912.

[152]   The liquidity index is comprised of nine liquidity measures.  See Bank of England, "Financial Stability Report," Issue No. 25, June 2009, p. 5, available at http://www.bankofengland.co.uk/publications/fsr/2009/fsrfull0906.pdf, viewed on August 2, 2011.

Plessman Decl. Ex. 1
Page 57

- ***Repo***. *By September 2008, repo rates increased substantially, and haircuts ballooned. Nontraditional mortgages were no longer acceptable collateral.*

- ***Commercial paper***. *The failure of Lehman and the Reserve Primary Fund breaking the buck sparked a run on certain prime money market mutual funds. Money market mutual funds withdrew from investing in the commercial paper market, leading to a rapid increase in funding costs for financial and nonfinancial firms that relied on commercial paper."*[153]

101. To analyze short-term liquidity, I looked at outstanding amounts of commercial paper ("CP") in the United States.  Exhibit 32 shows the evolution of the amount of CP outstanding before and after Lehman's demise.   A decline in CP outstanding is observed.  The implication of this, I conclude, is that firms were having difficulty with short-term borrowing following Lehman's bankruptcy.

102. Academic research concluded liquidity was depressed following Lehman's bankruptcy.  Researchers noted that Lehman's bankruptcy acted as a trigger to a general reduction of liquidity in the market which in turn spawned a government injection of capital into the financial sector.[154]  Specifically, "[f]or Congress, the Fed, the Treasury Department, and the Federal Deposit Insurance Corporation, it was a signal to take emergency steps to keep credit flowing to the economy. Congress approved the TARP program and it was quickly used to provide capital to banks. And the Fed created never-before-seen programs to stabilize money market mutual funds and the short-term commercial paper market."[155]

---

[153]   Hennessey, K., Holtz-Eakin, D., and Thomas, W., "Dissenting Statement of Commissioner Keith Hennessey, Commissioner Douglas Holtz-Eakin and Vice Chairman Bill Thomas - Causes of the Financial and Economic Crisis," January 2011, p. 437-438.

[154]   Chakrabarty, B. and Zhang, G., "Financial Contagion Channels: Market Microstructure Evidence from Lehman Brothers' Bankruptcy" (working paper), available at: www.southwesternfinance.org/conf-2011/swfa2011_submission_93.pdf, viewed on August 5, 2011.

[155]   Yellen, J.L., "A View of the Economic Crisis and the Federal Reserve's Response." FRBSF Economic Letter. July 6, 2009, vailable at: http://www.frbsf.org/publications/economics/ letter/2009/el2009-22 html, viewed on August 4, 2011.

CONFIDENTIAL

103. The increased market illiquidity, combined with the uncertainty of investors about the real value of securities, explains the difficulty in finding buyers of non-treasuries securities at values where buyers and sellers were willing to trade.

## C. Security Prices Fell Following Lehman's Bankruptcy

104. The effects of Lehman's downfall were not limited to specific types of securities. Beyond the losses to investors from direct investments in Lehman securities (some of which are documented above in paragraphs 77 and 78), many investors suffered losses as security prices in general decreased.  The day immediately following Lehman's bankruptcy, the S&P 500 declined almost 5 percent in value, with financial securities decreasing almost 9 percent.[156]  In Exhibits 33 through 35 I show the NYSE Composite Index, the Merrill Lynch U.S. Corporate Bond Index (for A-AAA rated bonds and AAA rated bonds), and the Merrill Lynch Asset-Backed Securities Index (for AAA rated asset-backed securities and other asset-backed securities classes).  The indices show that for some of the most commonly traded securities, there was a marked decline in prices after September 15, 2008.[157]  Even securities thought to be extremely safe, such as AAA-rated U.S. Corporate Bonds and AAA-rated asset-backed securities, suffered from this price decline.[158]

105. Academic research on repo haircuts provides another measure of the discount on securities prices.  Gorton and Metrick find that haircuts on underlying collateral for repos increased almost two-fold following the Lehman bankruptcy filing.[159]

---

[156]  Guha, K. and Mackenzie, M., "Panic grips credit markets," *Financial Times (FT.com)*, September 17, 2008, available at http://www ft.com/intl/cms/s/0/8058d308-84d3-11dd-b148-0000779fd18c html#axzz1TR10lEHT, viewed on  July 29, 2011.

[157]  An increase in the yield to maturity corresponds to a drop in price.

[158]  Gary Gorton explains that "[a]ll bond prices plummeted (spreads rose) during the financial crisis, not just the prices of subprime related bonds."  See Gorton, G., "Questions and Answers About the Financial Crisis," Yale and NBER, February 20, 2010.

[159]  See Figure 4 of Gorton, G., and Metrick, A., "Securitized Banking and the Run on Repo," *Journal of Financial Economics*, forthcoming.

52

CONFIDENTIAL

These generalized price declines indicate that even if purchasers for a specific security had been found (which was uncertain given the decreased liquidity), the price realized for the transaction would have been on lower average than before Lehman's collapse.

### D.    The Viability of Many Firms Decreased Following Lehman's Bankruptcy

106. As discussed above, I find market uncertainty increased, liquidity decreased, and security prices generally decreased following after Lehman's bankruptcy filing. I conclude this change in market dynamics negatively impacted the market, in general; this effect was particularly difficult on financial companies.

107. I examine the number of bankruptcy filings before and after Lehman's bankruptcy. If Lehman's bankruptcy did not affect the financial viability of firms, one would expect the number of bankruptcy filings before Lehman's demise to be roughly equivalent to the number of bankruptcy filings following Lehman's collapse. I look at three-, six-, and 12-month periods before and after Lehman's bankruptcy to investigate whether and to what extent the frequency of bankruptcy filings changed. As Exhibit 36 shows, the number of firms that filed for bankruptcy three-, six-, and 12-months before Lehman filed for bankruptcy when compared to the number of firms that filed for bankruptcy three-, six-, and 12-months after Lehman filed for bankruptcy rose by a factor of 1.7 (that is, approximately 70 percent.)[160] Furthermore, this increase in bankruptcy was generally higher for large and/or financial companies. The increase in frequency of bankruptcy filings indicates Lehman's bankruptcy, and the contagion effects that followed, affected the viability of other firms.

108. Similarly, the cost of insuring against default increased over this time frame. As shown in Exhibit 18, the CDX North American Investment Grade Financial CDS

---

[160]    The difference between the average number of bankruptcies per week for the 12-month period before and the 12-month period after Lehman's bankruptcy is statistically significant.

Plessman Decl. Ex. 1
Page 60

CONFIDENTIAL

Index more than tripled between late August 2008 and early October 2008. Similarly, as shown in Exhibit 19, the CDX North American Investment Grade CDS Index almost doubled during this same time frame.

109.  As referenced above (see ¶77), money market funds were under enormous pressure from investors, with certain money market funds receiving support agreements and others "breaking the buck."  Furthermore, I find the impact of Lehman's bankruptcy was not confined to funds with Lehman exposure. The FCIC Majority Report notes: "investors also pulled out of funds that did not have direct Lehman exposure," pulling $165 billion out of the commercial paper market in September alone and "shift(ing) billions of dollars of repo loans to safer collateral." [161] This shift put pressure on finance companies and investment banks with reliance on those markets.

110.  As a result of Lehman's bankruptcy, many firms throughout the global economy found themselves under duress.  In particular, as mentioned above in the analysis of CDX and bankruptcy filings, financial companies were especially stressed.  In the days following Lehman's collapse, companies like Washington Mutual, which had over $323 billion in assets in 2007, filed for bankruptcy, and companies like Merrill Lynch and Wachovia merged with other large financial.[162]  Other companies, such as AIG, were saved through government intervention.[163]

111.  Furthermore, Sigma Financial Corp. also came under duress in the wake of Lehman's bankruptcy "not only because the fund held an estimated $110 million

---

[161]  The Financial Crisis Inquiry Commission, "The Financial Crisis Inquiry Report: Final Report of the National Commission on the Causes of the Financial and Economic Crisis in the United States." January 21, 2011. p. 354, available at http://www.gpo.gov/fdsys/pkg/GPO-FCIC/content-detail.html, viewed on August 4, 2011.

[162]  Washington Mutual, Inc., Form 10-K for the fiscal year ended December 31, 2007, p. 24; Karnitschnig, M., Mollenkamp, C. and Fitzpatrick, D., "Bank of America to Buy Merrill," *The Wall Street Journal*, September 15, 2008; and "Wells Fargo to Buy Wachovia in $15.1 Billion Deal," *The New York Times*, October 3, 2008.

[163]  Karnitschnig, M., Solomon, D, Pleven, L, and Hilsenrath, J., "U.S. to Take Over AIG in $85 Billion Bailout; Central Banks Inject Cash as Credit Dries Up," *The Wall Street Journal*, September 16, 2008.

CONFIDENTIAL

in Lehman debt, but also because it had come to depend heavily on the so-called repo market to finance its investments."[164]   Lehman's bankruptcy "precipitated a sharp drop in the value of the bank-issued bonds that make up nearly two-thirds of Sigma's investments. That, in turn, led to increased margin calls from lenders and a depletion of Sigma's cash reserves."[165]

112.   The demise of financial institutions during this time is consistent with the run on the bank phenomenon described above in Section VII.   As the FCIC Majority Report quoted John J. Mack, CEO of Morgan Stanley during the crisis, "[i]n the immediate wake of Lehman's failure on September 15, Morgan Stanley and similar institutions experienced a classic 'run on the bank,' as investors lost confidence in financial institutions and the entire investment banking business model came under siege."[166]

---

[164]   Shah, N. and Mollenkamp, C., "Crisis on Wall Street: Sigma's Fall Could Worsen Market's Pain --- Lehman Collapse Has Last Big SIV Facing Liquidation," *The Wall Street Journal*, October 2, 2008.

[165]   Shah, N. and Mollenkamp, C., "Crisis on Wall Street: Sigma's Fall Could Worsen Market's Pain --- Lehman Collapse Has Last Big SIV Facing Liquidation," *The Wall Street Journal*, October 2, 2008.

[166]   The Financial Crisis Inquiry Commission, "The Financial Crisis Inquiry Report: Final Report of the National Commission on the Causes of the Financial and Economic Crisis in the United States." January 21, 2011. p. 353. Available at www.gpoaccess.gov/fcic/fcic.pdf, viewed on August 4, 2011.

Plessman Decl. Ex. 1
Page 62

CONFIDENTIAL

Signed: _Robert Glenn Hubbard_

Robert Glenn Hubbard

August 10, 2011

Witnessed, 10th day of August, 2011

*[signature]*

**WILHELMINA SANFORD**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO. 01SA6058346**
**QUALIFIED IN NEW YORK COUNTY**
**COMMISSION EXPIRES MAY 7, 20 15**

56

CONFIDENTIAL

Exhibit 1
Lehman's 25 Largest U.S. Dollar Debt Issuances at Time of Default

| CUSIP[1] | Seniority | Issue Date | Years to Maturity from Issuance | Maturity Date | Coupon | Coupon Rate | Issued Amount ($ millions) | Notes |
|---|---|---|---|---|---|---|---|---|
| 5252M0BZ9 | Senior Unsecured | 1/22/2008 | 5.0 | 1/24/2013 | Fixed Rate | 5.625% | $ 4,000 | |
| 52517P2K6 | Senior Unsecured | 5/25/2007 | 3.0 | 5/25/2010 | Variable | LIBOR 3M + 14 bp | 2,750 | [2] |
| 5252M0FD4 | Senior Unsecured | 4/24/2008 | 10.0 | 5/2/2018 | Fixed Rate | 6.875% | 2,500 | |
| 52517P5X5 | Senior Unsecured | 9/26/2007 | 7.0 | 9/26/2014 | Fixed Rate | 6.200% | 2,250 | |
| 524908R36 | Junior Subordinated | 7/19/2007 | 10.0 | 7/19/2017 | Fixed Rate | 6.500% | 2,000 | [3] |
| 524908N4 | Subordinated | 5/9/2008 | 30.0 | 5/11/2038 | Fixed Rate | 7.500% | 2,000 | [3] |
| 52517PW31 | Senior Unsecured | 3/23/2007 | 2.0 | 3/23/2009 | Variable | LIBOR 3M + 7 bp | 1,600 | [2] |
| 52517PSC6 | Senior Unsecured | 1/10/2002 | 10.0 | 1/18/2012 | Fixed Rate | 6.625% | 1,500 | |
| 52517PR78 | Senior Unsecured | 1/12/2007 | 5.0 | 1/12/2012 | Variable | LIBOR 3M + 23 bp | 1,500 | |
| 52517PR60 | Senior Unsecured | 1/12/2007 | 5.1 | 2/6/2012 | Fixed Rate | 5.250% | 1,500 | |
| 52517P4C2 | Senior Unsecured | 7/19/2007 | 5.0 | 7/19/2012 | Fixed Rate | 6.000% | 1,500 | |
| 524908R44 | Subordinated | 7/19/2007 | 30.0 | 7/17/2037 | Fixed Rate | 6.875% | 1,500 | [3] |
| 524908TM6 | Subordinated | 12/21/2007 | 10.0 | 12/28/2017 | Fixed Rate | 6.750% | 1,500 | [3] |
| 52517PN98 | Senior Unsecured | 11/16/2006 | 3.0 | 11/16/2009 | Variable | LIBOR 3M + 10 bp | 1,350 | |
| 524908UB4 | Subordinated | 10/24/2006 | 10.2 | 1/3/2017 | Fixed Rate | 5.750% | 1,250 | [3] |
| 52517PVV0 | Senior Unsecured | 2/25/2004 | 10.0 | 3/13/2014 | Fixed Rate | 4.800% | 1,150 | |
| 524908W97 | Senior Unsecured | 9/27/2007 | 2.0 | 9/25/2009 | Variable | LIBOR 3M + 16 bp | 1,135 | [3] [4] [5] |
| 52517PYN5 | Senior Unsecured | 1/11/2005 | 5.0 | 1/27/2010 | Fixed Rate | 4.250% | 1,100 | |
| 524908CM0 | Senior Unsecured | 8/15/2000 | 10.0 | 8/15/2010 | Fixed Rate | 7.875% | 1,000 | |
| 52517PA35 | Senior Unsecured | 7/13/2005 | 5.0 | 7/26/2010 | Fixed Rate | 4.500% | 1,000 | |
| 52517PF63 | Senior Unsecured | 3/29/2006 | 10.0 | 4/4/2016 | Fixed Rate | 5.500% | 1,000 | |
| 52517PG21 | Senior Unsecured | 4/3/2009 | 3.0 | 4/3/2009 | Variable | LIBOR 3M + 9 bp | 1,000 | |
| 52517PQ46 | Senior Unsecured | 12/21/2006 | 2.0 | 12/23/2008 | Variable | LIBOR 3M + 5 bp | 1,000 | [2] |
| 52517P5Y3 | Senior Unsecured | 9/26/2007 | 20.0 | 9/27/2027 | Fixed Rate | 7.000% | 1,000 | |
| 52517PD65 | Senior Unsecured | 12/21/2005 | 5.0 | 12/23/2010 | Variable | LIBOR 3M + 21 bp | 975 | |
| | | | | | | Total | $ 39,060 | |
| | | | | | | Total long-term borrowings as of 5/31/2008 | 128,182 | |
| | | | | | | Percent contained in this sample | 30% | |

Notes:
[1] Zero-coupon securities were issued at a discount to par value and are excluded from this sample.
[2] CUSIPs 524908R36, 524908?N4, 524908R44, 524908UB4, 524908W97 were identified as callable securities.
[3] No price data is available for CUSIP 524908W97.
[4] Spread to benchmark interest rate increased annually. The coupon rate shown applies to the first year after the issuance date.

Sources:
[1] Bloomberg L.P.
[2] Lehman Brothers Holdings Inc., Form 10-Q for the quarterly period ended May 31, 2008.
[3] Pricing Supplements to the Prospectuses for CUSIPs 52517P2K6, 52517PW31, 52517PR78, 52517PN98, 52517PVV0, 524908W97, 52517PG21, 52517PQ46, and 52517PD65.

CONFIDENTIAL

**Exhibit 2**

**Weighted-Average Prices for Lehman's 25 Largest U.S. Dollar Debt Issuances by Seniority**

**July 1, 2007 - September 30, 2008**



**Notes:**

[1] Weighted-average prices for Lehman's 25 largest U.S. dollar debt issuances are computed daily.  The average is weighted by the issuance amount of each bond issue.  Bonds are weighted and graphed only on the dates for which pricing information is present.

[2] The subordinated bonds include one CUSIP (52490R36) classified as junior subordinated.

[3] Lehman's 25 largest U.S. dollar debt issuances are as of the time of default.  See Exhibit 1 for a description of these issuances.

[4] Prices close to par value after Lehman's bankruptcy were removed. According to trade reports posted by FINRA, these prices represent cancelled trades or special trades at seller's option.

[5] No price data are available for CUSIP 52490W97.

**Sources:**

[1] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L.P.

[2] FINRA.

CONFIDENTIAL

**Exhibit 3**
**Bond Value as a Percent of the Value 12 Months Prior to Lehman's Bankruptcy Filing**
**Comparable Financial Companies**

| Company | Days Prior to Lehman's Bankruptcy Filing, September 15, 2008 [1][2][3] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 |
| **Investment Banks** | | | | | | | | | | |
| Bear Stearns Companies Inc [4] | 100 0% | 99 4% | | | | | | | | |
| Goldman Sachs Group, Inc | 100 0% | 102 0% | 100 1% | 99 3% | 97 6% | 98 5% | 98 0% | 97 4% | 98 1% | 96 5% |
| Merrill Lynch & Co , Inc [5] | 100 0% | 100 1% | 96 6% | 94 1% | 93 0% | 94 4% | 89 8% | 91 8% | 90 5% | 76 2% |
| Morgan Stanley | 100 0% | 100 2% | 97 1% | 97 7% | 94 1% | 95 0% | 96 0% | 97 1% | 94 7% | 95 0% |
| **Banking and Financial Institutions [6]** | | | | | | | | | | |
| American Express Co | 100 0% | 101 7% | 99 2% | 98 8% | 96 7% | 95 4% | 96 3% | 95 4% | 96 1% | 94 6% |
| Ameriprise Financial, Inc | 100 0% | 101 7% | 99 1% | 96 4% | 94 6% | 95 2% | 95 8% | 94 6% | 98 5% | 99 7% |
| Bank of America Corp [5] | 100 0% | 102 3% | 102 7% | 102 1% | 101 3% | 102 3% | 102 2% | 102 3% | 102 4% | 101 7% |
| Bank of New York Mellon Corp | 100 0% | 101 5% | 101 7% | 101 2% | 99 6% | 100 7% | 102 4% | 101 6% | 101 5% | 99 4% |
| BB&T Corp | 100 0% | 100 3% | 100 6% | 98 1% | 93 0% | 93 3% | 94 9% | 93 8% | 96 3% | 96 3% |
| Capital One Financial Corp | 100 0% | 97 9% | 97 1% | 97 7% | 94 5% | 95 0% | 95 1% | 94 2% | 93 5% | 92 0% |
| Citigroup Inc | 100 0% | 99 5% | 98 0% | 98 5% | 95 9% | 97 5% | 97 8% | 96 6% | 96 6% | 96 5% |
| Fifth Third Bancorp | 100 0% | 99 5% | 95 5% | 92 1% | 77 0% | 78 2% | 78 6% | 78 6% | 71 8% | 75 8% |
| Ford Motor Credit Company LLC [7] | 100 0% | 95 9% | 90 1% | 96 6% | 89 4% | 90 6% | 89 7% | 90 1% | 90 3% | 92 0% |
| General Electric Capital Corp [7] | 100 0% | 101 1% | 100 7% | 98 7% | 97 5% | 98 7% | 98 7% | 98 3% | 99 3% | 98 3% |
| JPMorgan Chase & Co [7] | 100 0% | 100 4% | 101 3% | 100 2% | 99 4% | 99 6% | 100 0% | 100 4% | 99 1% | 99 2% |
| National City Corp [8] | 100 0% | 97 2% | 92 8% | 83 9% | 69 2% | 73 4% | 71 7% | 74 4% | 69 7% | 71 3% |
| PNC Financial Services Group, Inc [8][9] | 100 0% | 100 0% | 98 1% | 97 4% | 97 7% | 96 4% | 98 0% | 98 2% | 100 0% | 98 1% |
| Regions Financial Corp | 100 0% | 99 1% | 97 0% | 95 7% | 93 2% | 88 0% | 91 3% | 91 7% | 90 6% | 91 6% |
| SLM Corp | 100 0% | 99 7% | 88 0% | 98 5% | 96 9% | 98 6% | 97 4% | 97 1% | 98 5% | 96 4% |
| State Street Corp | 100 0% | 98 2% | 98 6% | 98 1% | 95 7% | 99 3% | 98 3% | 98 9% | 98 5% | |
| SunTrust Banks, Inc | 100 0% | 99 8% | 99 7% | 95 8% | 92 1% | 94 4% | 97 0% | 99 8% | 97 8% | 96 4% |
| U S Bancorp | 100 0% | 100 3% | 100 5% | 99 8% | 97 4% | 99 4% | 100 4% | 101 2% | 100 8% | 101 9% |
| Wachovia Corp [10] | 100 0% | 99 7% | 99 6% | 97 3% | 92 7% | 91 5% | 92 0% | 90 6% | 91 2% | 89 3% |
| Wells Fargo & Co [10] | 100 0% | 99 5% | 99 5% | 99 5% | 98 9% | 99 3% | 99 9% | 101 4% | 98 7% | 100 2% |
| **Mean [11]** | **100.0%** | **99 9%** | **98.0%** | **97.3%** | **93 8%** | **94.5%** | **94 8%** | **94.8%** | **94.5%** | **93.6%** |
| **Median [11]** | **100.0%** | **99 9%** | **99.1%** | **98.1%** | **95.7%** | **95.4%** | **97.0%** | **96.6%** | **97.8%** | **96.4%** |
| Lehman [12] | 100 0% | 101 2% | 94 3% | 95 8% | 93 4% | 94 6% | 93 2% | 92 7% | 82 9% | 76 0% |

**Notes:**

[1] For figures fewer than 30 days prior to September 15, 2008, the last available trading price within the two trading day window ending on the specified date is used

[2] For figures 30 days or more prior to September 15, 2008, the last available trading price within the 30 calendar day window ending on the specified date is used  Bonds without price data are excluded from this analysis

[3] Figures for companies other than Lehman are calculated as the weighted average of bond value as a percent of the bond value 365 days prior to September 15, 2008, using the company's ten largest outstanding U S Dollar corporate bond issues that were issued at least one year prior to Lehman's bankruptcy filing; in the case of several bonds qualifying for the tenth largest issuance, all are included  The average is weighted by the issuance amount of each bond issue

[4] JPMorgan Chase & Co  announced the acquisition of The Bear Stearns Companies Inc  on March 16, 2008

[5] Bank of America Corp  announced the acquisition of Merrill Lynch & Co , Inc  on September 14, 2008

[6] Banking and financial institutions are identified by Capital IQ  See Footnote 8 of the Expert Report for further detail

[7] The debt issuances of the financial subsidiaries of Ford Motor Co  and General Electric Co  (Ford Motor Credit Co  LLC and General Electric Capital Corp , respectively) are used in this analysis to account for the non-financial business components of these firms

[8] PNC Financial Services Group, Inc  announced the acquisition of National City Corp  on October 24, 2008

[9] Bonds issued by PNC Funding Corp  and unconditionally guaranteed by PNC Financial Services Group, Inc  or its predecessor, PNC Bank Corp , are used in this analysis

[10] Wells Fargo & Co  announced the acquisition of Wachovia Corp  on October 3, 2008

[11] Mean and median exclude Lehman

[12] Figures for Lehman rely on the company's 25 largest U S dollar debt issuances outstanding as of the bankruptcy filing on September 15, 2008 (see Exhibit 1)  Seven of these issuances are excluded from this analysis, as they were issued less than one year prior to the bankruptcy filing

[13] All prices used in this analysis are sourced from TRACE as reported by FINRA  Use of an alternative source, Bloomberg Generic Pricing offered by Bloomberg L P , does not yield meaningfully different results

[14] The Capital Group Companies, Inc  did not have any debt issuances outstanding as of Lehman's bankruptcy filing and is excluded from this analysis

**Sources:**

[1] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L P

[2] Capital IQ

[3] Pricing Supplements to the Prospectuses for the debt issuances of PNC Funding Corp , CUSIPs 693476AZ, 693476BB, 693476AT, 693476AP, 693476BC, 693476BA, 693476AW, 69347UAC, 693476AV, and 693476AL

CONFIDENTIAL

Exhibit 4
**Bond Value as a Percentage of Bond Value 12 Months Prior to Bankruptcy Filing**
**Banking and Financial Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1][2][3] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 |
| BankUnited Financial Corp. | 5/21/2009 | 100.0% | 70.1% | 22.6% | 21.2% | 18.1% | 15.8% | | | 81.4% | |
| Capmark Financial Group Inc. | 10/25/2009 | 100.0% | 114.3% | 80.4% | 61.0% | 63.1% | 66.8% | 56.4% | 54.4% | 56.3% | 53.9% |
| CIT Group Inc. | 11/1/2009 | 100.0% | 136.8% | 123.2% | 93.0% | 100.8% | 112.0% | 106.8% | 109.2% | 108.8% | 107.7% |
| Downey Financial Corp. | 11/25/2008 | 100.0% | 87.9% | 71.1% | 62.9% | 31.2% | 8.2% | | | | |
| Franklin Bank Corp. | 11/12/2008 | 100.0% | | 42.0% | 33.8% | | | | | | |
| Fremont General Corp. | 6/18/2008 | 100.0% | 90.3% | 95.3% | 59.7% | 91.5% | 91.5% | | | | |
| Thornburg Mortgage, Inc. | 5/1/2008 | 100.0% | 85.0% | 24.1% | 29.5% | 23.1% | 2.6% | | | | |
| Washington Mutual, Inc. | 9/26/2008 | 100.0% | 91.3% | 84.6% | 87.3% | 70.6% | 68.4% | 50.2% | 33.0% | 54.3% | 27.5% |
| **Mean** [4] | | **100.0%** | **96.5%** | **67.9%** | **56.0%** | **56.9%** | **52.2%** | **71.2%** | **65.5%** | **75.2%** | **63.0%** |
| **Median** [4] | | **100.0%** | **90.3%** | **75.8%** | **60.4%** | **63.1%** | **66.8%** | **56.4%** | **54.4%** | **68.8%** | **53.9%** |
| Lehman [5] | 9/15/2008 | 100.0% | 101.2% | 94.3% | 95.8% | 93.4% | 94.6% | 93.2% | 92.7% | 82.9% | 76.0% |

**Notes:**

[1] For figures fewer than 30 days prior to bankruptcy filing, the last available trading price within the two trading day window ending on the specified date is used.

[2] For figures 30 days or more prior to bankruptcy filing, the last available trading price within the 30 calendar day window ending on the specified date is used. Bonds without price data are excluded from this analysis.

[3] Figures for companies other than Lehman are calculated as the weighted average of bond value as a percent of the bond value 365 days prior to bankruptcy filing, using up to ten of the company's largest outstanding U.S. Dollar corporate bond issues that were issued at least one year prior to the company's bankruptcy filing. The average is weighted by the issuance amount of each bond issue.

[4] Mean and median exclude Lehman.

[5] Figures for Lehman rely on the company's 25 largest U.S. Dollar debt issuances outstanding as of the bankruptcy filing on September 15, 2008 (see Exhibit 1). Seven of these issuances are excluded from this analysis, as they were issued less than one year prior to the bankruptcy filing.

[6] Banking and financial companies are those that have an industry classification of "Banking & Finance" as classified by BankruptcyData.com.

[7] Advanta Corp., American Home Mortgage Investment Corp., AmTrust Financial Corp., Capital Corp of the West, Colonial BancGroup, Inc., Delta Financial Corp., Guaranty Financial Group Inc., HomeBanc Corp., Imperial Capital Bancorp, Inc., IndyMac Bancorp, Inc., Integrity Bancshares, Inc., Irwin Financial Corp., Luminent Mortgage Capital, Inc., NetBank, Inc., New Century Financial Corp., People's Choice Financial Corp., PFF Bancorp, Inc., ResMAE Mortgage Corp., Security Bank Corp., Silver State Bancorp, Taylor, Bean & Whitaker Mortgage Corp., Temecula Valley Bancorp Inc., UCBH Holdings, Inc., and Vineyard National Bancorp are excluded from this sample, as bond price data for these issuers are not available for the relevant time period.

[8] All prices used in this analysis are sourced from TRACE as reported by FINRA. Use of an alternative source, Bloomberg Generic Pricing offered by Bloomberg L.P., does not yield meaningfully different results.

**Sources:**

[1] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com.

[2] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L.P.

CONFIDENTIAL

**Exhibit 5**
**Bond Value as a Percentage of Bond Value 12 Months Prior to Bankruptcy Filing**
**Companies in Other Industries with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1][2][3] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 |
| AbitibiBowater Inc | 4/16/2009 | 100 0% | 109 3% | 52 6% | 33 2% | 34 1% | 22 6% | 14 2% | 26 1% | 42 7% | |
| Aleris International, Inc | 2/12/2009 | 100 0% | 105 7% | 101 9% | 42 9% | 12 7% | 14 4% | 14 0% | 16 9% | 2 0% | 1 2% |
| Apex Silver Mines Limited | 1/12/2009 | 100 0% | 84 6% | 55 9% | 14 0% | 8 9% | 1 4% | 2 8% | 8 4% | 2 8% | 2 1% |
| Bally Total Fitness Holding Corp | 12/3/2008 | 100 0% | 66 6% | 68 0% | | 22 7% | 0 6% | | 0 1% | | |
| Charter Communications, Inc | 3/27/2009 | 100 0% | 102 1% | 74 3% | 7 8% | 7 2% | 11 3% | | | | 13 4% |
| Chemtura Corp | 3/18/2009 | 100 0% | 102 8% | 95 5% | 49 4% | 53 4% | 41 9% | 45 3% | 32 4% | 33 0% | 31 3% |
| Chrysler LLC | 4/30/2009 | 100 0% | 85 1% | 70 0% | 63 3% | 64 0% | 62 6% | 65 4% | 65 8% | 67 1% | 63 4% |
| Citadel Broadcasting Corp | 12/20/2009 | 100 0% | 67 8% | | | | 39 5% | | | | |
| General Motors Corp | 6/1/2009 | 100 0% | 71 6% | 30 7% | 18 2% | 16 4% | 13 3% | 6 2% | 8 1% | 9 3% | 13 6% |
| Hawaiian Telcom Communications, Inc | 12/1/2008 | 100 0% | 80 2% | 39 8% | 26 4% | 20 8% | 10 3% | 0 1% | | | |
| Herbst Gaming, Inc | 3/22/2009 | 100 0% | 147 3% | 38 7% | 0 1% | 0 1% | 0 7% | | 1 6% | 0 8% | 0 7% |
| Idearc Inc | 3/31/2009 | 100 0% | 95 0% | 36 8% | 11 5% | 6 1% | 3 1% | 3 0% | 2 3% | 3 1% | 5 6% |
| ION Media Networks, Inc | 5/19/2009 | 100 0% | 105 8% | 6 7% | 0 5% | 0 0% | 0 0% | | | | |
| LandAmerica Financial Group, Inc | 11/26/2008 | 100 0% | 126 4% | 99 0% | 84 0% | 85 4% | 81 7% | | | | |
| Lear Corp | 7/7/2009 | 100 0% | 66 1% | 53 2% | 26 0% | 28 7% | 35 0% | 26 3% | 30 9% | 45 7% | 45 7% |
| Metaldyne Corp | 5/27/2009 | 100 0% | 51 4% | 23 9% | 34 2% | | 30 3% | | | | |
| Movie Gallery, Inc | 10/16/2007 | 100 0% | 122 6% | 144 4% | 62 9% | 25 0% | 64 5% | 57 3% | 56 5% | 50 4% | 50 8% |
| Nortel Networks Corp / Nortel Networks, Inc | 1/14/2009 | 100 0% | 91 2% | 91 3% | 67 3% | 29 7% | 17 4% | 20 8% | | 19 4% | 22 7% |
| NTK Holdings, Inc | 10/21/2009 | 100 0% | 37 1% | 32 9% | 15 0% | 14 3% | 7 7% | | 7 3% | | |
| Pilgrim's Pride Corp | 12/1/2008 | 100 0% | 94 3% | 92 3% | 89 4% | 43 3% | 27 5% | 10 2% | 10 4% | 11 8% | 4 6% |
| Quebecor World (USA), Inc | 1/21/2008 | 100 0% | 103 9% | 98 1% | 97 0% | 90 4% | 88 8% | 86 9% | 77 4% | 70 5% | 70 0% |
| R H  Donnelley Corp | 5/28/2009 | 100 0% | 74 4% | 20 6% | 7 0% | 11 9% | 8 6% | 6 4% | 3 9% | 12 8% | 10 5% |
| Reader's Digest Association, Inc | 8/24/2009 | 100 0% | 40 4% | 14 2% | 16 9% | 24 6% | 7 5% | | | 13 3% | 4 2% |
| Smurfit-Stone Container Corp | 1/26/2009 | 100 0% | 94 2% | 89 8% | 53 7% | 27 3% | 19 8% | 19 4% | 13 1% | 12 5% | 11 9% |
| Spectrum Brands, Inc | 2/3/2009 | 100 0% | 103 5% | 85 2% | 48 7% | 24 3% | 28 9% | 29 1% | 29 1% | 32 8% | 32 8% |
| Station Casinos, Inc | 7/28/2009 | 100 0% | 35 0% | 14 9% | 23 1% | 23 8% | 21 6% | | 14 7% | 5 2% | 5 2% |
| TOUSA, Inc | 1/29/2008 | 100 0% | 90 4% | 65 9% | 28 9% | 16 0% | 18 5% | 20 8% | 22 6% | 18 9% | 20 5% |
| Tribune Company | 12/8/2008 | 100 0% | 72 4% | 79 7% | 66 4% | 59 9% | 41 9% | 21 7% | 20 3% | 16 5% | 17 5% |
| Trump Entertainment Resorts, Inc | 2/17/2009 | 100 0% | 87 0% | 63 8% | 21 7% | 18 9% | 18 9% | 19 3% | 19 6% | 19 6% | 20 3% |
| VeraSun Energy Corp | 10/31/2008 | 100 0% | 98 0% | 90 8% | 86 1% | 87 1% | 59 7% | 59 7% | 51 7% | 46 8% | 35 8% |
| Visteon Corp | 5/27/2009 | 100 0% | 85 0% | 20 0% | 7 9% | 8 6% | 7 7% | 12 8% | 7 5% | 8 7% | 8 7% |
| WCI Communities, Inc | 8/4/2008 | 100 0% | 91 6% | 77 0% | 71 2% | 59 6% | 58 5% | 44 3% | 61 9% | | 59 3% |
| **Mean** [4] | | **100.0%** | **87.3%** | **60.9%** | **38.6%** | **30.5%** | **26.3%** | **26.5%** | **23.6%** | **23.6%** | **22.9%** |
| **Median** [4] | | **100.0%** | **91.2%** | **64.8%** | **28.9%** | **23.8%** | **19.5%** | **20.8%** | **18.4%** | **17.7%** | **16.4%** |

**Notes:**
[1] For figures fewer than 30 days prior to bankruptcy filing, the last available trading price within the two trading day window ending on the specified date is used
[2] For figures 30 days or more prior to bankruptcy filing, the last available trading price within the 30 calendar day window ending on the specified date is used   Bonds without price data are excluded from this analysis
[3] Figures for companies other than Lehman are calculated as the weighted average of bond value as a percent of the bond value 365 days prior to bankruptcy filing, using up to ten of the company's
[4] Mean and median exclude Lehman
[5] Figures for Lehman rely on the company's 25 largest U S  Dollar debt issuances outstanding as of the bankruptcy filing on September 15, 2008 (see Exhibit 1)  Seven of these issuances are excluded from this analysis, as they were issued less than one year prior to the bankruptcy filing
[6] Companies in Other Industries are those that have an industry classification other than "Banking & Finance" by BankruptcyData com
[7] BearingPoint, Inc , Chesapeake Corp , Circuit City Stores, Inc , Cooper-Standard Holdings, Inc , Crescent Resources, LLC, Education Resources Institute, Inc , Extended Stay Inc , FairPoint
[8] All prices used in this analysis are sourced from TRACE as reported by FINRA  Use of an alternative source, Bloomberg Generic Pricing offered by Bloomberg L P , does not yield meaningfully different results

**Sources:**
[1] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData com
[2] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L P

CONFIDENTIAL

**Exhibit 6**
**Debt Issued by Lehman**
**July 1, 2007 - September 15, 2008**

| Quarter | Issue Amount | | | Total |
|---------|--------------|---|---|-------|
| | Senior Unsecured | | Subordinated | |
| Q3 2007 | $ 10,784,728,230 | $ | 3,500,000,000 | $ 14,284,728,230 |
| Q4 2007 | 1,138,585,860 | | 1,500,000,000 | 2,638,585,860 |
| Q1 2008 | 5,933,512,690 | | - | 5,933,512,690 |
| Q2 2008 | 2,922,104,790 | | 2,000,000,000 | 4,922,104,790 |
| Q3 2008 | 103,984,020 | | - | 103,984,020 |
| **Total** | $ 20,882,915,590 | $ | 7,000,000,000 | $ 27,882,915,590 |

**Notes:**

[1] Debt is limited to new debt issued by Lehman in U.S. dollars between July 1, 2007 and September 15, 2008, as reported by Bloomberg.

[2] Senior unsecured is the sum of all senior unsecured, senior unsubordinated, unsecured, senior note, and unsubordinated debt.

[3] Subordinated is the sum of all subordinated and junior subordinated debt.

[4] Lehman also issued $230 million of debt in the form of notes. Notes are defined as "a legal document that is evidence of a debt and that requires payment within a specific time period."

[5] Thirty-eight of the 678 debt securities issued by Lehman do not have issue amount available on Bloomberg. I exclude these notes from this analysis.

**Source:** Bloomberg L.P.

CONFIDENTIAL

**Exhibit 7**
**Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Bankruptcy Filing**
**Banking and Financial Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1] | | | | | | | | | | Market Cap 12 Months Prior to Bankruptcy Filing ($ millions) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 | |
| Advanta Corp | 11/8/2009 | 100.0% | 26.5% | 43.2% | 24.9% | 23.9% | 23.9% | 18.8% | 18.3% | 14.9% | 16.8% | $ 28.3 |
| American Home Mortgage Investment Corp | 8/6/2007 | 100.0% | 95.6% | 107.5% | 71.8% | 71.0% | 59.3% | 43.2% | 35.3% | 5.0% | 2.3% | 1,610.0 |
| BankUnited Financial Corp | 5/21/2009 | 100.0% | 50.6% | 9.4% | 6.6% | 6.9% | 8.2% | 16.8% | 22.6% | 24.2% | 22.0% | 112.0 |
| Capital Corp of the West | 5/11/2009 | 100.0% | 72.2% | 39.8% | 1.7% | 0.2% | 0.4% | 0.6% | 0.6% | 0.5% | 0.8% | 55.4 |
| CIT Group Inc | 11/1/2009 | 100.0% | 94.0% | 92.8% | 35.0% | 48.6% | 40.1% | 38.4% | 38.4% | 32.9% | 24.7% | 1,144.4 |
| Colonial BancGroup, Inc | 8/25/2009 | 100.0% | 40.7% | 8.1% | 22.6% | 11.4% | 11.7% | 8.6% | 6.7% | 1.4% | 1.1% | 1,247.1 |
| Delta Financial Corp | 12/17/2007 | 100.0% | 86.3% | 123.2% | 52.4% | 51.8% | 15.1% | 18.2% | 2.0% | 1.3% | 1.1% | 239.2 |
| Downey Financial Corp | 11/25/2008 | 100.0% | 78.8% | 22.3% | 6.0% | 6.1% | 4.2% | 4.6% | 1.2% | 0.6% | 0.6% | 926.6 |
| Franklin Bank Corp | 11/12/2008 | 100.0% | 55.6% | 13.9% | 8.8% | 5.8% | 3.8% | 3.4% | 3.1% | 3.4% | 3.4% | 191.3 |
| Fremont General Corp | 6/18/2008 | 100.0% | 48.5% | 33.7% | 3.7% | 1.0% | 1.0% | 0.8% | 0.7% | 0.6% | 0.6% | 957.7 |
| Guaranty Financial Group Inc | 8/27/2009 | 100.0% | 139.7% | 22.2% | 16.6% | 13.5% | 6.7% | 20.7% | 20.7% | 15.0% | 7.7% | 210.5 |
| HomeBanc Corp | 8/9/2007 | 100.0% | 60.2% | 52.4% | 24.6% | 23.6% | 15.2% | 12.1% | 10.2% | 4.3% | 1.0% | 362.1 |
| Imperial Capital Bancorp, Inc | 12/18/2009 | 100.0% | 15.1% | 12.1% | 9.1% | 17.8% | 2.1% | 2.7% | 3.0% | 3.0% | 2.4% | 18.0 |
| IndyMac Bancorp, Inc | 7/31/2008 | 100.0% | 60.3% | 56.1% | 21.0% | 13.5% | 4.6% | 0.5% | 1.0% | 0.7% | 1.1% | 1,415.8 |
| Integrity Bancshares, Inc | 10/10/2008 | 100.0% | 53.0% | 15.6% | 7.2% | 6.0% | 0.5% | 0.1% | 0.0% | 0.1% | 0.1% | 64.7 |
| Irwin Financial Corp | 9/18/2009 | 100.0% | 48.8% | 46.9% | 14.7% | 17.8% | 27.8% | 23.1% | 22.6% | 21.7% | 11.9% | 126.7 |
| Lumiaent Mortgage Capital, Inc | 9/5/2008 | 100.0% | 87.2% | 42.1% | 17.3% | 8.9% | 9.8% | 6.0% | 6.8% | 4.9% | 6.0% | 57.6 |
| NetBank, Inc | 9/28/2007 | 100.0% | 76.1% | 41.4% | 5.8% | 4.3% | 2.1% | 1.5% | 1.5% | 1.5% | 1.4% | 282.9 |
| New Century Financial Corp | 4/2/2007 | 100.0% | 101.4% | 95.6% | 77.4% | 73.9% | 35.9% | 5.7% | 4.9% | 2.7% | 2.6% | 2,263.3 |
| PFF Bancorp, Inc | 12/5/2008 | 100.0% | 73.5% | 14.2% | 13.6% | 12.5% | 12.3% | 6.1% | 0.1% | 0.1% | 0.1% | 208.1 |
| Security Bank Corp | 7/31/2009 | 100.0% | 40.4% | 15.3% | 11.1% | 10.5% | 8.8% | 6.1% | 6.1% | 4.6% | 4.6% | 122.0 |
| Silver State Bancorp | 1/6/2009 | 100.0% | 62.5% | 11.3% | 0.4% | 0.2% | 0.1% | 0.0% | 0.1% | 0.0% | 0.1% | 207.6 |
| Temecula Valley Bancorp Inc | 11/6/2009 | 100.0% | 22.2% | 13.6% | 0.3% | 0.3% | 0.5% | 0.3% | 0.3% | 0.3% | 0.3% | 37.5 |
| Thornburg Mortgage, Inc | 5/1/2009 | 100.0% | 29.0% | 17.9% | 13.5% | 7.2% | 2.3% | 1.6% | 1.6% | 1.5% | 2.2% | 306.9 |
| UCBH Holdings, Inc | 11/24/2009 | 100.0% | 42.2% | 41.4% | 37.9% | 25.0% | 24.2% | 23.1% | 23.1% | 2.4% | 1.9% | 438.7 |
| Vineyard National Bancorp | 7/21/2009 | 100.0% | 28.0% | 6.9% | 5.9% | 4.5% | 3.4% | 3.8% | 3.8% | 4.5% | 4.0% | 29.4 |
| Washington Mutual, Inc | 9/26/2008 | 100.0% | 38.6% | 29.4% | 16.8% | 22.2% | 19.9% | 16.0% | 13.1% | 24.0% | 12.7% | 30,245.3 |
| **Mean** [2] | | **100.0%** | **60.3%** | **38.1%** | **19.5%** | **18.1%** | **12.7%** | **10.5%** | **9.2%** | **6.5%** | **4.9%** | |
| **Median** [2] | | **100.0%** | **55.6%** | **29.4%** | **13.6%** | **11.4%** | **8.2%** | **6.0%** | **3.8%** | **2.7%** | **2.2%** | |
| Lehman | 9/15/2008 | 100.0% | 104.9% | 71.3% | 56.0% | 41.9% | 36.2% | 36.0% | 36.3% | 16.2% | 8.2% | $ 31,026.0 |

Notes:
[1] If the indicated number of days prior to bankruptcy falls on a non-trading day, data from the previous trading day are used
[2] Mean and median exclude Lehman
[3] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends
[4] Banking and financial companies are those that have an industry classification of "Banking & Finance" as classified by BankruptcyData.com
[5] AmTrust Financial Corp., Capmark Financial Group Inc., People's Choice Financial Corp. Inc., ResMAE Mortgage Corp., and Taylor, Bean & Whitaker Mortgage Corp. were not publicly traded during the relevant period and are excluded from this analysis

Sources:
[1] Bloomberg L.P.
[2] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com

CONFIDENTIAL

**Exhibit 8**
**Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Bankruptcy Filing**
**Companies in Other Industries with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1] | | | | | | | | | | Market Cap 12 Months Prior to Bankruptcy Filing ($ millions) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 | |
| AbitibiBowater Inc | 4/16/2009 | 100.0% | 65.4% | 14.8% | 4.9% | 4.7% | 5.7% | 4.3% | 4.1% | 4.0% | 4.0% | $  663.1 |
| Apex Silver Mines Limited | 1/12/2009 | 100.0% | 69.9% | 32.2% | 10.7% | 5.3% | 4.5% | 8.2% | 5.5% | 4.5% | 4.5% | 927.6 |
| BearingPoint, Inc | 2/18/2009 | 100.0% | 74.7% | 60.8% | 2.2% | 1.5% | 2.2% | 1.4% | 0.8% | 0.5% | 0.5% | 405.3 |
| Charter Communications, Inc | 3/27/2009 | 100.0% | 116.9% | 93.4% | 12.8% | 8.7% | 2.6% | 2.5% | 2.8% | 5.5% | 3.8% | 366.4 |
| Chemtura Corp | 3/18/2009 | 100.0% | 115.8% | 81.8% | 17.7% | 14.5% | 9.6% | 4.0% | 3.8% | 2.4% | 1.4% | 1,741.7 |
| Chesapeake Corp | 12/29/2008 | 100.0% | 92.6% | 39.5% | 12.5% | 0.9% | 0.5% | 0.6% | 1.0% | 0.9% | 1.4% | 109.8 |
| Circuit City Stores, Inc | 11/10/2008 | 100.0% | 76.9% | 77.8% | 27.8% | 26.9% | 5.7% | 3.8% | 4.0% | 4.2% | 3.8% | 1,091.9 |
| Citadel Broadcasting Corp | 12/20/2009 | 100.0% | 30.4% | 18.4% | 25.3% | 72.8% | 23.1% | 21.4% | 17.5% | 6.0% | 6.8% | 62.1 |
| FairPoint Communications, Inc | 10/26/2009 | 100.0% | 66.9% | 28.5% | 14.2% | 22.3% | 16.0% | 10.4% | 9.7% | 9.7% | 9.0% | 371.3 |
| Frontier Airlines Holdings, Inc | 4/10/2008 | 100.0% | 96.0% | 109.6% | 58.3% | 52.4% | 43.6% | 44.1% | 41.8% | 35.9% | 32.6% | 221.7 |
| General Growth Properties, Inc | 4/16/2009 | 100.0% | 83.2% | 16.9% | 3.7% | 1.8% | 2.0% | 2.1% | 3.1% | 3.1% | 3.4% | 9,660.1 |
| General Motors Corp | 6/1/2009 | 100.0% | 62.5% | 30.9% | 12.5% | 13.2% | 11.4% | 6.9% | 9.0% | 7.3% | 4.7% | 9,681.2 |
| Hayes Lemmerz International, Inc | 5/11/2009 | 100.0% | 67.2% | 14.8% | 2.5% | 1.0% | 5.5% | 4.5% | 3.8% | 5.6% | 5.8% | 403.3 |
| Idearc Inc | 3/31/2009 | 100.0% | 47.8% | 27.7% | 2.4% | 1.8% | 1.4% | 1.5% | 1.7% | 1.6% | 1.7% | 533.9 |
| LandAmerica Financial Group, Inc | 11/26/2008 | 100.0% | 154.6% | 127.3% | 76.3% | 101.3% | 33.4% | 28.6% | 23.0% | 18.6% | 2.2% | 361.0 |
| Lear Corp | 7/7/2009 | 100.0% | 46.1% | 12.0% | 6.9% | 18.9% | 9.4% | 6.7% | 3.0% | 1.7% | 1.7% | 1,022.7 |
| Magna Entertainment Corp | 3/5/2009 | 100.0% | 56.2% | 50.9% | 7.3% | 5.6% | 4.5% | 3.5% | 1.7% | 2.4% | 2.0% | 42.5 |
| Movie Gallery, Inc | 10/16/2007 | 100.0% | 136.0% | 179.3% | 26.6% | 12.0% | 23.5% | 20.8% | 20.5% | 12.2% | 12.1% | 70.7 |
| Nortel Networks, Inc | 1/14/2009 | 100.0% | 59.7% | 64.1% | 14.7% | 5.1% | 3.0% | 2.5% | 2.7% | 3.6% | 3.8% | 5,429.0 |
| Pilgrim's Pride Corp | 12/1/2008 | 100.0% | 92.0% | 101.6% | 57.0% | 12.9% | 4.7% | 1.1% | 1.3% | 4.4% | 4.9% | 1,727.6 |
| Quebecor World (USA), Inc | 1/21/2008 | 100.0% | 115.4% | 104.8% | 75.3% | 21.0% | 16.8% | 14.7% | 7.6% | 1.6% | 2.7% | 1,012.9 |
| R H  Donnelley Corp | 5/28/2009 | 100.0% | 74.1% | 10.9% | 3.4% | 4.5% | 2.6% | 2.9% | 3.4% | 3.0% | 3.2% | 348.1 |
| SIRVA, Inc | 2/5/2008 | 100.0% | 72.3% | 28.0% | 13.2% | 5.5% | 4.2% | 3.5% | 3.5% | 3.5% | 4.0% | 235.2 |
| Six Flags, Inc | 6/13/2009 | 100.0% | 51.0% | 15.5% | 8.3% | 9.8% | 17.6% | 16.0% | 16.0% | 14.5% | 13.7% | 189.4 |
| Smurfit-Stone Container Corp | 1/26/2009 | 100.0% | 64.8% | 60.0% | 11.0% | 5.9% | 3.0% | 4.3% | 0.7% | 0.5% | 0.7% | 2,255.7 |
| Source Interlink Companies, Inc | 4/27/2009 | 100.0% | 117.2% | 23.4% | 8.3% | 8.3% | 17.9% | 10.2% | 15.5% | 13.0% | 13.1% | 75.9 |
| Spansion Inc | 3/1/2009 | 100.0% | 131.5% | 99.3% | 8.7% | 8.2% | 2.9% | 2.6% | 2.2% | 2.6% | 2.2% | 372.2 |
| Spectrum Brands, Inc | 2/3/2009 | 100.0% | 94.8% | 56.2% | 13.8% | 2.2% | 1.9% | 1.2% | 0.8% | 1.0% | 1.0% | 245.0 |
| Tarragon Corp | 1/12/2009 | 100.0% | 159.5% | 69.9% | 10.1% | 3.9% | 8.1% | 5.4% | 6.1% | 6.7% | 6.7% | 43.1 |
| TOUSA, Inc | 1/29/2008 | 100.0% | 40.8% | 31.1% | 7.9% | 1.2% | 1.4% | 1.7% | 1.4% | 1.5% | 1.5% | 549.4 |
| Tronox Inc | 1/12/2009 | 100.0% | 45.0% | 15.5% | 1.8% | 1.9% | 0.5% | 0.3% | 0.5% | 0.7% | 0.7% | 137.4 |
| Trump Entertainment Resorts, Inc | 2/17/2009 | 100.0% | 65.5% | 29.5% | 10.0% | 5.1% | 5.6% | 5.8% | 5.4% | 5.6% | 5.6% | 130.3 |
| VeraSun Energy Corp | 10/31/2008 | 100.0% | 78.8% | 90.8% | 84.4% | 75.8% | 37.6% | 26.3% | 23.2% | 15.1% | 6.4% | 1,194.4 |
| Visteon Corp | 5/27/2009 | 100.0% | 78.2% | 18.2% | 2.9% | 4.2% | 4.7% | 7.0% | 6.9% | 6.7% | 6.7% | 537.7 |
| WCI Communities, Inc | 8/4/2008 | 100.0% | 71.3% | 81.7% | 52.3% | 31.4% | 23.1% | 23.1% | 22.8% | 20.4% | 21.3% | 250.0 |
| **Mean** [2] | | **100.0%** | **82.0%** | **54.8%** | **20.2%** | **16.4%** | **10.3%** | **8.7%** | **7.9%** | **6.6%** | **5.7%** | |
| **Median** [2] | | **100.0%** | **74.1%** | **39.5%** | **11.0%** | **5.9%** | **5.5%** | **4.3%** | **3.8%** | **4.2%** | **3.8%** | |
| Lehman | 9/15/2008 | 100.0% | 104.9% | 71.3% | 56.0% | 41.9% | 36.2% | 36.0% | 36.3% | 16.2% | 8.2% | $  31,026.0 |

Notes:
[1] If the indicated number of days prior to bankruptcy falls on a non-trading day, data from the previous trading day are used
[2] Mean and median exclude Lehman
[3] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends
[4] Companies in Other Industries are those that have an industry classification other than "Banking & Finance" by BankruptcyData com
[5] Aleris International, Inc , Bally Total Fitness Holding Corp , Chrysler LLC, Cooper-Standard Holdings, Inc , Crescent Resources, LLC, Education Resources Institute, Inc , Extended Stay Inc , Flying J Inc ,
Fountainbleu Las Vegas, LLC, General Motors Corp , Hawaiian Telcom Communications, Inc , Herbst Gaming, Inc , Ion Media Networks, Inc , LandSource Communities Development LLC, Linens 'n Things,
Inc , Lyondell Chemical Company, Masonite Corp , Metaldyne Corp , NTK Holdings, Inc , Qimonda North America Corp , Reader's Digest Association, Inc , SemGroup, L P , Station Casinos, Inc , Tribune
Company, Tropicana Entertainment, LLC, WL Homes LLC, and Woodside Group, LLC were not publicly traded during the relevant period and are excluded from this analysis

Sources:
[1] Bloomberg L P
[2] Spectrum Brands, Inc , Form 10-K for the fiscal year ended September 30, 2007
[3] Spectrum Brands, Inc , Form 10-Q for the quarterly period ended December 30, 2007
[4] Spectrum Brands, Inc , Form 10-Q for the quarterly period ended March 30, 2008
[5] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData com

CONFIDENTIAL



**Exhibit 9**

**Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Bankruptcy Filing**
**Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

Notes:
[1] If the indicated number of days prior to bankruptcy filing falls on a non-trading day, data from the previous trading day is used.
[2] Sample means and medians exclude Lehman.
[3] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends.
[4] The banking and financial sample is comprised of companies that have an industry classification of "Banking & Finance" as classified by BankruptcyData.com.

Sources:
[1] Bloomberg L.P.
[2] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com.

CONFIDENTIAL

**Exhibit 10**
**Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Lehman's Bankruptcy Filing**
**Comparable Financial Companies**

| Company | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 | Market Cap 12 Months Prior to Bankruptcy Filing ($ millions) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Days Prior to Lehman's Bankruptcy Filing, September 15, 2008 [1] | | | | | | | | |
| Bear Stearns Companies Inc [2] | 100 0% | 77 8% | | | | | | | | | $ 13,517 6 |
| Goldman Sachs Group, Inc | 100 0% | 104 4% | 85 5% | 92 0% | 92 8% | 83 7% | 84 1% | 83 7% | 80 8% | 79 1% | 74,885 9 |
| Merrill Lynch & Co , Inc [3] | 100 0% | 72 9% | 63 4% | 59 2% | 48 0% | 64 7% | 69 8% | 65 8% | 57 4% | 42 0% | 60,815 2 |
| Morgan Stanley | 100 0% | 78 7% | 69 7% | 65 6% | 62 5% | 66 7% | 66 6% | 67 4% | 63 5% | 60 7% | 65,232 9 |
| American Express Co | 100 0% | 85 8% | 70 2% | 71 7% | 70 4% | 65 9% | 66 9% | 66 5% | 64 4% | 65 7% | 64,617 8 |
| Ameriprise Financial, Inc | 100 0% | 91 7% | 82 6% | 73 8% | 66 3% | 70 7% | 71 2% | 70 2% | 67 2% | 70 8% | 13,044 1 |
| Bank of America Corp [3] | 100 0% | 84 1% | 79 7% | 61 8% | 56 0% | 66 4% | 67 4% | 71 1% | 71 5% | 74 5% | 200,429 5 |
| Bank of New York Mellon Corp | 100 0% | 115 6% | 103 0% | 97 5% | 85 2% | 89 9% | 83 8% | 88 0% | 93 3% | 96 8% | 45,170 3 |
| BB&T Corp | 100 0% | 76 6% | 83 3% | 66 8% | 71 7% | 78 4% | 78 2% | 82 9% | 81 9% | 88 7% | 19,078 2 |
| Capital One Financial Corp | 100 0% | 64 1% | 67 4% | 60 5% | 59 1% | 61 2% | 61 5% | 62 3% | 63 5% | 64 0% | 25,743 9 |
| Citigroup Inc | 100 0% | 65 0% | 46 9% | 49 7% | 43 6% | 46 0% | 47 1% | 47 3% | 46 3% | 44 5% | 216,486 1 |
| Fifth Third Bancorp | 100 0% | 74 5% | 64 3% | 38 2% | 41 9% | 49 8% | 52 2% | 53 4% | 49 1% | 50 6% | 17,104 7 |
| Ford Motor Co | 100 0% | 85 0% | 71 5% | 88 0% | 73 2% | 68 7% | 60 0% | 59 3% | 60 1% | 66 0% | 16,290 8 |
| General Electric Co | 100 0% | 90 6% | 88 0% | 71 3% | 69 9% | 74 3% | 70 0% | 69 5% | 70 0% | 66 7% | 357,609 0 |
| GMAC Inc | | | | | | | | | | | |
| JPMorgan Chase & Co [2] | 100 0% | 95 2% | 95 2% | 90 4% | 94 3% | 88 0% | 89 0% | 91 6% | 91 1% | 95 2% | 144,191 2 |
| KeyCorp | | | | | | | | | | | |
| Metropolitan Life Insurance Co | | | | | | | | | | | |
| National City Corp [5] | 100 0% | 63 7% | 38 0% | 23 0% | 20 3% | 25 1% | 24 3% | 23 3% | 23 1% | 23 3% | 15,697 8 |
| PNC Financial Services Group, Inc [5] | 100 0% | 94 2% | 93 8% | 88 0% | 100 7% | 110 1% | 110 4% | 114 0% | 108 7% | 111 9% | 21,688 6 |
| Regions Financial Corp | 100 0% | 77 5% | 67 6% | 43 5% | 33 4% | 31 1% | 31 7% | 37 9% | 38 4% | 39 9% | 19,204 5 |
| SLM Corp | 100 0% | 43 1% | 38 9% | 57 9% | 43 4% | 38 2% | 39 1% | 40 4% | 36 4% | 34 3% | 19,736 8 |
| State Street Corp | 100 0% | 121 8% | 121 1% | 114 9% | 119 0% | 119 9% | 117 1% | 117 5% | 120 5% | 124 1% | 24,630 5 |
| SunTrust Banks, Inc | 100 0% | 80 9% | 78 1% | 55 9% | 47 6% | 59 4% | 59 1% | 64 1% | 63 8% | 66 7% | 24,153 0 |
| U S Bancorp | 100 0% | 99 1% | 104 9% | 99 5% | 90 7% | 104 0% | 105 0% | 107 9% | 104 9% | 111 5% | 50,379 7 |
| Wachovia Corp [6] | 100 0% | 81 7% | 61 1% | 41 0% | 32 1% | 37 2% | 38 1% | 40 2% | 36 2% | 34 2% | 89,183 7 |
| Wells Fargo & Co [6] | 100 0% | 86 3% | 86 3% | 72 5% | 79 4% | 86 0% | 87 5% | 90 2% | 91 6% | 99 1% | 109,859 2 |
| **Mean[7]** | **100.0%** | **83 8%** | **76.5%** | **68.8%** | **65 3%** | **68.9%** | **68.7%** | **70.2%** | **68.9%** | **70.0%** | |
| **Median[7]** | **100.0%** | **82 9%** | **78.1%** | **66.8%** | **66 3%** | **66.7%** | **67.4%** | **67.4%** | **64.4%** | **66.7%** | |
| Lehman | 100 0% | 104 9% | 71 3% | 56 0% | 41 9% | 36 2% | 36 0% | 36 3% | 16 2% | 8 2% | $ 31,026 0 |

**Notes:**
[1] If the indicated number of days prior to bankruptcy falls on a non-trading day, data from the previous trading day are used
[2] JPMorgan Chase & Co announced the acquisition of The Bear Stearns Companies, Inc on March 16, 2008
[3] Bank of America Corp announced the acquisition of Merrill Lynch & Co , Inc on September 14, 2008
[4] Banking and financial institutions are identified by Capital IQ See Footnote 7 of the Expert Report for further detail
[5] PNC Financial Services Group, Inc announced the acquisition of National City Corp on October 24, 2008
[6] Wells Fargo & Co announced the acquisition of Wachovia Corp on October 3, 2008
[7] Mean and median exclude Lehman
[8] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends
[9] The Capital Group Companies, Inc was not publicly traded during this period and is excluded from this analysis

**Sources:**
[1] Bloomberg L P
[2] Capital IQ

CONFIDENTIAL

**Exhibit 11**
**Equity Issued by Lehman**
**July 1, 2007 - September 15, 2008**

| Issue Date | Size |
|---|---|
| **Common Stock** | |
| June 9, 2008 | 4,004,000,000 |
| **Total Common Stock** | **$   4,004,000,000** |
| **Preferred Securities** | |
| July 24, 2007 | $      10,000,012 |
| July 24, 2007 | 10,000,009 |
| August 7, 2007 | 40,358,342 |
| August 24, 2007 | 63,000,038 |
| September 10, 2007 | 60,000,005 |
| September 27, 2007 | 20,000,001 |
| October 1, 2007 | 10,000,075 |
| October 12, 2007 | 65,000,000 |
| January 14, 2008 | 500,007,600 |
| January 30, 2008 | 35,630,587 |
| February 12, 2008 | 1,897,500,000 |
| March 5, 2008 | 57,995,488 |
| April 4, 2008 | 4,000,000,000 |
| June 12, 2008 | 2,000,000,000 |
| **Total Preferred Securities** | **$   8,769,492,157** |
| **Total** | **$   12,773,492,157** |

**Notes:**
[1] Size of common stock reflects Capital IQ's reported size, which
represents the actual stock price times the number of shares as listed
[2] Total common stock is calculated as the sum of the size of all
Lehman common stock offerings between July 1, 2007 and
[3] Preferred securities are limited to new debt issued by Lehman in
U.S. dollars between July 1, 2007 to September 15, 2008 according
to Bloomberg.  All of the preferred securities listed are "preferreds
[4] Size of preferred securities is calculated as the number of shares,
recorded as issue amount, times par value.
[5] Seven of the twenty-one preferred securities issued by Lehman do
not have issue amount available on Bloomberg.  I exclude these
securities from this analysis.

**Sources:**
[1] Capital IQ.
[2] Lehman Brothers Holdings Inc., Form 424(b)(2), June 9, 2008.
[3] Bloomberg L.P.

CONFIDENTIAL



Exhibit 12
One-Year Credit Default Swap Spreads for Senior Debt
Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between
January 1, 2007 and December 31, 2009

Note: 51 of the 62 publicly traded companies did not have one-year credit default swap spread data available.

Source: Bloomberg L.P.

CONFIDENTIAL



Exhibit 13
Five-Year Credit Default Swap Spreads for Senior Debt
Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between
January 1, 2007 and December 31, 2009

Note: 50 of the 62 publicly traded companies did not have five-year credit default swap data available.

Source: Bloomberg L.P.

CONFIDENTIAL

**Exhibit 14**

**One-Year Credit Default Swap Spreads for Senior Debt**

**Comparable Financial Companies - Investment Banks**

**July 1, 2007 - December 31, 2008**



**Notes:**

[1] JPMorgan Chase & Co. announced the acquisition of The Bear Stearns Companies, Inc. on March 16, 2008.

[2] Bank of America Corp. announced the acquisition of Merrill Lynch & Co., Inc. on September 14, 2008.

**Sources:**

[1] Bloomberg L.P.

[2] Capital IQ.

CONFIDENTIAL



Exhibit 15

**Five-Year Credit Default Swap Spreads for Senior Debt**
**Comparable Financial Companies - Investment Banks**
**July 1, 2007 - December 31, 2008**

Notes:
[1] JPMorgan Chase & Co. announced the acquisition of The Bear Stearns Companies, Inc. on March 16, 2008.
[2] Bank of America Corp. announced the acquisition of Merrill Lynch & Co., Inc. on September 14, 2008.

Sources:
[1] Bloomberg L.P.
[2] Capital IQ.