1 | IRELL & MANELLA LLP
John C. Hueston (CA Bar No. 164921)
2 | *jhueston@irell.com*
840 Newport Center Drive, Suite 400
3 | Newport Beach, California 92660-6324
Telephone: (949) 760-0991
4 | Facsimile: (949) 760-5200

5 | Alison L. Plessman (CA Bar No. 250631)
*aplessman@irell.com*
6 | Jeremiah D. Kelman (CA Bar No. 238298)
*jkelman@irell.com*
7 | 1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
8 | Telephone: (310) 277-1010
Facsimile: (310) 203-7199

9 |

10 | Attorneys for Plaintiff
Pacific Select Fund

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | **SOUTHERN DIVISION**

14 | PACIFIC SELECT FUND, ) Case No. SACV 10-00198-JST (ANx)
)
15 | ) **EXHIBITS 5-9 TO THE**
Plaintiff, ) **DECLARATION OF ALISON L.**
16 | ) **PLESSMAN IN SUPPORT OF**
) **PLAINTIFF PACIFIC SELECT**
17 | v. ) **FUND'S MOTIONS *IN LIMINE***
) **NOS. 1-6**
18 | )
THE BANK OF NEW YORK ) Assigned to the Hon. Josephine Staton
19 | MELLON, a New York state chartered ) Tucker
bank; and BNY MELLON, N.A., a )
20 | nationally-chartered bank, ) Date:  April 16, 2012
) Time:  1:30 p.m.
21 | ) Ctrm:  10A
Defendants. )
22 | ) Complaint Filed: February 17, 2010
) Trial Date:  May 1, 2012
23 |

24 |

25 |

26 | FILED CONDITIONALLY UNDER SEAL

27 |

28 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2606703

Case No. SACV 10-00198-JST (ANx)
EXHIBITS 5-9 TO THE PLESSMAN DECLARATION
ISO PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6

# EXHIBIT 5

| | |
|---|---|
| **From:** | Carroll Laurie A <lcarroll@standish.com> |
| **Sent:** | Tuesday, April 22, 2008 9:22 AM |
| **To:** | Falchetti Ruth <rfalchetti@standish.com>; Guffey Dawn L <dguffey@standish.com>; Kohley James D <jkohley@standish.com>; Banker Nancy Y <nbanker@standish.com>; Kraeuter Kristie A <kkraeuter@standish.com>; Murphy Stephen C <smurphy@standish.com> |
| **Subject:** | FW: |
| **Attach:** | SIGMACollective Investment Funds Committee.ppt |

---

**From:** Von Sauers Edward J. (BNY)
**Sent:** Tuesday, April 22, 2008 9:13 AM
**To:** Harris Mitchell E; Carroll Laurie A
**Subject:**

Please see below...

----- Forwarded by Edward J. Von Sauers/NY/DOMESTIC/BNY on 04/22/2008 09:09 AM -----

| | |
|---|---|
| **Joseph F. Murphy/NY/DOMESTIC/BNY**<br><br>04/22/2008 08:26 AM | To Edward J. Von Sauers/NY/DOMESTIC/BNY@BNY<br>cc<br>Subject |

Give me a ring

**Joseph F. Murphy** · The Bank of New York Mellon
BNY Mellon Asset Management · Tel 212.922.7086 · Mobile 917.208.2842 · joseph.murphy@bnymellon.com

----- Forwarded by Joseph F. Murphy/NY/DOMESTIC/BNY on 04/22/2008 08:25 AM -----

| | |
|---|---|
| **Kathy H Rulong/Mellon**<br><br>04/21/2008 06:52 PM | To Marchelle Smith/Mellon, William R Nee/Mellon, Heather M King/Mellon, Alfred M Michenzi/Mellon, Joseph F. Murphy/NY/DOMESTIC/BNY, Karen S Nussbaum/Mellon, John E Thomas/Mellon, Kathleen Newman/Mellon, Gabriela Parcella/Mellon, Timothy P Robison/Mellon, J David Thompson/Mellon, David C Kwan/Mellon<br>cc Lawrence J. Mannix/NY/DOMESTIC/BNY, Thomas Ford/NY/DOMESTIC/BNY, David J Tant/Mellon, William R Browne/Mellon, Kathy H Rulong/Mellon<br>Subject |

Please find attached the presentation for tomorrow morning's meeting.

**Kathy H. Rulong**
BNY Mellon Asset Servicing
Securities Lending
500 Ross Street
Mellon Client Service Center
Room 850
Pittsburgh, PA 15262-0001
kathy.rulong@bnymellon.com

Phone: 412-236-4959

EXHIBIT 24
WIT: Falchetti
DATE: 8/9/11
T.M. PASTOR, RPR, CLR

BNYM-SL00224516

Fax: 412-236-3499

The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. Access, copying or re-use of the email or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the email to the originator.

*(See attached file: SIGMACollective Investment Funds Committee.ppt)*

Confidential

BNYM-SL00224517

# Collective Investment Funds Committee

## Securities Lending – SIGMA Investment Alternatives

**April 22, 2008**

**Tom Ford/Kathy Rulong**

1

Confidential



2

Confidential



3

BNYM-SL00224520

Plessman Decl. Ex. 5
Page 304



SIGMA Exposure

4

Confidential



Confidential

BNYM-SL00224522

Plessman Decl. Ex. 5
Page 306



Confidential

BNYM-SL00224523

Plessman Decl. Ex. 5
Page 307



7

Confidential

BNYM-SL00224524

# EXHIBIT 6



## THE BANK OF NEW YORK MELLON

Global Securities Lending

May 29, 2008

Gail Hanson
State of Wisconsin Investment Board
Lake Terrace
121 E. Wilson Street, P. O. Box 7842
Madison, WI 53707

> **Re:** Second Amended and Restated Securities Lending Authorization
> Agreement ("Agreement") made as of the 1st day of July, 2007, by
> and between Mellon Bank, N.A. (the "Lending Agent") and The
> State of Wisconsin Investment Board ("SWIB").

Dear Gail:



Client Service Center, 500 Ross Street Suite 850, Pittsburgh, PA 15262-0001

EXHIBIT
Oct-24
9-8-11

Plessman Decl. Ex. 6
BNYM-SUB026157
Page 310



Please do not hesitate to contact me if you would like to discuss this matter further.

Very truly yours,

Robert Fort

ROBERT P. FORT
First Vice President
BNY Mellon Global Securities Lending

Accepted and agreed to this 3Dday of
May 2008

By: _____
Name: __Gail L. Hanson____
Title __Deputy Executive Director__

nfidential

CONFIDENTIAL INF

**BoNY**
Sale of Assets
Settlement on June 3rd, 2008

| TICKER | GK REF# | CCY | MATURITY | ISIN | USD FACE AMOUNT | FACTOR | USD OUTSTANDING | CLEAN PRICE | USD CLEAN PROCEEDS | USD ACCRUED INTEREST | USD CASH PROCEEDS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BANK - DIRECT OBLIGATIONS | | | | | | | | | | | |

**Repurchase of Medium Term Notes**
Settlement on June 3rd, 2008

| TICKER | GK REF# | CCY | MATURITY | CUSIP | USD FACE AMOUNT | FACTOR | USD OUTSTANDING | CLEAN PRICE | USD CLEAN PROCEEDS | USD ACCRUED INTEREST | USD CASH PROCEEDS |
|---|---|---|---|---|---|---|---|---|---|---|---|

TO BE CONFIRMED

\\swib\root\ShrSecuritiesLending\Mellon\2008\BoNY USD7 trade INTERNAL 30 May 08.xlsBoNY USD7 trade INTERNAL 30 May 08.xls

5/30/2008

identential

Plessman Decl. Ex. 6
BNYM-SL-0026159
Page 312

# EXHIBIT 7

[Filed conditionally under seal]

# EXHIBIT 8

From: Lawrence J. Mannix/NY/DOMESTIC/BNY

Date: 09/26/2008 06:39 PM

To: william.p.kelly@bnymellon.com, janice@colombo, charles@felix
cc:
Subject: NYC

Bill,

Confidential

# EXHIBIT 9

# In The Matter Of:

*PACIFIC SELECT FUND*
*v.*
*THE BANK OF NEW YORK MELLON*

_____

## *BROWNE, WILLIAM - Vol. 1*

*September 13, 2011*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

WILLIAM BROWNE - 9/13/2011



1   Q.  You will see I'm looking at the subject line
2   "Securities Lending Reinvestment"?
3   A.  Correct.
4   Q.  Where it says Lehman?
5   A.  I see that.
6

Page 38

1

17   Q.  Okay.  And if you look at number 1 here, it
18   says, "At the time of merger, the combined
19   Securities Lending Lehman reinvestment position was
20   $3.4 billion."
21       Does that sound right to you?  Do you have
22   any reason to doubt the accuracy?
23   A.  I really don't have any idea about that
24   number.
25   Q.  Do you have any reason to doubt the accuracy

Page 39

1   of that number?
2   A.  I don't.  Again, I don't know the whole
3   context of this or the date of it, but I have no
4   reason to doubt it.
5   Q.  And then number 4 it says, "At the time of
6   default, the total position was reduced to
7   $1.9 billion."
8       Do you have any reason to doubt the accuracy
9   of that statement?
10   A.  I have no reason to doubt it.
11   Q.  Is it consistent with your understanding
12   that between the -- even if you don't remember the
13   exact numbers, between the time of the merger and
14   the time of the Lehman default, the securities
15   lending Lehman reinvestment position was reduced
16   significantly?
17   A.  At the time of the merger -- I really need
18   to sort of back up and put some context around it.
19   I hope you can bear with me.  If not, you can stop
20   me.
21       We put the two books of business together,
22   and this is the entire reinvestment book of business
23   and also the borrower side of things.  We basically
24   merged on one day and we added the exposures
25   together.

Page 40

1       We had a process in place to total all of
2   those exposures and then to assess them and
3   determine which exposures we felt as in aggregate as
4   a business we should be reducing.  Of course, one of
5   the sectors within the market that we would be
6   looking at would be the broker dealer sector.
7       Obviously both books of business had been
8   relatively large counterparties both on the
9   borrower's side and the reinvestment side with the
10   broker dealer community.  So when we totaled
11   everything up, we began the process of reducing
12   exposures pretty much effectively from the date of
13   merger, you know, from that time on.
14       It wouldn't surprise me that even from July
15   of '07 we would be looking at reducing exposures
16   within that sector.
17   Q.  It says at number 5 here "Pittsburgh Risk."
18   First of all, who was Pittsburgh Risk?  Was that
19   you?
20   A.  May I read this just to make sure?
21   Q.  Sure.
22   A.  I'm not recalling any of this.  "Pittsburgh
23   Risk has maintained a consistent negative view on
24   broker dealer exposures.  Differences in investment
25   guidelines exist in legacy programs."

Page 41

Merrill  Corporation - Los Angeles

800-826-0277                                                                www.merrillcorp.com/law

Plessman Decl. Ex. 9
Page 431

WILLIAM BROWNE - 9/13/2011

1  investments held in the DBT II fund?
2      A.  No, I was not.
3      Q.  Do you know whether any participant in the
4  DBT II fund was informed that Sigma could
5  potentially face an enforcement event in late 2Q'08?
6      A.  I don't recall, you know, dialogues with
7  clients that may or may not have taken place.
8      Q.  Okay.  You can put that aside.
9      MS. PLESSMAN:  I will mark the next as
10 Browne 11.
11      (Document marked as Exhibit 11
12          for identification)
13      MS. PLESSMAN:  For the record this document
14 is Bates stamped BNYM-SL01990920.
15     Q.  Is this one of the documents that you
16 reviewed yesterday?
17     A.  I'm just reading it through.  I'm not able
18 to say yes as quickly on this one as the others.
19 Yes, I think it was part of the documents reviewed.
20     Q.  And do you have any reason to doubt that you
21 received this e-mail chain on February 20, 2008?
22     A.  No, I see I'm copied here.
23     Q.  Do you recall receiving this e-mail?
24     A.  No, I don't.
25     Q.  If you look at the top of the e-mail chain,

Page 122

1  February 20, 2008, if you had to buy either a Lehman
2  bond or a Sigma medium term note, which one would
3  you choose?
4      MR. SIRES:  Objection.  Seeks speculation.
5      A.  You are talking about on what date?
6      Q.  February 20, 2008.
7      A.  Would I personally?  I mean, obviously both
8  of those were on hold so that they could not have
9  been purchased.
10     Q.  Right.  And I'm talking about you
11 personally, so there is not an -- irrespective of
12 any watch list or restricted list.
13     MR. SIRES:  Objection.  Seeks speculation.
14     A.  I don't know that I would, you know, ever go
15 through that analysis to determine which I would or
16 would not prefer.
17     Q.  Well, which would you consider on
18 February 20, 2008, to be more of a credit risk?
19     MR. SIRES:  Objection.  Seeks speculation.
20     A

25     Q.  How did your credit team assess the credit

Page 124

1

Page 123

1  risk of Sigma and Lehman?  Do you recall that one
2  was considered riskier, a riskier investment than
3  the other?
4      MR. SIRES:  Objection.
5      A.
6
7      Q.  Let me ask you a different way:  On
8  February 20, 2008, which did you personally view as
9  being most likely to be able to pay out -- to meet
10 its maturities?
11     MR. SIRES:  Objection.
12     A.  I don't think I engaged in that analysis.
13     Q.  Did you, I guess, whether or not you engaged
14 in the analysis, you did consider whether Sigma was
15 likely to pay out -- the likelihood that Sigma would
16 pay out its maturities, right?
17     MR. SIRES:  Objection.
18     Q.  Maybe not you personally, but your credit
19 team?
20     A.  The credit team was analyzing the credit
21 such as we knew it at the time based on the
22 information that was available and they were paying
23     Q.  And you don't recall there being any
24 concern being expressed about the likelihood of
25 Lehman being able to pay out at maturity than Sigma

Page 125

Pages 122 to 125

Merrill Corporation - Los Angeles

Plessman Decl. Ex. 9
Page 432

193

1                    CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA      )

4     COUNTY OF BROWARD     )

5

6              I, TAMRA K. PIDERIT, Florida
      Professional Reporter, Registered Professional
7     Reporter, Certified Realtime Reporter, and Certified
      LiveNote Reporter, do hereby certify that I was
8     authorized to and did stenographically report the
      deposition of WILLIAM BROWNE; that a review of the
9     transcript was requested; and that the foregoing
      transcript, pages 1 through 190, is a true record of
10    my stenographic notes.

11

              I further certify that I am not a
12    relative, employee, or attorney, or counsel of any
      of the parties, nor am I a relative or employee of
13    any of the parties' attorney or counsel connected
      with the action, nor am I financially interested in
14    the action.

15

              Dated this 22nd day of September, 2011.
16

17

18

19

20                    Tamra K. Piderit
                  Florida Professional Reporter
21                Registered Professional Reporter
                  Certified Realtime Reporter
22                Certified LiveNote Reporter

23

24

25