IRELL & MANELLA LLP
John C. Hueston (CA Bar No. 164921)
jhueston@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Alison L. Plessman (CA Bar No. 250631)
aplessman@irell.com
Jeremiah D. Kelman (CA Bar No. 238298)
jkelman@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
Pacific Select Fund

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SELECT FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, a New York state chartered bank; and BNY MELLON, N.A., a nationally-chartered bank,<br><br>Defendants. | Case No. SACV 10-00198-JST (ANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PACIFIC SELECT FUND'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE THE REPORT AND CERTAIN TESTIMONY OF EDMON W. BLOUNT**<br><br>Assigned to the Hon. Josephine Staton Tucker<br><br>Date: April 16, 2012<br>Time: 1:30 p.m.<br>Ctrm: 10A<br><br>Complaint Filed: February 17, 2010<br>Trial Date: May 1, 2012 |

## FILED CONDITIONALLY UNDER SEAL

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2606115

Case No. SACV 10-00198-JST (ANx)
[PROPOSED] ORDER GRANTING PLAINTIFF'S MIL
NO. 2 TO EXCLUDE TESTIMONY OF MR. BLOUNT

1  Plaintiff Pacific Select Fund's ("Plaintiff" or "PSF") Motion *in Limine* No. 2
2  to Exclude the Report and Certain Testimony of Edmon W. Blount ("MIL No. 2")
3  came on for hearing in the above-referenced Court on April 16, 2012 at 1:30 p.m.
4  After reviewing and considering the papers filed in connection with MIL No. 2,
5  considering all admissible evidence, and hearing argument from PSF and from The
6  Bank of New York Mellon and BNY Mellon, N.A. (collectively, "BNYM"), PSF's
7  MIL No. 2 is **GRANTED**.
8      **IT IS HEREBY ORDERED** that the parties are precluded from introducing
9  at trial the report of Edmon W. Blount as well as the following testimony:
10     (1) Mr. Blount is precluded from testifying concerning his opinion that ███
███████████████████████████████████████████████████████████████
███████████████████████

13     (2) Mr. Blount is precluded from offering opinions as to ████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████

19     (3) Mr. Blount is precluded from testifying concerning his opinion that
20 ████████████████████████████████████████████████████████████;
21     (5) Mr. Blount is precluded from offering opinions as to ████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████

26     (6) Mr. Blount is precluded from testifying concerning his opinion that ██
███████████████████████████████████████████████████████████████
███████████████████████

MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2606115

- 1 -

Case No. SACV 10-00198-JST (ANx)
[PROPOSED] ORDER GRANTING PLAINTIFF'S MIL
NO. 2 TO EXCLUDE TESTIMONY OF MR. BLOUNT

(7)     Mr. Blount is precluded from offering an opinion as to the credibility of the parties or witnesses.

**IT IS SO ORDERED.**

Dated: _____         _____
                                        The Honorable Josephine Staton Tucker
                                        United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2606115

- 2 -

Case No. SACV 10-00198-JST (ANx)
[PROPOSED] ORDER GRANTING PLAINTIFF'S MIL
NO. 2 TO EXCLUDE TESTIMONY OF MR. BLOUNT