IRELL & MANELLA LLP
John C. Hueston (CA Bar No. 164921)
*jhueston@irell.com*
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Alison L. Plessman (CA Bar No. 250631)
*aplessman@irell.com*
Jeremiah D. Kelman (CA Bar No. 238298)
*jkelman@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiff
Pacific Select Fund

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC SELECT FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, a New York state chartered bank; and BNY MELLON, N.A., a nationally-chartered bank,<br><br>Defendants. | Case No. SACV 10-00198-JST (ANx)<br><br>**DECLARATION OF ALISON L. PLESSMAN IN SUPPORT OF PLAINTIFF PACIFIC SELECT FUND'S OPPOSITIONS TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-5; EXHIBITS 1-11**<br><br>Assigned to the Hon. Josephine Staton Tucker<br><br>Date:   April 16, 2012<br>Time:   1:30 p.m.<br>Ctrm:   10A<br><br>Complaint Filed:  February 17, 2010<br>Trial Date:   May 1, 2012 |

## FILED CONDITIONALLY UNDER SEAL

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2609361

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

## DECLARATION OF ALISON L. PLESSMAN

I, Alison L. Plessman, declare as follows:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Pacific Select Fund ("PSF") in the above-captioned matter.  I am a member in good standing of the State Bar of California.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the resume of Bella Borg-Brenner.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the Deposition of David Tant, taken in *Compsource Oklahoma v. BNY Mellon, NA.*, No. CIV-08-469-KEW (E.D. Okla.) on November 16, 2010.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the Deposition of Edmon W. Blount, taken in this action on February 24, 2012.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the Deposition of John W. Peavy III, taken in this action on September 15, 2011.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the Deposition of Bella Borg-Brenner, taken in this action on September 27, 2011.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the Deposition of Frank Allen Ferrell III, taken in this action on September 21, 2011.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a memorandum dated January 22, 2008 titled "Fair Valuation of Sigma Finance, Inc. (8265Q0YQ9/ 8265Q0YR7/ 8265Q0SG8) held in MSILF Prime/Money Market

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2609361

- 1 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

1  Portfolios and MS Funds Plc. – USD (Dublin Fund)." Exhibit 7 was produced by

2  PSF in this action and is bates-numbered PSF00107947-48.

3       9.     Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from

4  the transcript of the Deposition of Suresh Sundaresan, taken in this action on

5  September 30, 2011.

6       10.    Attached hereto as **Exhibit 9** is a true and correct copy of an email

7  dated June 5, 2008 from Robert Hitchings to Timothy Robison with attachments.

8  Exhibit 9 was produced by BNYM in this action and is bates-numbered

9  BNYM-SL03539048-61.

10      11.    Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of

11  BNYM's Objections and Responses to PSF's First Set of Interrogatories, served in

12  this action on July 14, 2011.

13      12.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts

14  from the transcript of the Deposition of Ruth Falchetti, taken in this action on

15  August 9, 2011.

16      13.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts

17  from the transcript of the Deposition of Diane Demmler, taken in *Compsource*

18  *Oklahoma v. BNY Mellon NA.*, No. CIV-08-469-KEW (E.D. Okla.) on January 27,

19  2011.

20      14.    Attached hereto as **Exhibit 13** is a true and correct copy of excerpts

21  from the transcript of the Deposition of Thomas Ford, taken in *Compsource*

22  *Oklahoma v. BNY Mellon, NA.*, No. CIV-08-469-KEW (E.D. Okla.) on

23  June 22 & 23, 2011.

24      15.    Attached hereto as **Exhibit 14** is a true and correct copy of an email

25  dated March 5, 2008 from Laurie Carroll to Jack Jew, with attachment. Exhibit 14

26  was produced by BNYM in this action and is bates-numbered

27  BNYM-SL02144040-47.

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2609361

- 2 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an email dated February 29, 2008 from Laurie Carroll to Mitchell Harris titled "Fw: Sigma." Exhibit 15 was produced by BNYM in this action and is bates-numbered BNYM-SL02144200.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of an email dated March 11, 2008 from Laurie Carroll to Ruth Falchetti titled "Fw: Marked time line." Exhibit 16 was produced by BNYM in this action and is bates-numbered BNYM-SL02321852-56.  Exhibit 16 was also introduced as Exhibit 15 at the Deposition of Ruth Falchetti, taken in this action on August 9, 2011.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of an email dated May 2, 2006 from Heidi Simpson to Kathleen Clune titled "FW: Mellon Global Securities Lending," with attachment.  Exhibit 17 was produced by BNYM in this action and is bates-numbered BNYM-SL04260791-806.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a native-file version of a PowerPoint presentation titled "Securities Lending Presentation to: Pacific Life."  Exhibit 18 was produced by PSF in this action and is bates-numbered PSF00008687-704.  Exhibit 18 was also introduced as Exhibit 10 at the Deposition of Michael McDermott, taken in this action on August 17, 2011.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of an email dated October 9, 2007 from Thomas Ford to David Tant titled "Re: Sigma." Exhibit 19 was produced by BNYM in this action and is bates-numbered BNYM-SL01902461.  Exhibit 19 was also introduced as Exhibit 5 at the Deposition of Ruth Falchetti, taken in this action on August 9, 2011.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of an email dated January 16, 2008 from David Tant to Timothy Robison titled "RE: FW: SIVs by Pool as of 12/31/2007."  Exhibit 20 was produced by BNYM in this action and is bates-numbered BNYM-SL01504800.  Exhibit 20 was also introduced as Exhibit 9 at the Deposition of Ruth Falchetti, taken in this action on August 9, 2011.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2609361

- 3 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

22.   Attached hereto as **Exhibit 21** is a true and correct copy of an email dated March 6, 2008 from Ruth Falchetti to Laurie Carroll titled "Sigma." Exhibit 21 was produced by BNYM in this action and is bates-numbered BNYM-SL02321911-12.  Exhibit 21 was also introduced as Exhibit 19 at the Deposition of Ruth Falchetti, taken in this action on August 9, 2011.

23.   Attached hereto as **Exhibit 22** is a true and correct copy of a letter dated May 2, 2008 from Nancy Banker to Donald Borneman.  Exhibit 22 was produced by BNYM in this action and is bates-numbered BNYM-SL00360831-32. Exhibit 22 was also introduced as Exhibit 26 at the Deposition of Ruth Falchetti, taken in this action on August 9, 2011.

24.   Attached hereto as **Exhibit 23** is a true and correct copy of an email dated April 30, 2008 from Thomas Ford to Kathy Rulong titled "Fw: IMPORTANT – PLEASE REVIEW IMMEDIATELY – BNYM S/L Disposition of $50 Million Sigma Position (Maturing 9/15/2008)//URGENT!!"  Exhibit 23 was produced by BNYM in this action and is bates-numbered BNYM-SL01923327. Exhibit 23 was also introduced as Exhibit 80 at the Deposition of Thomas Ford, taken in this action on August 4, 2011.

25.   Attached hereto as **Exhibit 24** is a true and correct copy of a memorandum dated January 27, 2007 titled "Strategy Overview."  Exhibit 24 was produced by BNYM in this action and is bates-numbered BNYM-SL00395902-25.

26.   Attached hereto as **Exhibit 25** is a true and correct copy of an email dated May 14, 2009 from Stephen Murphy to Laurie Carroll, Dawn Guffey, and Patricia Loughran titled "RE: Sigma Review," with attachment.  Exhibit 25 was produced by BNYM in this action and is bates-numbered BNYM-SL02315665-68. Exhibit 25 was also introduced as Exhibit 34 at the Deposition of Ruth Falchetti, taken in this action on August 9, 2011.

27.   Attached hereto as **Exhibit 26** is a true and correct copy of The Boston Company, Inc. Pooled Employee Funds Daily Liquidity Fund December 31, 2008

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2609361

- 4 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

Financial Statements and Schedules.  Exhibit 26 was produced by BNYM in this action and is bates-numbered BNYM-SL00438650-70.

28.   Attached hereto as **Exhibit 27** is a true and correct copy of a document titled "Standish Mellon Short Duration Fixed Income Strategies."  Exhibit 27 was produced by BNYM in this action and is bates-numbered BNYM-SL00116847-48.

29.   Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the Deposition of Michael McDermott, taken in this action on August 17, 2011.

30.   Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the transcript of the Deposition of Kathy Rulong, taken in this action on October 5, 2011.

31.   Attached hereto as **Exhibit 30** is a true and correct copy of a PowerPoint presentation titled "Securities Lending Committee RFP Review Presentation."  Exhibit 30 was produced by PSF in this action and is bates-numbered PSF00107613-35.  Exhibit 30 was also introduced as Exhibit 14 at the Deposition of Kathleen Clune, taken in this action on July 28, 2011.

32.   Attached hereto as **Exhibit 31** is a true and correct copy of an email dated December 7, 2007 from Thomas Ford to Tim Keaney titled "Hartford Impasse//important!!"  Exhibit 31 was produced by BNYM in this action and is bates-numbered BNYM-SL01900687-88.  Exhibit 31 was also introduced as Exhibit 60 at the Deposition of Thomas Ford, taken in this action on August 4, 2011.

33.   Attached hereto as **Exhibit 32** is a true and correct copy of a memorandum dated December 19, 2007 from Pacific Life Fund Advisors to the Pacific Select Fund Board of Trustees titled "BoNY Mellon Collateral Reinvestment Fund for Securities Lending."  **Exhibit 32** was produced by PSF in this action and is bates-numbered PSF00126288-89.  Exhibit 32 was also introduced as Exhibit 49 at the Deposition of Howard Hirakawa, taken in this action on July 29, 2011.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership including
Professional Corporations

2609361

- 5 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

1    34.    Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of

2    the Minutes of a Meeting of the Board of Trustees of Pacific Select Fund, dated

3    January 15, 2008.  Exhibit 33 is bates-numbered PSF00035499-519 and was

4    introduced as Exhibit 6 at the Deposition of Robert Fort, taken in this action on the

5    September 8, 2011.

6    35.    Attached hereto as **Exhibit 34** is a true and correct copy of an email

7    dated June 18, 2008 from Renee Rawls to Michael McDermott titled "pac Life."

8    Exhibit 34 was produced by BNYM in this action and is bates-numbered

9    BNYM-SL02863729.

10    36.    Attached hereto as **Exhibit 35** is a true and correct copy of an email

11    dated March 18, 2008 from William Browne to Kathy Rulong titled "FW: 022908

12    NAV."  Exhibit 35 was produced by BNYM in this action and is bates-numbered

13    BNYM-SL01510494-95.

14    37.    Attached hereto as **Exhibit 36** is a true and correct copy of an email

15    dated March 20, 2008 from William Browne to Brian Kozel titled "RE: 022908

16    NAV."  Exhibit 36 was produced by BNYM in this action and is bates-numbered

17    BNYM-SL01510481-84.  Exhibit 36 was also introduced as Exhibit 3 at the

18    Deposition of William Browne, taken in this action on September 13, 2011.

19    38.    Attached hereto as **Exhibit 37** is a true and correct copy of an email

20    dated April 22, 2008 from Robert Fort to Lance Doherty titled "RE: scenarios."

21    Exhibit 37 was produced by PSF in this action and is bates-numbered

22    PSF00093047-49.  Exhibit 37 was also introduced as Exhibit 15 at the Deposition of

23    Kathy Rulong, taken in this action on October 5, 2011.

24    39.    Attached hereto as **Exhibit 38** is a true and correct copy of an email

25    dated April 6, 2008 from Kathy Rulong to Thomas Ford titled "RE: SIGMA

26    Briefing."  Exhibit 38 was produced by BNYM in this action and is bates-numbered

27    BNYM-SL01925323-25.  Exhibit 38 was also introduced as Exhibit 14 at the

28    Deposition of Kathy Rulong, taken in this action on October 5, 2011.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2609361

- 6 -

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

1        I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3        Executed on March 26, 2012 at Los Angeles, California.

4

5                                     _Alison L. Plessman_

6                              Alison L. Plessman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2609361

Case No. SACV 10-00198-JST (ANx)
PLESSMAN DECLARATION ISO PLAINTIFF'S
OPPOSITIONS TO DEFENDANTS' MILS; EXS. 1-11

# EXHIBIT 1

## Bella Borg-Brenner



### QUALIFICATIONS PROFILE.

- Portfolio and Risk Manager responsible for investment and risk process for several fund of funds, including a pure Asset Based Lending Fund of Funds, an ABL and MBS/ABS Fund of Funds, a Multi-strategy Fund of Funds and four single strategy Fund of Funds: Hedged Equity, Distressed, Risk Arbitrage and Global Macro;
- Extensive experience in risk management including all risk measures, due diligence of fund managers, evaluating position level details, risk reports, and write-ups for equity and fixed income managers;
- Extensive experience in investment advisory, fixed income trading, fixed income research and sales, private equity, and development of sophisticated trading strategies;
- Expertise in structuring, valuation, and analysis of all Fixed Income products including prime, sub-prime and Alt-A Mortgages, CMOs, CMBS, HELs, ABS, MH, CDOs, Corporates, CLOs, CFO, and FI derivatives.

## PROFESSIONAL EXPERIENCE

**GOTTEX FUND MANAGEMENT  (March 2009- present)  Managing Director**
- Risk Manager for Gottex Solutions Services Managed Account Platform.  Responsible for the building and implementation of risk monitoring systems and risk management process for over 20 hedge funds on the platform;
- Developed a data warehouse and analytical process to model all security types including: ABS/MBS/CMBS, Equities, Fixed Income securities, Futures and Options, Convertibles, and Interest Rate and Credit Derivatives;
- Analytical models include Yieldbook, Bondstudio, Monis, MSCI Barra and internal options library;
- Produce weekly risk reports delivered via a portal that include detail position reports as well as summary reports, scenario analysis, exposure analysis, VaR, liquidity, tracking error and counterparty risk;
- Produce weekly commentary highlighting the impact of market movements on the funds' performance and detailing the merits of specific securities in the fund;

**STILLWATER CAPITAL  (August 2006 – February 2009)  Managing Director**
- Responsible for the investment and risk management processes for several fund of funds portfolios totaling $600 million in AUM.  The most prominent is a pure Asset Based Lending fund of funds that has returned **11.76% in a 12 month period from August 2007 thru August 2008** with $400 million in AUM.  This fund has over 40 managers currently and is positive for the year.  This fund was nominated for Best Newcomer HFMWeek Awards for 2008.
- Other FOFs include ABS / ABL Fund of Funds with 30 managers, Multi-strategy Fund of Funds; and four single strategy Fund of Funds – Hedged Equity, Risk Arbitrage, Global Macro and Distressed;
- Responsible for all aspects of fund management, including manager due diligence, strategy analysis and asset allocation;
- ABL/ABS Fund of Funds nominated for Best Finance Fund of Funds by Investhedge for 2006;
- Uncover new managers for all strategies and determine suitability;
- Oversee all risk management for the Fund of Funds division and provide on-going due diligence monitoring of offering memorandums, sub docs, risk reports, presentations, etc.; meeting all managers; conducting conference calls; evaluating risk of positions when security level detail is provided; creating internal risk and analytical reports for each strategy; devise and maintain due diligence questionnaires for each manager within a strategy; maintaining up to date detailed write-ups for each manager;
- Review back office procedures, systems, and analytical capabilities of ABS/MBS managers;
- Write monthly newsletter for the Fund of Funds strategies describing each market and performance.

**Newtek Business Services, Inc., New York, NY (May 2005 – August 2006), Managing Director**
- Worked on structuring and distributing a Collateralized Fund Obligation (CFO) with Nomura and a Swiss-based institution.

**PlusFunds, Inc., New York, NY: (2003 – 2005) , Director of Risk Management**
PlusFunds was a fund of funds with $3 billion AUM as of 12/31/04. Analyzed and monitored the trading behavior and market risk exposure of 50 hedge fund managers included in the firm's investment vehicles by using security level detail
- Provided independent pricing for their $200 million of MBS derivatives and distressed securities;
- Developed new monitors to display risk appropriate analytics (VaR, MVaR, IVaR and RVaR) for Fixed Income Arbitrage, Convertibles, Merger Arbitrage  and Managed Futures, ;

- Provided on-going monitoring and due diligence of hedge fund managers: assessing daily pricing of securities in funds, analytical capabilities, prime broker reporting, and risk summaries.
- Used firm's existing risk analytical capabilities (DB Risk and Bondstudio) to monitor its exposure to managers' exposure to market risk events;
- Chaired firm's risk management committee meeting.

**Newtek Business Services, Inc., New York, NY (1998 – 2003)**, **Managing Director**

Financial and equity derivatives consultant and investment banker with extensive experience and knowledge in the securities markets. Newtek Business Services, Inc. is a venture capital company and provider of business services and financial products to small and medium-sized businesses throughout the United States.

- Distributed AAA-rated bonds to 30 insurance companies in 15 debt raises totalling $200 to $300m;
- Founded NASD licensed broker/dealer that issues all Newtek notes and was its chief compliance officer and managed NASD reviews;
- Contributed to private equity and debt raises including writing RFPs, executive summaries, business plans, financial projections, PPMs;

**First Southwest  New York, New York: (1995 – 1998), Director, Fixed Income**

- Identified new asset classes for investors;
- Key contact with agencies to achieve ratings on structured settlements, tax liens, lottery cash flows;
- Created marketing materials for foreign-denominated bonds;
- Analyzed and priced mortgage derivatives including inverse floaters, Inverse IOs and PAC IO's;
- Structured sub-prime fixed and adjustable rate mortgage cash flows;
- Priced sub-prime auto receivables and structured settlement ABS;
- Analyzed market relative value and wrote daily trade ideas for marketing and sales effort.

**Smith Barney, New York, NY: (1994 – 1995), Managing Director, Mortgage Trading, Senior CMO Derivatives Trader**

- Responsible for trading and hedging $300 million CMO derivatives position (floaters, Inverse floaters, Inverse IOs PAC IOs) and back up trader for IO/PO and PAC PO positions;
- Generated research reports on CMO derivatives and CMBS, and Fixed Income product guides;
- Conducted educational seminars on relative value within MBS derivatives.

**Merrill Lynch Capital Markets Inc., New York, NY: (1991 – 1994),**

**Director, CMO Derivatives Trader**

- Traded CMO floaters, Inverse floaters, Inverse IOs, PAC IO's and back up trader for IOs and PO's and CMO residuals;
- Responsible for trading and hedging CMO derivative position of $200 to $300 million;
- Structured bond classes within CMO deals – PAC IOs, Floaters and Inverse Floaters;
- Traded CMO floaters, inverse floaters, inverse IO's and PAC IO's;

**Director, Relative Value Mortgage Strategist**

- Extensive publication of relative value research within mortgages, ABS (MH, Credit Cards, HELs, Subprime Autos) and money markets and contributed to daily, weekly and monthly reports;
- Authored articles on innovations in CMOs (two-tiered inverse floaters);
- Analyzed and wrote investor driven trade ideas;

**Bear Stearns and Co., New York, NY: (1989 – 1991), VP Financial Analytics and Structured Transactions Group**

- Published weekly and monthly research reports on relative value within MBS / ABS markets;
- Conducted weekly educational seminars on corporates, swaps, MBS and ABS;
- Structured the floater, inverse floater and PAC IO classes within CMO deals;
- Developed innovations in CMO derivative bond classes;
- Published articles on PAC IOs and Inverse Floaters.

**Credit Suisse First Boston, New York, NY: (1981 – 1989)**

**VP MBS Trading (1988 – 1989)**

- Traded ARMs with book position of $200 - $300 million;
- Assisted in the structuring of whole loan-backed ARMs deals;
- Generated weekly relative value reports for ARMs trading desk.

**VP, Fixed Income Research**

- Developed mathematical models to value fixed income options and futures and equity options;
- Published articles on PAC IOs and Inverse Floaters.
- Wrote options adjusted spread  (OAS) models for fixed and adjustable rate mortgages;
- Modeled prepayments for adjustable rate mortgages (ARMs);

- Developed a Cost of Funds Index projection model;
- Wrote models used to price ARMs on trading desk;
- Structured and analyzed CMO structures;
- Contributed to monthly fixed income research reports focusing on relative value.

**EDUCATION**    New York University, Masters of Business Administration. Magna Cum Laude.
New York University, Graduate School of Arts and Sciences, PHD Mathematics candidate.
Downstate Medical Center.  Brooklyn, New York.  Bachelor of  Science.  Magna Cum Laude.

**PROFESSIONAL LICENSES**    Series 7, 63, and 24.

**PUBLICATIONS**
.              "Inverse IO's as Fixed Rate Floors", January 1995;
"Two-Tiered Inverse Bonds", August 1993;
"Inverse Floating Rate CMOs", Handbook of MBS, Fabozzi, 1992;
"PAC IO's", Handbook of MBS, Fabozzi, 1992;
"Stripped Mortgage-Backed Securities", Secondary Mortgage Market, Lederman, 1993;
"The Valuation of Adjustable Rate Mortgages", Handbook of MBS, Fabozzi, 1988.

# EXHIBIT 2

[Filed conditionally under seal]

# EXHIBIT 3

[Filed conditionally under seal]

# EXHIBIT 4

`[Filed conditionally under seal]`

# EXHIBIT 5

[Filed conditionally under seal]

# EXHIBIT 6

[Filed conditionally under seal]

# EXHIBIT 7

Morgan Stanley

*MEMORANDUM*

TO:         Morgan Stanley Funds Files

FROM:      Michael Wong                    DATE: January 22, 2008

SUBJECT:   Fair Valuation of Sigma Finance, Inc. (8265Q0YQ9/ 8265Q0YR7/ 8265Q0SG8) held in MSILF Prime/Money Market Portfolios and MS Funds Plc. - USD (Dublin Fund)

Today, a MSIM Fair Value Committee Meeting was convened via telephone to discuss the fair valuation of Sigma Finance, Inc.  Ling Ganesh, Stephen Atkins, Michael Wong – MS Institutional Fund Administration,  Kevin Klingert, Dale Albright, Jonas Kolk– Portfolio Manager, Elizabeth Nelson – MS Legal, and John Sun – Risk met to discuss the above security. Mr. Ganesh performed a roll call to ensure that all parties were present for the call.

Sigma Finance Inc. ("Sigma") is a SIV that is not backed by a bank.  In the ongoing effort to minimize Fund exposure to these investments, the investment team was able to sell a portion of Sigma Finance on January 18, 2008 at a price of 92.  The details of the sales are as follows:

MSILF Prime Portfolio:          $ 35 million par
MSILF Money Market Portfolio:   $ 30 million par
MS USD Liquidity Plc:           $ 35 million par

Since the mark on 1/18/08 sourced from Muller did not reflect the levels at which the sale transactions were executed, the mark of 98.986 from Muller was overridden with a price of 92.

On 1/22/08, (January 21 was not a business day for the Funds), the MSIM Fair Value Committee convened to discuss the fair valuation applicable to the residual portions of Sigma. Dale Albright representing investment team indicated that he did not anticipate Muller to adjust their marks today to reflect levels at which sale trades were executed at 92. In his view, continuance of fair valuation at 92 would be deemed appropriate until complete liquidation of the position. In response to a query from Kevin Klingert, Stephen Atkins confirmed that the fair value price of 92 was applied for the Sigma funds on 1/18/08 and will continue to be applied going forward.

CONFIDENTIAL                                          PSF00107947

The fair valuation of Sigma at 92 was agreed by the MSIM Fair Valuation Committee, until liquidation of the position or updates from the investment team indicating that there is a need to reconsider the fair valuation.

CONFIDENTIAL

PSF00107948

# EXHIBIT 8

# In The Matter Of:

*PACIFIC SELECT FUND*
*v.*
*THE BANK OF NEW YORK MELLON*

_____

## *SUNDARESAN, SURESH - Vol. 1*

*September 30, 2011*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

SURESH SUNDARESAN - 9/30/2011

Page 141

1 ██████████████████████████████████████      ████████

██ ████████████████████████████████    ████      ████████

██ ████████████████████████████████████      ████████

██ ████████████████████████████      01:47:33

5      Q.    But is it fair to say that you      01:47:43

6 can't really determine that all 150 securities      01:47:49

7 listed in Exhibit 14 would have to be sold      01:47:53

8 because using the same framework that Professor      01:47:55

9 Ferrell uses for Sigma because you didn't      01:47:58

10 actually do that complete qualitative      01:47:59

11 assessment --      01:48:00

12            MR. SIRES:    Objection.      01:48:01

13      Q.    For those securities?      01:48:03

14      A.    It is true I only use the IDC      01:48:06

15 prices as a signal for transacting -- to      01:48:39

16 trigger these transactions.      01:48:41

17      Q.    Did you assess -- for the 150      01:48:45

18 securities listed on Exhibit 14, did you assess      01:48:50

19 what the market prices were for any of those      01:48:54

20 securities or did you, again, as I think we      01:48:58

21 have already discussed, rely solely on the IDC      01:48:58

22 pricing?      01:49:00

23      A.    It is very difficult to get market      01:49:02

24 prices of these securities because the market

25 is so inactive.

Page 151

```
 1
 2                     C E R T I F I C A T E
 3      STATE OF NEW YORK        )
 4                            : ss.
 5      COUNTY OF NEW YORK   )
 6
 7             I, WILLIAM VISCONTI, a Shorthand Reporter
 8      and Notary Public within and for the State of New
 9      York, do hereby certify:
10             That SURESH SUNDARESAN, the witness whose
11      deposition is hereinbefore set forth, was duly sworn
12      by me and that such deposition is a true record of
13      the testimony given by the witness.
14             I further certify that I am not related to
15      any of the parties to this action by blood or
16      marriage, and that I am in no way interested in the
17      outcome of this matter.
18             IN WITNESS WHEREOF, I have hereunto set my
19      hand this  12th  day of  October  , 2011.
20
21
22             _____
23             WILLIAM VISCONTI
24
25
```

# EXHIBIT 9

[Filed conditionally under seal]

# EXHIBIT 10

[Filed conditionally under seal]

# EXHIBIT 11

# In The Matter Of:

*PACIFIC SELECT FUND*
*v.*
*THE BANK OF NEW YORK MELLON*

_____

*FALCHETTI, RUTH - Vol. 1*

*August 9, 2011*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

RUTH FALCHETTI – 8/9/2011

Page 32

1

10:17:00

Merrill   Corporation   –   Los Angeles

800-826-0277                                    www.merrillcorp.com/law

Plessman Decl. Ex. 11
Page 95

RUTH FALCHETTI - 8/9/2011

Page 33



10:18:24

Merrill   Corporation   -   Los Angeles

800-826-0277                          www.merrillcorp.com/law

RUTH FALCHETTI — 8/9/2011

Page 34



10:19:33

RUTH FALCHETTI - 8/9/2011

Page 35

1

10:20:45

Plessman Decl. Ex. 11
Page 98

RUTH FALCHETTI – 8/9/2011

1

Plessman Decl. Ex. 11
Page 99

RUTH FALCHETTI – 8/9/2011

Page 63

1 ████████████████████████████        ███████

 ■ ███████████████████████████████      ███████

 ■ ████████████████████                ███████

 ■            ████████████  ██████████████  █████      ███████

 ■        ██████████████                ███████

 ■       ■      ███.                           11:12:26

7        Q.    You can put that exhibit aside.        11:12:26

8              (Falchetti Exhibit 2 for             11:12:37

9        identification, Email String Dated          11:12:37

10       8/14/07, production numbers BNYM-SL          11:12:37

11       02323774 through 02323775.)                 11:12:46

12       Q.    I am going to hand you what I'm        11:12:46

13       now marking as Falchetti Exhibit 2.         11:12:48

14              If you can, like last time, take     11:12:54

15       time to review the email and let me know when  11:12:56

16       you're prepared to take questions with respect  11:12:58

17       to it.                                      11:13:00

18       A.    Okay.                                 11:13:32

19       Q.    Do you recognize this email chain     11:13:33

20       that begins at the top from Elaine Lee, August  11:13:34

21       14, to you and others?                      11:13:37

22       A.    Yes.                                   11:13:38

23       Q.    Let me draw your attention to         11:13:46

24       your embedded email near the bottom of the  11:13:48

25       first page of the exhibit.  It is an email from  11:13:50

Plessman Decl. Ex. 11
Page 100

RUTH FALCHETTI - 8/9/2011

Page 85

1        line dated October 9, 2007 at 12:07 p.m.                          11:42:55

2                    I want to direct your attention                       11:42:59

3        to the first line of this email.  It says,                        11:43:00

Plessman Decl. Ex. 11
Page 101

RUTH FALCHETTI – 8/9/2011

Page 86

11:44:53

```
15          Q.    Other than repo and limited sales
16   of assets, do you recall any other?
17          A.    They had existing liquidity lines
18   in place, I presumed there was some effort to
19   work on obtaining more or renewals of those.
20
```

11:45:01
11:45:04
11:45:07
11:45:08
11:45:12

11:45:40

Plessman Decl. Ex. 11
Page 102

Page 286

```
1                    C E R T I F I C A T E

2    STATE OF NEW YORK   )
                                : ss.
3    COUNTY OF NEW YORK  )

4              I, TAMMEY M. PASTOR, a Registered

5    Professional Reporter, Certified LiveNote

6    Reporter and Notary Public within and for the

7    State of New York, do hereby certify:

8              That RUTH FALCHETTI, the witness

9    whose deposition is hereinbefore set forth, was

10   duly sworn by me and that such deposition is a

11   true record of the testimony given by the

12   witness.

13              I further certify that I am not

14   related to any of the parties to this action by

15   blood or marriage, and that I am in no way

16   interested in the outcome of this matter.

17              IN WITNESS WHEREOF, I have hereunto

18   set my hand this 9th day of August, 2011.

19

20

21

22   _____

23   TAMMEY M. PASTOR, RPR, CLR

24

25
```