1  **BOIES, SCHILLER & FLEXNER LLP**
2  Jonathan D. Schiller *(Pro Hac Vice)*
   jschiller@bsfllp.com
3  575 Lexington Avenue, 7th Floor
4  New York, NY 10022
   Telephone: (212) 446-2300
5  Facsimile: (212) 446-2350
6  *Attorney for Defendants (additional counsel listed on signature page)*
7
8  **IRELL & MANELLA LLP**
   John C. Hueston (CA Bar No. 164921)
9  jhueston@irell.com
10 840 Newport Center Drive, Suite 400
   Newport Beach, CA 92660-6324
11 Telephone: (949) 760-0991
12 Facsimile: (949) 760-5200
   *Attorney for Plaintiff (additional counsel*
13 *listed on signature page)*
14
15
16
                    UNITED STATES DISTRICT COURT
17                 CENTRAL DISTRICT OF CALIFORNIA
                        SOUTHERN DIVISION
18

| 19 | PACIFIC SELECT FUND, | NO. SACV10-00198-JST (ANx) |
|---|---|---|
| 20 | Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| 21 | | |
| 22 | v. | Complaint Filed: 2/17/2010 |
| 23 | THE BANK OF NEW YORK MELLON, a New York state chartered bank, and BNY MELLON, N.A., a nationally-chartered bank, | Trial Date: 7/31/2012 |
| 24 | | Judge Josephine Staton Tucker |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

| | |
|---|---|
| 1 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**WHEREAS** Plaintiff Pacific Select Fund and Defendants The Bank of New York Mellon and BNY Mellon, N.A. have agreed to resolve this matter pursuant to the terms and conditions of a settlement agreement, and accordingly have further agreed to dismiss this matter with prejudice and without need for further litigation and expenditure of the parties' or the Court's resources;

**THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Pacific Select Fund hereby dismisses the above-captioned matter with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 19, 2012

IRELL & MANELLA LLP

_____
Alison Plessman (CA Bar No. 250631)
*aplessman@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff*

Dated: July 19, 2012

BOIES, SCHILLER & FLEXNER LLP

_____
Kieran Ringgenberg (CSB # 208600)
*kringgenberg@bsfllp.com*
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendants*

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS** Plaintiff Pacific Select Fund and Defendants The Bank of New York Mellon and BNY Mellon, N.A. have agreed to resolve this matter pursuant to the terms and conditions of a settlement agreement, and accordingly have further agreed to dismiss this matter with prejudice and without need for further litigation and expenditure of the parties' or the Court's resources;

**THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Pacific Select Fund hereby dismisses the above-captioned matter with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 19, 2012

IRELL & MANELLA LLP

_____
Alison Plessman (CA Bar No. 250631)
aplessman@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff*

Dated: July 19, 2012

BOIES, SCHILLER & FLEXNER LLP

*Kieran Ringgenberg /mJm*
_____
Kieran Ringgenberg (CA Bar No. 208600)
kringgenberg@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendants*